# DECLARATION

I, NT , PhD-JD , declare :

I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could competently testify about what I have written in this declaration.

I have served with distinction and currently serving with  hold the highest honors and medals from the U.S. Government/U.S. Military .

I am currently serving as a Senior Criminal Investigation Director at U.S. Courts and U.S. Military Courts. I was trained and served as a Senior Inspector General Officer in the U.S. Air Force Total Force. I hold Investigator Manager /Law  License No. 28986 from the State of California and multiple other states, qualifying me as an Investigation Manager in Criminal and National Security Investigations. . I am also  a  Chief of Criminal Diversion Programs to support US Military Members in State Courts as well.

Attachments and Facts are true and correct as well as  copies of My Federal Criminal  Cases included this case against Vietnamese Communist Agents and Iran Terrorism Proxy group agents in Recovery Cases to Support myself as a Direct Victim under my Duties with US Department of Defense /Federal Government works .The Most of Remedies will  support to US Disabled Veterans and Gold Star Families as well as victims of Vietnamese Communist Government  and Iran Government Dictatorship Proxy Groups terrorism Acts  as They are Designated Terrorism Groups from US Government Black Lists .

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF  THE UNITED OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

RESPECTFULLY SUBMITTED ,

Executed at Office of Judge Advocate of US  Air Force  , US Department of Defense  , United States of America .

Respectfully,

Chief Legal Officer  .

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**John Doe,**
on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties, and the interests of the United States Government/Military,

**Plaintiff,**

v.

SOCIALIST REPUBLIC of VIET NAM

ISLAMIC REPUBLIC OF IRAN

TO LAM (MINISTER OF MINISTRY of PUBLIC SECURITY )

NGUYEN VAN NHIEM ( AGENT OF SOCIALIST REPUBLIC OF VIETNAM).

NGUYEN VAN TRUC (A US CITIZEN -AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ).
DANG XUAN HONG ( AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ).
LE HONG NAM ( HEAD OF HO CHI MINH CITY PUBLIC SECURITY DEPARTMENT).
LE QUANG DAO (INTELLIGENCE HEAD OF HO CHI MINH CITY PUBLIC SECURITY DEPARTMENT).
NGUYEN QUANG THONG ( AN AGENT OF DISTRICT 11 POLICE - HO CHI MINH CITY )
NGO QUANG THE (CHIEF OF WARD 05 DISTRICT 11 POLICE -HO CHI MINH CITY )
THAN TRONG BINH ( VICE CHIEF OF WARD 05 DISTRICT 11 POLICE -HO CHI MINH CITY ).
LUU TAN LOI ( UNDERCOVER OF HO CHI MINH CITY POLICE DEPARTMENT)
VU MANH CUONG ( IMMIGRATION POLICE, HO CHI MINH CITY ).
LY HOAI SON ( AGENT OF WARD 05 DISTRICT 11 HO CHI MINH CITY POLICE ).

LE HOANG BAO ( DISTRICT 07 POLICE HO CHI MINH CITY )
LE MINH HAI ( CYBER SECURITY DEPARTMENT OF HO CHI MINH CITY )
NGUYEN VAN HA ( CYBER SECURITY DEPARTMENT OF HO CHI MINH CITY )
DO HOANG VIET ( UNDERCOVER AGENT )
VU THE SON ( UNDERCOVER AGENT )
NGUYEN TUAN ANH ( UNDERCOVER AGENT )
LE VAN TU ( UNDERCOVER AGENT )
NGUYEN NGOC SON ( COLONEL -UNDERCOVER AGENT ).
MOHAMED MANASTRA ( AGENT, ISLAMIC REVOLUTIONARY GUARD CORPS/HEZBOLLAH);
ATIR MANASTRA ( AGENT, ISLAMIC REVOLUTIONARY GUARD CORPS/HEZBOLLAH);

Does 1-100



CO-386
10/2018

# United States District Court
# For the District of Columbia

John Doe ,
    on behalf of himself in his individual capacity, his U.S. Military
and U.S. Government duties, and the interests of the United States
Government/Military,

                              **Plaintiff**

                **VS**

SOCIALIST REPUBLIC of VIET NAM
ISLAMIC REPUBLIC OF IRAN
TO LAM (MINISTER OF MINISTRY of PUBLIC SECURITY )

NGUYEN VAN NHIEM ( AGENT OF SOCIALIST REPUBLIC OF VIETNAM).
NGUYEN VAN TRUC (A US CITIZEN -AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ).

                              **Defendant**

Civil Action No. _____

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __John Doe__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff__ which have any outstanding securities in the hands of the public:

1/ US Department of Defense -OSI /US Department of Justice .
2/ Federal Bureau of Investigations -FBI.
3/ US Department of Homeland Security.
4/ US Congress .

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_NT_ (signature)
Signature

Plaintiff John Doe in Proper
Print Name

10 Brookley Ave., Unit 8329
Address

Bolling Air Force base  DC  20032
City      State      Zip Code

Phone/fax :6143436510
Phone Number

BAR IDENTIFICATION NO.

RECEIVED
Mailroom
SEP 12 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia