28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe , | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )  Civil Action No. |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   NGUYEN VAN NHIEM ( AGENT OF SOCIALIST REPUBLIC OF VIETNAM).
313 Au Dương Lân Blvd , Ward 03 , District 08 , Ho Chi Minh City , Viet Nam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

John Doe ,

_____
*Plaintiff*                                  )
                                             )
                                             )
v.                                           )          Civil Action No.
                                             )
SOCIALIST REPUBLIC of VIET NAM  et al        )
_____      )
*Defendant*                                  )

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*     To Lam , Minister of Public Security .Secretary of Vietnamese Communist Party

1A Hùng Vương, Ba Đình, Hà Nội,Vietnam .

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

John Doe ,                                )
_____           )
           *Plaintiff*                     )
                                           )
            v.                             )        Civil Action No.
SOCIALIST REPUBLIC of VIET NAM  et al      )
_____           )
           *Defendant*                     )

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*    SOCIALIST REPUBLIC of VIET NAM
                                           ( through Vietnam Ministry of Foreign Affairs )
                                           01 Tôn Thất Đàm Street , District  Ba Đình, Hà Nội

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
                                    *Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe , | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*    Islamic Republic of Iran
( through Iran Ministry of Foreign Affairs in UN -New York Office )
622 3rd Ave 34th floor, New York, NY 10017.

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe , | ) |
| _____ | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | )    Civil Action No. |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) |
| _____ | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*     NGUYEN VAN TRUC (A  US CITIZEN -AN AGENT OF SOCIALIST REPUBLIC
OF VIETNAM ).
5251 Westheimer Rd #300, Houston, TX 77056.

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must
serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of
Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and
address are:

John Doe , on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the
complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| John Doe , | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*    DANG XUAN HONG ( AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM )
03 Nguyễn Thượng Hiền Street ,Ward  Nguyễn Du, District  Hai Bà Trưng, Hà
Nội, Việt Nam.

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must
serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of
Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and
address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the
complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe , | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | )     Civil Action No. |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To:     _(Defendant's name and address)_

> **LE HONG NAM ( HEAD OF HO CHI MINH CITY PUBLIC SECURITY DEPARTMENT)**
> 268 Trần Hưng Đạo Blvd , Ward Nguyễn Cư Trinh, District 01, Hồ Chí Minh 700000, Vietnam.

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties ,
> 10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
> US Department of WAR .
> Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: _____          _____

_Signature of Clerk or Deputy Clerk_

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| John Doe , | ) |
| *Plaintiff* | ) |
|  | ) |
| v. | ) |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) |
| *Defendant* | ) |
|  | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*

> LE QUANG DAO (INTELLIGENCE HEAD OF HO CHI MINH CITY PUBLIC
> SECURITY  DEPARTMENT).
> 268 Trần Hưng Đạo Blvd , Ward Nguyễn Cư Trinh, District 01, Hồ Chí Minh
> 700000, Vietnam.

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
> U.S. Government duties ,
> 10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
> US Department of WAR .
> Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

John Doe ,

_____     )
*Plaintiff*                          )
                                     )
v.                                   )          Civil Action No.
                                     )
SOCIALIST REPUBLIC of VIET NAM  et al )
_____     )
*Defendant*                          )

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

NGUYEN QUANG THONG ( AN AGENT OF DISTRICT 11 POLICE - HO CHI MINH CITY )
272 Bình Thới Street , Ward 10 , District 11, Hồ Chí Minh City Viet Nam .

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
                                 *Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe , | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) |
| *Defendant* | ) |
| | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

NGO QUANG THE (CHIEF OF WARD 05 DISTRICT 11 POLICE -HO CHI MINH CITY )
148 Ồng Ích Khiêm Street , Ward 05 , District 11 , Ho Chi Minh City , Viet Nam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe , | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )     Civil Action No. |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*

THAN TRONG BINH ( VICE CHIEF OF WARD 05 DISTRICT 11 POLICE -HO
CHI MINH CITY ).
148 Ông Ích Khiêm Street , Ward 05 , District 11 , Ho Chi Minh City , Viet Nam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must
serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of
Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and
address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the
complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

John Doe ,
_____
*Plaintiff*

v.

SOCIALIST REPUBLIC of VIET NAM  et al
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*

LUU TAN LOI ( UNDERCOVER OF HO CHI MINH CITY POLICE DEPARTMENT)
148 Ông Ích Khiêm Street , Ward 05 , District 11 , Ho Chi Minh City , Viet Nam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Doe , | ) | |
| _Plaintiff_ | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To:     _(Defendant's name and address)_

> VU MANH CUONG ( IMMIGRATION POLICE, HO CHI MINH CITY ).
> 196 Nguyễn Thị Minh Khai Street , Ward 06 , District 03 , Ho Chi Minh City ,
> Vietnam .

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
> U.S. Government duties ,
> 10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
> US Department of WAR .
> Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

John Doe ,

_____

*Plaintiff*                                )
                                           )
                                           )
v.                                         )          Civil Action No.
                                           )
SOCIALIST REPUBLIC of VIET NAM  et al      )
                                           )
_____           )
*Defendant*                                )

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*

> LY HOAI SON ( AGENT OF WARD 05 DISTRICT 11 HO CHI MINH CITY
> POLICE ).
> 148 Ông Ích Khiêm, Phường 5, Quận 11, Hồ Chí Minh, Vietnam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
> U.S. Government duties ,
> 10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
> US Department of WAR .
> Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

John Doe ,
_____
*Plaintiff*

v.

SOCIALIST REPUBLIC of VIET NAM  et al
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To:      *(Defendant's name and address)*

LE HOANG BAO ( DISTRICT 07 POLICE HO CHI MINH CITY )
1 Đặng Đại Độ Street , Ward  Tân Phong, District 7, Hồ Chí Minh City , Vietnam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| John Doe , | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

LE MINH HAI ( CYBER SECURITY DEPARTMENT OF HO CHI MINH CITY )
268 Trần Hưng Đạo blvd , Ward  Nguyễn Cư Trinh, District 01 , Ho Chi Minh
City , Vietnam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

                                                                *Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Doe , | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

> NGUYEN VAN HA ( CYBER SECURITY DEPARTMENT OF HO CHI MINH CITY )
> 268 Trần Hưng Đạo blvd , Ward  Nguyễn Cư Trinh, District 01 , Ho Chi Minh City , Vietnam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties ,
> 10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032, US Department of WAR .
> Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

John Doe ,

*Plaintiff*

v.

SOCIALIST REPUBLIC of VIET NAM  et al

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*

DO HOANG VIET ( UNDERCOVER AGENT )
268 Trần Hưng Đạo blvd , Ward  Nguyễn Cư Trinh, District 01 , Ho Chi Minh
City , Vietnam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must
serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of
Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and
address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the
complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Doe , | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

VU THE SON ( UNDERCOVER AGENT )
 268 Trần Hưng Đạo blvd , Ward  Nguyễn Cư Trinh, District 01 , Ho Chi Minh
City , Vietnam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| John Doe , | ) |
| _Plaintiff_ | ) |
|  | ) |
| v. | ) |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) |
| _Defendant_ | ) |
|  | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To:   _(Defendant's name and address)_

NGUYEN TUAN ANH ( UNDERCOVER AGENT )
 268 Trần Hưng Đạo blvd , Ward  Nguyễn Cư Trinh, District 01 , Ho Chi Minh
City , Vietnam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

John Doe ,
_____
*Plaintiff*

v.

SOCIALIST REPUBLIC of VIET NAM  et al
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

> LE VAN TU ( UNDERCOVER AGENT )
>  268 Trần Hưng Đạo blvd , Ward  Nguyễn Cư Trinh, District 01 , Ho Chi Minh
> City , Vietnam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
> U.S. Government duties ,
> 10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
> US Department of WAR .
> Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
                                                      *Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe , | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To:     _(Defendant's name and address)_

> NGUYEN NGOC SON ( COLONEL -UNDERCOVER AGENT ).
>  268 Trần Hưng Đạo blvd , Ward  Nguyễn Cư Trinh, District 01 , Ho Chi Minh City , Vietnam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties ,
> 10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
> US Department of WAR .
> Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: _____                    _____
                                          _Signature of Clerk or Deputy Clerk_

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe , | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To:      *(Defendant's name and address)*

ATIR MANASTRA ( AGENT, ISLAMIC REVOLUTIONARY GUARD
CORPS/HEZBOLLAH)
54 Trần Phú Steet , Ward Điện Bàn, District Ba Đình, Hà Nội, Việt Nam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must
serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of
Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and
address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and
U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the
complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Doe , | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) |
| SOCIALIST REPUBLIC of VIET NAM  et al | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

MOHAMED MANASTRA ( AGENT, ISLAMIC REVOLUTIONARY GUARD CORPS/HEZBOLLAH).
54 Trần Phú Steet , Ward Điện Bàn, District Ba Đình, Hà Nội, Việt Nam

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe ,  on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties ,
10 Brookley Ave., Unit 8329 , Bolling Air Force base ,Washington DC 20032,
US Department of WAR .
Email : info@airforcelawcenter.org .Phone /Fax :(614)343-6510.

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____                    _____
                                                              *Signature of Clerk or Deputy Clerk*