Name : John Doe
c/o AFLC -Civil Recovery Division .
10 Brookley Ave. #8329 ,
Bolling Air Force Base
US Department of Defense
Washington DC 20032.
Phone /Fax :(614)343-6510.
Email:
info@airforcelawcenter.org

## US DISTRICT COURT
## DISTRICT OF COLUMBIA DISTRICT COURT

| | |
|---|---|
| John Doe , on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties, and the interests of the United States Government/Military, <br><br> Plaintiff <br><br> vs. <br><br> SOCIALIST REPUBLIC of VIET NAM <br><br> ISLAMIC REPUBLIC OF IRAN <br><br> TO LAM (MINISTER OF MINISTRY of PUBLIC SECURITY ) <br><br> NGUYEN VAN NHIEM ( AGENT OF SOCIALIST REPUBLIC OF VIETNAM). NGUYEN VAN TRUC (A US CITIZEN -AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ). DANG XUAN HONG ( AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ). LE HONG NAM ( HEAD OF HO CHI MINH CITY PUBLIC SECURITY DEPARTMENT). LE QUANG DAO (INTELLIGENCE HEAD OF HO CHI MINH CITY PUBLIC SECURITY DEPARTMENT). NGUYEN QUANG THONG ( AN AGENT OF DISTRICT 11 POLICE - HO CHI MINH CITY ) | Case : 1:25-cv-03226-CJN <br><br> MOTION TO USE ANOMYMOUS NAME FOR <br><br> **COMPLAINT FOR DAMAGES** : <br><br> **1/REMEDIES UNDER TORTURE VICTIM PROTECTION ACT .** 2/REMEDIES UNDER **28 U.S.C. § 1605B** . **Justice For United States Victims Of State Sponsored Terrorism.** 3/REMEDIES UNDER RELATED FEDERAL CAUSES OF ACTIONS . <br><br> Request For JURY TRIAL . Most Remedies will be donated to American Disabled Veterans /Military Gold Star Family Fund -US Department of Defense /Department of Veterans Affairs . ( **File under order on 09/29/2025** ). |

RECEIVED
Mailroom

OCT 1 4 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

1

NGO QUANG THE (CHIEF OF WARD 05 DISTRICT 11 POLICE -HO CHI MINH CITY )

THAN TRONG BINH ( VICE CHIEF OF WARD 05 DISTRICT 11 POLICE -HO CHI MINH CITY ).

LUU TAN LOI ( UNDERCOVER OF HO CHI MINH CITY POLICE DEPARTMENT)

VU MANH CUONG ( IMMIGRATION POLICE, HO CHI MINH CITY ).

LY HOAI SON ( AGENT OF WARD 05 DISTRICT 11 HO CHI MINH CITY POLICE ).

LE HOANG BAO ( DISTRICT 07 POLICE HO CHI MINH CITY )

LE MINH HAI ( CYBER SECURITY DEPARTMENT OF HO CHI MINH CITY )

NGUYEN VAN HA ( CYBER SECURITY DEPARTMENT OF HO CHI MINH CITY )

DO HOANG VIET ( UNDERCOVER AGENT )

VU THE SON ( UNDERCOVER AGENT )

NGUYEN TUAN ANH ( UNDERCOVER AGENT )

LE VAN TU ( UNDERCOVER AGENT )

NGUYEN NGOC SON ( COLONEL -UNDERCOVER AGENT ).

 MOHAMED MANASTRA ( AGENT, ISLAMIC REVOLUTIONARY GUARD CORPS/HEZBOLLAH);

ATIR MANASTRA ( AGENT, ISLAMIC REVOLUTIONARY GUARD CORPS/HEZBOLLAH);

Does 1-100

Defendants.

2

## TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW the Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court for leave to proceed under a pseudonym ("John Doe") in the above-captioned matter. This request is based on compelling interests of privacy, safety, and national security stemming from Plaintiff's role as a U.S. Military Legal Officer and as a documented victim of international terrorism involving foreign agents affiliated with a hostile communist government. In support thereof, Plaintiff states the following:

## I. INTRODUCTION

Plaintiff seeks leave of this Court to proceed anonymously as "John Doe" due to the extraordinary nature of the events giving rise to this litigation. Plaintiff is a United States Military Legal Officer who was the target of acts of **terrorism, kidnapping, and torture** by **Vietnamese Communist government agents** during an overseas assignment in or around July 2022. Plaintiff's status as a federal crime victim and ongoing work involving sensitive military legal matters warrants additional privacy protection from public disclosure.

The identity of the Plaintiff, if revealed, may place him at renewed risk of retaliation, surveillance, or further harm by foreign state actors and affiliated individuals. The request to proceed pseudonymous is narrowly tailored to protect Plaintiff's personal safety, dignity, and ongoing duties within the military legal system.

## II. LEGAL STANDARD

Federal courts have recognized the discretionary authority to permit a party to proceed under a pseudonym in exceptional circumstances. *Doe v. Stegall*, 653 F.2d 180 (5th Cir. 1981); *Doe v. Frank*, 951 F.2d 320 (11th Cir. 1992). In evaluating such requests, courts generally weigh:

- (1) whether the plaintiff is challenging government activity;
- (2) whether identification poses a risk of retaliatory physical or mental harm;
- (3) whether the action involves matters of a highly sensitive and personal nature;
- (4) whether anonymity is necessary to avoid prejudicing the parties; and
- (5) whether there is an overriding public interest in knowing the party's identity.

Each of these factors supports the relief sought in this motion.

3

## III. ARGUMENT

### A. Plaintiff Faces a Substantial Risk of Harm if Identified

Plaintiff has been previously subjected to direct acts of terrorism, kidnapping, and torture carried out by agents of a hostile foreign regime. These acts targeted him specifically because of his affiliation with the United States Military and his legal advisory work. Publicly identifying Plaintiff would expose him to further risks, including surveillance, harassment, or even renewed physical harm.

### B. The Case Involves Highly Sensitive Government and Military Matters

This litigation may involve classified, confidential, or otherwise sensitive information concerning U.S. military legal operations and international terrorism. Disclosure of Plaintiff's identity may endanger not only Plaintiff's personal safety but also jeopardize ongoing military investigations or diplomatic relations.

### C. Defendant(s) Will Not Be Prejudiced by Anonymity

Proceeding under a pseudonym will not impair Defendant(s)' ability to respond or defend this case. Plaintiff is willing to disclose his identity to the Court and to the parties under appropriate protective order to ensure due process while preserving his safety and privacy.

### D. Public Interest Favors Anonymity in This Case

While transparency is a general principle of the judicial system, it is not absolute. Here, the public interest is better served by safeguarding the life and national service of a U.S. Military Legal Officer who was victimized by hostile foreign actors. Permitting pseudonymity will not obstruct the public's understanding of the legal issues in the case.

## IV. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court:

1. Grant this Motion and permit Plaintiff to proceed under the pseudonym "John Doe";

2. Enter a Protective Order restricting disclosure of Plaintiff's identity in the public docket;

3. Permit the filing of a sealed declaration under Plaintiff's real name to be maintained under seal; and

4. Grant such further and other relief as this Court may deem just and proper.

Respectfully submitted,

**Plaintiff Prose John Doe**

Dated: JULY 04 2025

4

# DECLARATION

I, NT , PhD-JD , declare :

I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could competently testify about what I have written in this declaration.

I have served with distinction and currently serving  with  hold the highest honors and medals from the U.S. Government/U.S. Military .

I am currently serving as a Senior Criminal Investigation Director at U.S. Courts and U.S. Military Courts. I was trained and served as a Senior Inspector General Officer in the U.S. Air Force Total Force. I hold Investigator Manager /Law  License No. 28986 from the State of California and multiple other states, qualifying me as an Investigation Manager in Criminal and National Security Investigations. . I am also  a  Chief of Criminal Diversion Programs to support US Military Members in State Courts as well.

Attachments are true and copies of My Federal Cases against Vietnamese Communist Agents and Iran Terrorism Proxy group agents in Recovery Cases to Support myself as a Direct Victim under my Duties and with US Department of Defense /Federal Government works and support to US Disabled Veterans and Gold Star  Families as well as  victims of Vietnamese Communist Government  and Iran Government Dictatorship Proxy Groups terrorism Acts  as They are Designated Terrorism Groups from US Government Black Lists .

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF  THE UNITED

OF AMERICA  THAT THE FOREGOING IS TRUE AND CORRECT.

Executed at Office of Judge Advocate of US  Air Force  , US Department of Defense  , United States of America .

Respectfully submitted ,

Chief Legal Officer  .

UNITED STATES AIR FORCE
NOTARIAL POWER
OF THE UNITED STATES
CONSUL AND OF
NOTARY PUBLIC
10 U.S.C. 1044a
JUDGE ADVOCATE

5