CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff(s)

vs.                                                        Civil Action No.: _____

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

313 Âu Dương Lân Blvd Ward 03 ,District 08 Ho Chi Minh City Vietnam.
288 Trần Hưng Đạo Ward Nguyễn Cư Trinh, District 01 ,Ho Chi Minh City Vietnam,
148 Ông Ích Khiêm,Ward 05 , District 11 Ho Chi Minh City Vietnam.
148 Ông Ích Khiêm,Ward 05 , District 11 Ho Chi Minh City
Vietnam.
288 Trần Hưng Đạo Ward Nguyễn Cư Trinh, District 01 ,Ho Chi Minh City Vietnam
1A Hùng Vương, Ba Đình, Hà Nội, Việt Nam

by: (check one)       ❑    certified or registered mail, return receipt requested
                      ❑    DHL
                      ❑    Fed Ex
pursuant to the provisions of: (check one)
                      ❑    FRCP 4(f)(2)(C)(ii)
                      ❑    28 U.S.C. § 1608(a)(3)
                      ❑    28 U.S.C. § 1608(b)(3)(B)
                      ❑    28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country):
_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

(Name and Address)