CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

_____

Plaintiff(s)

vs.

Civil Action No.: _____

_____

Defendant(s)

### AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

by: (check one)
❑    certified or registered mail, return receipt requested
❑    DHL
❑    Fed Ex

pursuant to the provisions of: (check one)
xX❑    FRCP 4(f)(2)(C)(ii)
❑    28 U.S.C. § 1608(a)(3)
❑    28 U.S.C. § 1608(b)(3)(B)
❑    28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country):
_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

(Name and Address)