# JOHN DOE

(AFLC) – Air Force Law Center
10 Brookley Ave., SW, Unit 8329
Bolling Air Force Base
U.S. Department of WAR
Washington, D.C. 20032, USA
Email: info@airforcelawcenter.org
Phone/Fax: 614-343-6510

October 31 2025

## The Honorable Clerk of the Court

United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001
Re: Request for Foreign Mailing for Service of Process

•Case Name: John Doe on behalf himself and US Military/government vs. Socialist Republic of Viet nam et al .

•Case Number: 1:25-cv-03226 -CJN.

Dear Clerk of the Court,

Enclosed please find the required documents for the foreign mailing and service of process upon the defendant(s) in the above-referenced matter. We are requesting that the Clerk's office facilitate service via Registered Mail-USPS .

In support of this request, we have filed the Affidavit Requesting Foreign Mailing (Attachment A, filed on the docket under ECF No. [Docket 08,10,11,12,13,14,15]).

The enclosed materials for service on the foreign defendant(s) include the following:

•One (1) copy of the electronically filed Affidavit Requesting Foreign Mailing

•One (1) copy of this cover letter

•One (1) copy of the Notice of Electronic Filing (NEF), confirming the filing of the affidavit

•One (1) copy of the summons, complaint, and any other documents filed at the time the case was opened, for each defendant to be served

Should you have any questions or require additional information, please do not hesitate to contact our office.

Thank you for your assistance in this matter.

Respectfully,

John Doe .

Counsel for the Plaintiff

**RECEIVED**
NOV 0 6 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1