CO 939
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

JOHN DOE et al
_____
Plaintiff(s)

vs.

Civil Action No.: __1:25-cv-03226-CJN__

SOCIALIST REPUBLIC OF VIETNAM et al
_____
Defendant(s)

## CERTIFICATE OF CLERK

I hereby certify under penalty of perjury, that on the __6th__ day of __November__, 20__25__, I dispatched for mailing:

1. [ ] One copy of the _summons and complaint_ by _registered mail, return receipt requested_, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. [X] One copy of the _summons, complaint and notice of suit_, together with a translation of each into the official language of the foreign state, by _registered mail, return receipt requested_, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. [ ] Two copies of the _summons, complaint and notice of suit_, together with a translation of each into the official language of the foreign state, by _certified mail, return receipt requested_, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. [ ] One copy of the _summons and complaint_, together with a translation of each into the official language of the foreign state, by _registered mail, return receipt requested_, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: _____/s/ Michele M. Grady_____
Deputy Clerk