Default - Rule 55A                                                                          (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties, and the interests of the United States Government/Military

Plaintiff(s)

v.

Civil Action: 25-cv-03226-CJN

SOCIALIST REPUBLIC OF VIETNAM et al

Defendant(s)

**RE:** SOCIALIST REPUBLIC OF VIETNAM

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 28, 2025 , and an affidavit on behalf of the plaintiff having been filed, it is this 4th day of February , 2026 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: _____ /s/ N. Wilkens _____

Deputy Clerk