CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

_____

Plaintiff(s)

vs.                                                            Civil Action No. _____

_____

Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _____ day of _____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)

_____

was [were] (select one):

❑    personally served with process on _____.

❑    served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

❑    served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____.

❑    The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

❑    no extension has been given and the time for filing has expired

❑    although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

_____

_____

_____

_____

_____                     _____
Bar Id. Number                                       Name, Address and Telephone Number

**GENERAL INFORMATION**

- All affidavits must be typed and filed electronically using the CM/ECF system. In the event the filer experiences technical difficulties, a PDF version of the affidavit may be emailed to dcd_cmecf@dcd.uscourts.gov.

- If default is being requested for a company, corporation or other business entity, only the Affidavit in Support of Default should be filed. If the defendant is a person, the Military Affidavit must be submitted in addition to the Affidavit in Support of Default.

- The Clerk's Office will fill out a default form and file it electronically, therefore it is not necessary to submit a proposed default form at the time the affidavit is filed.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case must be cited along with the cite for the Long-Arm Statute.

- If service was made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contain enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's Office forms.



Postage $

Extra Services & Fees

☐ Registered Mail $ $23.40
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $0.00

Customer Must Declare Full Value
$ $0.00

Extra Services & Fees (continued)

☑ Signature Confirmation $ 6.70
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $34.95

Received by
11/06/2025

Date Stamp
0762
13

NOV – 6 2025
ANDREWS AIR FORCE BASE MD

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: John JB Andrews AFB 20762 Brookley Ave unit 8329 Bolling AirForce base washington DC 20032 US Department of war USA

TO: Nguyen van Nhiem, Agent of Socialist Republic of Vietnam. Dist 8 Rehalf Hospital, 318 Au Duong tan, ward3 Dist. 8, Vietnam

3806, Registered Mail Receipt
15, PSN 7530-02-000-9051
domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)





☰

Danh mục

✕

👤 **Đăng nhập**

Tìm kiếm

Cá nhân ⌄
    Tài chính cá nhân
    ⌄
        Gửi tiết kiệm
        Thanh toán
        Vay tiêu dùng
        Bảo hiểm phi nhân thọ
        Bảo hiểm nhân thọ
    Mua sắm
    ⌄
        Mua sắm online
        Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
    ⌄
        PostJoy
    Chuyển phát
    ⌄
        Chuyển phát trong nước
        Chuyển phát quốc tế
Doanh nghiệp ⌄
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
    ⌄
        Cổng thanh toán
        Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
    ⌄
        Quảng cáo thương mại
        Hợp tác khai thác cơ sở hạ tầng
        Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
    ⌄
        Tin mới nhất
        Chuyển phát Quốc tế VN QuickPost
        Chuyển phát Quốc tế UPS
        Chuyển phát Quốc tế SF
        Chuyển phát Quốc tế EMS
        Chuyển phát Quốc tế Economy
        Thương mại điện tử xuyên biên giới
Hành chính công ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền



CHUYỂN PHÁT

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
|---|---|---|---|

Case 1:25-cv-03226-CJN     Document 24     Filed 02/06/26     Page 6 of 30

 

☰

Danh mục

✕

👤 Đăng nhập

Tìm kiếm

Cá nhân ⌄
    Tài chính cá nhân
    ⌄
        Gửi tiết kiệm
        Thanh toán
        Vay tiêu dùng
        Bảo hiểm phi nhân thọ
        Bảo hiểm nhân thọ
    Mua sắm
    ⌄
        Mua sắm online
        Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
    ⌄
        PostJoy
    Chuyển phát
    ⌄
        Chuyển phát trong nước
        Chuyển phát quốc tế
Doanh nghiệp ⌄
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
    ⌄
        Cổng thanh toán
        Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
    ⌄
        Quảng cáo thương mại
        Hợp tác khai thác cơ sở hạ tầng
        Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
    ⌄
        Tin mới nhất
        Chuyển phát Quốc tế VN QuickPost
        Chuyển phát Quốc tế UPS
        Chuyển phát Quốc tế SF
        Chuyển phát Quốc tế EMS
        Chuyển phát Quốc tế Economy
        Thương mại điện tử xuyên biên giới
Hành chính công ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền



|  |  |  |  |
|---|---|---|---|
| **THÔNG TIN DỊCH VỤ** | **ƯỚC TÍNH CƯỚC PHÍ** | THEO DÕI | **QUY TRÌNH VẬN CHUYỂN** |

## Nhập mã bưu gửi

CH242902488US

## Mã xác nhận

9k4H



Tìm kiếm

### GIẢI QUYẾT KHIẾU NẠI

Bưu gửi số :  **CH242902488US**

Khối lượng (gam) :  **150**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

### THÔNG TIN TRẠNG THÁI

**10/11/2025 18:41:00**
**EMA - Chấp nhận gửi (Posting / Collection) (US )**

**US**
**13/11/2025 14:53:00**
**EMB - Đến Trung tâm khai thác quốc tế của nước gửi - Arrival at outward (origin) office of exchange (US )**

**US**
**13/11/2025 14:54:00**
**EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (US )**

**US**

### THÔNG TIN PHÁT

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 09/12/2025 10:01:44 | 751938 - BCVH Chánh Hưng | Chưa phát được. Không liên lạc đc với người nhận, không có số điện thoại liên hệ/6.Liên hệ với người gửi, chờ trả lời/Ghi chú:(DingDong) có số ko tên ko số đt bve tuyết quản lí hạnh từ chối nhận |
| 09/12/2025 11:05:00 | 751938 - BCVH Chánh Hưng | Đã phát thành công . Người nhận:()nhiệm. Ghi chú: (DingDong) |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**TỔNG CÔNG TY
BƯU ĐIỆN VIỆT NAM**

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

**Cá Nhân**

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

**Doanh Nghiệp**

> Logistics
> Truyền Thông, Qu
> Thu Hộ, Chi Hộ
> Dịch Vụ Số
> Chuyển phát


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**



Nhập mã bưu gửi

RF180613869US

**Mã xác nhận**

f2p0

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **RF180613869US**

Khối lượng (gam) :  **204**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

**26/11/2025 12:30:58**
**E     -   Phát            thành   công**

Tìm kiếm

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|------|---------|----------|
| 26/11/2025 13:30:05 | -  CVH hánh Hưng | Đã phát thành công . |





Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

## Cá Nhân

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

## Doanh

> Logist
> Truyề
> Thu Hộ. Chi Hộ
> Dịch V
> Chuyệ

### TỔNG CÔNG TY BƯU ĐIỆN VIỆT NAM

**Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam**

**Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này**

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**





**Registered No.**

RF1806138900US

| Postage $ | | Extra Services & Fees (continued) | | Date Stamp |
|---|---|---|---|---|
| $11.55 | | ☑ Signature Confirmation $6.70 | | 0762 13 |
| **Extra Services & Fees** | | | | |
| ☐ Registered Mail $3.40 | | ☐ Signature Confirmation Restricted Delivery $____ | | NOV 6 2025 |
| ☐ Return Receipt (hardcopy) $ $0.00 | | | | |
| ☐ Return Receipt (electronic) $ | | | | |
| ☐ Restricted Delivery $0.00 $0.00 | | **Total Postage & Fees** $ $34.95 | | |
| **Customer Must Declare Full Value** $ $0.00 | | Received by 11/06/2025 | | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

FROM: John Doe (ATIC), 16 Brookley Ave
Unit 8329 Bolling Air Force base
Washington DC 20032

TO: U.S Department of War, USA
Le Quang Dao, Chief of intelligence
division, HCM City, Public Security
department, 268 Tran Hung Dao st.
Dist 1, ward Nguyen Cu Trinh, HCM City VN

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)



Danh mục

✕

👤 **Đăng nhập**

Tìm kiếm

Cá nhân ⌄

   Tài chính cá nhân

   ⌄

      Gửi tiết kiệm

      Thanh toán

      Vay tiêu dùng

      Bảo hiểm phi nhân thọ

      Bảo hiểm nhân thọ

   Mua sắm

   ⌄

      Mua sắm online

      Phân phối hàng hóa tại điểm giao dịch

   Giải Trí

   ⌄

      PostJoy

   Chuyển phát

   ⌄

      Chuyển phát trong nước

      Chuyển phát quốc tế

Doanh nghiệp

   Thu Hộ, Chi Hộ

   Dịch Vụ Số

   ⌄

      Cổng thanh toán

      Giải pháp số cho doanh nghiệp

   Logistics

   Truyền Thông, Quảng Cáo

   ⌄

      Quảng cáo thương mại

      Hợp tác khai thác cơ sở hạ tầng

      Direct marketing

   Dịch Vụ Trong Nước

   Dịch Vụ Quốc Tế

   ⌄

      Tin mới nhất

      Chuyển phát Quốc tế VN QuickPost

      Chuyển phát Quốc tế UPS

      Chuyển phát Quốc tế SF

      Chuyển phát Quốc tế EMS

      Chuyển phát Quốc tế Economy

      Thương mại điện tử xuyên biên giới

Hành chính công ⌄

   Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021

   Chi trả công

   Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dich vụ bưu chính công ích

Tin tức

Giới thiệu

Hỗ trợ

Tuyển dụng



CHUYỂN PHÁT



| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

**Định vị bưu gửi**

**Tìm bưu cục**

**Ước tính cước**

**Tra cứu mã chuyển tiền**

Vietnam Post – Tổng công ty Bưu điện Việt Nam

**Nhập mã bưu gửi**

RF180613890US

**Mã xác nhận**

5sj1





Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :   **RF180613890US**

Khối lượng (gam) :   **204**

Nước chấp nhận: US - UNITED STATES OF AMERICA

Bưu cục nhận:

Nước phát: VN - VIETNAM

Bưu cục phát:

**THÔNG TIN TRẠNG THÁI**

Đã vận chuyển đến bưu cục (Transport arrival at PO) (710871: BCP Quận 1B - Hồ Chí Minh )

Số´230, Đường Hai Bà Trưn...

26/11/2025 07:07:37
Đã đến bưu cục (Arrival at PO) (710871: BCP Quận 1B - Hồ Chí Minh )

Số´230, Đường Hai Bà Trưn...

26/11/2025 08:35:29
EMG - Đã đến Bưu cục phát, Arrival at delivery post office (710871: BCP Quận 1B - Hồ Chí Minh )

Số´230, Đường Hai Bà Trưn...

26/11/2025 08:50:29
EDG - Đã giao bưu tá phát - Item out

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 10:25:00 | 710871 - BCP Quận 1B | Đã phát thành công . Người nhận:()vinh giao liên. Ghi chú: (DingDong) |
|  |  |  |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền



Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**Cá Nhân**

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

**Doanh**

> Logistics

> Truyền

> Thu H

> Dịch Vụ Số

> Chuyển phát

**TỔNG CÔNG TY
BƯU ĐIỆN VIỆT NAM**

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**





## Registered No.

RF180613926US

### Date Stamp

Postage $ **$11.55**

Extra Services & Fees
☐ Registered Mail **$23.40**
☐ Return Receipt (hardcopy) $____ **$0.00**
☐ Return Receipt (electronic) $ **$0.00**
☐ Restricted Delivery $ **$0.00**

Extra Services & Fees (continued))
☑ Signature Confirmation $ **6.70**
☐ Signature Confirmation Restricted Delivery $____

Total Postage & Fees $ **$34.95**

Customer Must Declare Full Value
$ **$0.00**

Received by
**11/06/2025**

NOV – 6 2025
USPS 20762-9998

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

**To Be Completed By Post Office**

## OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM: JB Andrews A FDC 20762 Brookley Ave
Unit 8329 Bolling Airfozce base
Washington DC 20032
US Department of War    USA

TO: Than Trong Binh, Deputy Chief
of Vietnam 5 police Department,
ward 5, Dist. 11, HCM City, Vietnam
149 ông Ích Khiem St.

## PS Form **3806**, Registered Mail Receipt

April 2015, PSN 7530-02-000-9051

Copy 1 - Customer
(See Information on Reverse)

For domestic delivery information, visit our website at www.usps.com ®



☰

Danh mục

✕

👤 Đăng nhập

Tìm kiếm

Cá nhân ⌄
    Tài chính cá nhân
    ⌄
        Gửi tiết kiệm
        Thanh toán
        Vay tiêu dùng
        Bảo hiểm phi nhân thọ
        Bảo hiểm nhân thọ
    Mua sắm
    ⌄
        Mua sắm online
        Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
    ⌄
        PostJoy
    Chuyển phát
    ⌄
        Chuyển phát trong nước
        Chuyển phát quốc tế
Doanh nghiệp
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
    ⌄
        Cổng thanh toán
        Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
    ⌄
        Quảng cáo thương mại
        Hợp tác khai thác cơ sở hạ tầng
        Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
    ⌄
        Tin mới nhất
        Chuyển phát Quốc tế VN QuickPost
        Chuyển phát Quốc tế UPS
        Chuyển phát Quốc tế SF
        Chuyển phát Quốc tế EMS
        Chuyển phát Quốc tế Economy
        Thương mại điện tử xuyên biên giới
Hành chính công ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng


Định vị bưu gửi


Tìm bưu cục

Ước tính cước


Tra cứu mã chuyển tiền



CHUYỂN PHÁT

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
|---|---|---|---|

**Nhập mã bưu gửi**

RF180613926US

**Mã xác nhận**

15kc

Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **RF180613926US**

Khối lượng (gam) :  **204**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

VNSGNA

25/11/2025 16:39:18
Đã vận chuyển đến bưu cục (Transport arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki...

25/11/2025 17:02:58
Đã đến bưu cục (Arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki...

25/11/2025 21:02:52
Đi khỏi bưu cục (Departure from PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki...

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 13:36:00 | 749660 - BCP quận 11 | Đã phát thành công . Người nhận:(vt)Tuấn Anh . Ghi chú: (DingDong) |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

### Cá Nhân

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

### Doanh Nghiệp

> Logistics
> Truyền Thông, Qu
> Thu Hộ, Chi Hộ
> Dịch Vụ Số
> Chuyển phát


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền

Hotline:

**1900 54 54 81**

Kết nối với
VIETNAMPOST



1A ☐

## Registered No.

RF1 8061 391 2US

**Date Stamp**

0762
13

| | |
|---|---|
| Postage $ **$11.55** | Extra Services & Fees (continued)) |
| Extra Services & Fees | ☑ Signature Confirmation |
| ☐ Registered Mail **$23.40** | $ **6.70** |
| ☐ Return Receipt (hardcopy) $ **$0.00** | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ **$0.00** | |
| ☐ Restricted Delivery $ **$0.00** | Total Postage & Fees $ **$34.95** |

To Be Completed By Post Office

AIR FORCE BASE MD
NOV -6 2025
62-9968

| Customer Must Declare Full Value $ **$0.00** | Received by **11/06/2025** |
|---|---|

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

**FROM**

John JR ANDREWS. MD 20762 Brookley Ave unit 8320 Bolling AirForce base Washington DC 20032

**TO**

US Department of War USA
Ngo Quang The, chief of ward 5
Police Department, Dist. 11, 148
Ong ich Khiem, HCM City, Vietnam

---

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



Danh mục

Cá nhân ⌄

Tài chính cá nhân
⌄
Gửi tiết kiệm
Thanh toán
Vay tiêu dùng
Bảo hiểm phi nhân thọ
Bảo hiểm nhân thọ

✕

👤 Đăng nhập

Tìm kiếm

Mua sắm
⌄
Mua sắm online
Phân phối hàng hóa tại điểm giao dịch

Giải Trí
⌄
PostJoy

Chuyển phát
⌄
Chuyển phát trong nước
Chuyển phát quốc tế

Doanh nghiệp
Thu Hộ, Chi Hộ

Dịch Vụ Số
⌄
Cổng thanh toán
Giải pháp số cho doanh nghiệp

Logistics

Truyền Thông, Quảng Cáo
⌄
Quảng cáo thương mại
Hợp tác khai thác cơ sở hạ tầng
Direct marketing

Dịch Vụ Trong Nước

Dịch Vụ Quốc Tế
⌄
Tin mới nhất
Chuyển phát Quốc tế VN QuickPost
Chuyển phát Quốc tế UPS
Chuyển phát Quốc tế SF
Chuyển phát Quốc tế EMS
Chuyển phát Quốc tế Economy
Thương mại điện tử xuyên biên giới

Hành chính công ⌄
Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
Chi trả công
Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích

Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền



| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

**Nhập mã bưu gửi**

| RF180613912US |
|---|

**Mã xác nhận**

| an60 |
|---|



Tìm kiếm

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số : **RF180613912US**

Khối lượng (gam) : **204**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

VNSGNA

25/11/2025 16:39:18
Đã vận chuyển đến bưu cục (Transport arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki…

25/11/2025 17:02:58
Đã đến bưu cục (Arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki…

25/11/2025 21:02:48
Đi khỏi bưu cục (Departure from PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki…

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 13:36:00 | 749660 - BCP quận 11 | Đã phát thành công . Người nhận:(vt)Tuấn Anh . Ghi chú: (DingDong) |

## Cá Nhân

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

## Doanh Nghiệp

> Logistics

> Truyền Thông, Qu

> Thu Hộ, Chi Hộ

> Dịch Vụ Số

> Chuyển phát

## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**





Định vị bưu gửi



Tìm bưu cục



Ước tính cước



Tra cứu mã chuyển tiền



**Registered No.** RF180613886US

Copy 1 - Customer

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®
(See Information on Reverse)



**Danh mục**

Đăng nhập

Tìm kiếm

Cá nhân ⌄
    Tài chính cá nhân
    ⌄
        Gửi tiết kiệm
        Thanh toán
        Vay tiêu dùng
        Bảo hiểm phi nhân thọ
        Bảo hiểm nhân thọ
    Mua sắm
    ⌄
        Mua sắm online
        Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
    ⌄
        PostJoy
    Chuyển phát
    ⌄
        Chuyển phát trong nước
        Chuyển phát quốc tế
Doanh nghiệp
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
    ⌄
        Cổng thanh toán
        Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
    ⌄
        Quảng cáo thương mại
        Hợp tác khai thác cơ sở hạ tầng
        Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
    ⌄
        Tin mới nhất
        Chuyển phát Quốc tế VN QuickPost
        Chuyển phát Quốc tế UPS
        Chuyển phát Quốc tế SF
        Chuyển phát Quốc tế EMS
        Chuyển phát Quốc tế Economy
        Thương mại điện tử xuyên biên giới
Hành chính công ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng


Định vị bưu gửi


Tìm bưu cục

Ước tính cước


Tra cứu mã chuyển tiền



| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
|---|---|---|---|

**Nhập mã bưu gửi**

| RF180613886US |
|---|

**Mã xác nhận**

| 6jl9 |
|---|



Tìm kiếm

### GIẢI QUYẾT KHIẾU NẠI

Bưu gửi số :  **RF180613886US**

Khối lượng (gam) :  **204**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

### THÔNG TIN TRẠNG THÁI

**25/11/2025 09:36:55**
**EMD - Đã đến Trung tâm khai thác quốc tế của nước nhận, Arrival at inward destination office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMF - Rời bưu cục ngoại dịch chiều đến, Departure from inward office of exchange (VNSGNA)**

### THÔNG TIN PHÁT

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 13:30:05 | 710871 - BCP Quận 1B | Đã phát thành công . |

## TỔNG CÔNG TY BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

## Cá Nhân

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

## Doanh Nghiệp

> Logistics

> Truyề...

> Thu H...

> Dịch V...

> Chuyê...



Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**





**Registered No.**
RF180613855US

**Date Stamp**

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ | $11.55 | |
| Extra Services & Fees | | |
| ☐ Registered Mail $ | $3.40 | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | |
| ☐ Return Receipt (electronic) $ | $0.00 | |
| ☐ Restricted Delivery $ | $0.00 | |

Extra Services & Fees *(continued)*
☑ Signature Confirmation $ 6.70
☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees** $ $34.95

Received by
11/06/2025

**Customer Must Declare Full Value** $ $0.00

ANDREWS AIR FORCE BASE MD
0762 13
NOV -6 2025
USPS 20762-9998

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

**FROM** John Doe (AFLe) 10 Brookley Ave
JB ANDREWS, MD 20762
Unit 8329 Bolling Air Force base
Washington Dc 20032
US Department of War, USA

**TO** To Lam, Secretary of Communist Party
1 A Hoang Vuong St, Ba Dinh District,
Hanoi, Vietnam

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

Copy 1 - Customer
*(See Information on Reverse)*



☰

Danh mục

✕

👤 **Đăng nhập**

Tìm kiếm

Cá nhân ⌄
Tài chính cá nhân
⌄
Gửi tiết kiệm
Thanh toán
Vay tiêu dùng
Bảo hiểm phi nhân thọ
Bảo hiểm nhân thọ
Mua sắm
⌄
Mua sắm online
Phân phối hàng hóa tại điểm giao dịch
Giải Trí
⌄
PostJoy
Chuyển phát
⌄
Chuyển phát trong nước
Chuyển phát quốc tế
Doanh nghiệp
Thu Hộ, Chi Hộ
Dịch Vụ Số
⌄
Cổng thanh toán
Giải pháp số cho doanh nghiệp
Logistics
Truyền Thông, Quảng Cáo
⌄
Quảng cáo thương mại
Hợp tác khai thác cơ sở hạ tầng
Direct marketing
Dịch Vụ Trong Nước
Dịch Vụ Quốc Tế
⌄
Tin mới nhất
Chuyển phát Quốc tế VN QuickPost
Chuyển phát Quốc tế UPS
Chuyển phát Quốc tế SF
Chuyển phát Quốc tế EMS
Chuyển phát Quốc tế Economy
Thương mại điện tử xuyên biên giới
Hành chính công ⌄
Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
Chi trả công
Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

📍 Định vị bưu gửi

📍 Tìm bưu cục

🖩 Ước tính cước

🔍 Tra cứu mã chuyển tiền



CHUYỂN PHÁT

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

Vietnam Post - Tổng công ty Bưu điện Việt Nam

**Nhập mã bưu gửi**

RF180613855US

**Mã xác nhận**

2nE7



Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **RF180613855US**

Khối lượng (gam) :  **204**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

tế làm thủ tục HQ nhập khẩu, Arrival at inward office of exchange (VNHANA)

**VNHANA**

27/11/2025 14:55:09
EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (VNHANA)

**VNHANA**

27/11/2025 14:55:09
EMF - Rời bưu cục ngoại dịch chiều đến, Departure from inward office of exchange (VNHANA)

**VNHANA**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|------|---------|----------|
| 28/11/2025 11:00:00 | 100902 - [TW] KT cục BĐTW Hà Nội | Đã phát thành công . Người nhận:()BÙI PHÚ LỪNG, GIAO LIÊN. |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

**Cá Nhân**

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

**Doanh Nghiệp**

> Logistics
> Truyền Thông, Qu
> Thu Hộ, Chi Hộ
> Dịch Vụ Số
> Chuyển phát

**Hotline:**
## 1900 54 54 81

**Kết nối với VIETNAMPOST**




Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền