CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

_____
            Plaintiff(s)

vs.                                                          Civil Action No. _____

_____
            Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

    I hereby certify under penalty of perjury, this _____ day of _____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)

_____

was [were] (select one):

❑        personally served with process on _____.

❑        served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

❑        served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____. NGUYEN NHIEM
11/26/2025 (LE Q.DAO,THAN T.BINH,NGO Q.THE,LE H.NAM),11/28/2025 :TO LAM .

❑        The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:_____.

    I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

❑        no extension has been given and the time for filing has expired

❑        although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

    The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

_____

_____

_____

_____

_____                              _____
Bar Id. Number                                        Name, Address and Telephone Number

**GENERAL  INFORMATION**

- All affidavits must be typed and filed electronically using the CM/ECF system. In the event the filer experiences technical difficulties, a PDF version of the affidavit may be emailed to dcd_cmecf@dcd.uscourts.gov.

- If default is being requested for a company, corporation or other business entity, only the Affidavit in Support of Default should be filed. If the defendant is a person, the Military Affidavit must be submitted in addition to the Affidavit in Support of Default.

- The Clerk's Office will fill out a default form and file it electronically, therefore it is not necessary to submit a proposed default form at the time the affidavit is filed.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case must be cited along with the cite for the Long-Arm Statute.

- If service was made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contain enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's Office forms.






stered N                                    369US

| Postage $ | | Extra Services & Fees (continued) | Date Stamp |
| Extra Services & Fees | $23.40 | ☑ Signature Confirmation $ 6.70 | |
| ☐ Registered Mail $ | | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | | |
| ☐ Return Receipt (electronic) $ | $0.00 | Total Postage & Fees | |
| ☐ Restricted Delivery $ | $0.00 | $ $34.95 | |

Date Stamp

0762
13

NOV – 6 2025

USPS 20762-9999
ANDREWS AIR FORCE BASE MD

Customer Must Declare Full Value
$          $0.00

Received by
11/06/2025

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: John WB (ANDREWS AFB) FPO 20762 Brookley Ave unit 8329 Bolling Airforce base washington DC 20032

TO: US Department of war USA Nguyen van Nhiem, Agent of Socialist Republic of Vietnam, Dist 8 Rehalf Hospital, 318 Au Duong Lan, Ward 3 Dist. 8, Vietnam

m **3806, Registered Mail Receipt**
15, PSN 7530-02-000-9051
domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)





Danh mục



👤 **Đăng nhập**

Cá nhân ⌄

Tài chính cá nhân ⌄

Gửi tiết kiệm
Thanh toán
Vay tiêu dùng
Bảo hiểm phi nhân thọ
Bảo hiểm nhân thọ

Mua sắm ⌄

Mua sắm online
Phân phối hàng hóa tại điểm giao dịch

Giải Trí ⌄

PostJoy

Chuyển phát ⌄

Chuyển phát trong nước
Chuyển phát quốc tế

Doanh nghiệp ⌄

Thu Hộ, Chi Hộ

Dịch Vụ Số ⌄

Cổng thanh toán
Giải pháp số cho doanh nghiệp

Logistics

Truyền Thông, Quảng Cáo ⌄

Quảng cáo thương mại
Hợp tác khai thác cơ sở hạ tầng
Direct marketing

Dịch Vụ Trong Nước

Dịch Vụ Quốc Tế ⌄

Tin mới nhất
Chuyển phát Quốc tế VN QuickPost
Chuyển phát Quốc tế UPS
Chuyển phát Quốc tế SF
Chuyển phát Quốc tế EMS
Chuyển phát Quốc tế Economy
Thương mại điện tử xuyên biên giới

Hành chính công ⌄

Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
Chi trả công
Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích

Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

Tìm kiếm


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền



CHUYỂN PHÁT

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
| --- | --- | --- | --- |



Danh mục



👤 Đăng nhập

Tìm kiếm

Cá nhân ⌄
    Tài chính cá nhân
    ⌄
        Gửi tiết kiệm
        Thanh toán
        Vay tiêu dùng
        Bảo hiểm phi nhân thọ
        Bảo hiểm nhân thọ
    Mua sắm
    ⌄
        Mua sắm online
        Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
    ⌄
        PostJoy
    Chuyển phát
    ⌄
        Chuyển phát trong nước
        Chuyển phát quốc tế
Doanh nghiệp ⌄
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
    ⌄
        Cổng thanh toán
        Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
    ⌄
        Quảng cáo thương mại
        Hợp tác khai thác cơ sở hạ tầng
        Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
    ⌄
        Tin mới nhất
        Chuyển phát Quốc tế VN QuickPost
        Chuyển phát Quốc tế UPS
        Chuyển phát Quốc tế SF
        Chuyển phát Quốc tế EMS
        Chuyển phát Quốc tế Economy
        Thương mại điện tử xuyên biên giới
Hành chính công ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền



CHUYỂN PHÁT

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

NGUYEN VAN NHIEM

**Nhập mã bưu gửi**

CH242902488US

**Mã xác nhận**

9k4H



Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :    **CH242902488US**

Khối lượng (gam) :    **150**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

**10/11/2025 18:41:00**
**EMA - Chấp nhận gửi (Posting / Collection) (US )**

**US**
**13/11/2025 14:53:00**
**EMB - Đến Trung tâm khai thác quốc tế của nước gửi - Arrival at outward (origin) office of exchange (US )**

**US**
**13/11/2025 14:54:00**
**EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (US )**

**US**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 09/12/2025 10:01:44 | 751938 - BCVH Chánh Hưng | Chưa phát được. Không liên lạc đc với người nhận, không có số điện thoại liên hệ/6.Liên hệ với người gửi, chờ trả lời/Ghi chú:(DingDong) có số ko tên ko số đt bve tuyết quản lí hạnh từ chối nhận |
| 09/12/2025 11:05:00 | 751938 - BCVH Chánh Hưng | Đã phát thành công . Người nhận:()nhiệm. Ghi chú: (DingDong) |

NGUYEN VAN NHIEM



Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**TỔNG CÔNG TY
BƯU ĐIỆN VIỆT NAM**

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

**Cá Nhân**

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

**Doanh Nghiệp**

> Logistics
> Truyền Thông, Qu
> Thu Hộ, Chi Hộ
> Dịch Vụ Số
> Chuyển phát



Định vị bưu gửi



Tìm bưu cục



Ước tính cước



Tra cứu mã chuyển tiền

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**



Vietnam Post - Tổng công ty Bưu điện Việt Nam

**NGUYEN VAN NHIEM**

**Nhập mã bưu gửi**

RF180613869US

**Mã xác nhận**

f2p0



[ Tìm kiếm ]

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **RF180613869US**

Khối lượng (gam) :  **204**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

**26/11/2025 12:30:58**
**E      -  Phát          thành  công**

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 13:30:05 | - CVH hánh Hưng | Đã phát thành công . |

**NGUYEN VAN NHIEM**

12/28/25, M M M 2
M
ietnamMPost -Tổng công ty BMM u điện Việt Nam





Định vị bưu
gửi

Tìm bưu
cục

Ước tính
cước

Tra cứu mã
chuyển
tiền

**Cá Nhân**

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

**Doanh**

> Logist

> Truyền

> Thu Hộ. Chi Hộ

> Dịch V

> Chuyế

**TỔNG CÔNG TY
BƯU ĐIỆN VIỆT NAM**

Địa chỉ: Số 05, đường Phạm Hùng,
Phường Cầu Giấy, Thành phố Hà
Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi
phát hành lại thông tin từ website
này

**Hotline:**

**1900 54
54 81**

**Kết nối với
VIETNAMPOST**







**Registered No.**

RF180613890US

## To Be Completed By Post Office

| | |
|---|---|
| Postage $ | $11.55 |
| Extra Services & Fees | |
| ☐ Registered Mail $ | $23.40 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Restricted Delivery $ | $0.00 |

**Extra Services & Fees** (continued))
☑ Signature Confirmation $ 6.70
☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees** $ $34.95

Customer Must Declare Full Value
$ $0.00

Received by
11/06/2025

**Date Stamp**

0762
13

NOV - 6 2025

USPS 20762-9998
ANDREWS AIR FO

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

## To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

**FROM**
John Doe (ATIC) JB ANDREWS, MD 20762 6 Brookley Ave
Unit 8329 Boeling AirForce base
Washington DC 20032

**TO**
U.S Department of War, USA
Le Quang Dao, Chief of intelligence
division HCM City, Public security
department, 268 Tran Hung Dao st.
Dist 1, ward Nguyen Cu Trinh, HCM City VN

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



Danh mục

✕

👤 **Đăng nhập**

Tìm kiếm

**Cá nhân** ⌄

  Tài chính cá nhân
  ⌄
    Gửi tiết kiệm
    Thanh toán
    Vay tiêu dùng
    Bảo hiểm phi nhân thọ
    Bảo hiểm nhân thọ
  Mua sắm
  ⌄
    Mua sắm online
    Phân phối hàng hóa tại điểm giao dịch
  Giải Trí
  ⌄
    PostJoy
  Chuyển phát
  ⌄
    Chuyển phát trong nước
    Chuyển phát quốc tế

**Doanh nghiệp**
  Thu Hộ, Chi Hộ
  Dịch Vụ Số
  ⌄
    Cổng thanh toán
    Giải pháp số cho doanh nghiệp
  Logistics
  Truyền Thông, Quảng Cáo
  ⌄
    Quảng cáo thương mại
    Hợp tác khai thác cơ sở hạ tầng
    Direct marketing
  Dịch Vụ Trong Nước
  Dịch Vụ Quốc Tế
  ⌄
    Tin mới nhất
    Chuyển phát Quốc tế VN QuickPost
    Chuyển phát Quốc tế UPS
    Chuyển phát Quốc tế SF
    Chuyển phát Quốc tế EMS
    Chuyển phát Quốc tế Economy
    Thương mại điện tử xuyên biên giới

**Hành chính công** ⌄
  Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
  Chi trả công
  Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích

**Tin tức**
**Giới thiệu**
**Hỗ trợ**
**Tuyển dụng**



CHUYỂN PHÁT


Định vị bưu gửi


Tìm bưu cục


Ước tính cước

🔍
Tra cứu mã chuyển tiền

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
| --- | --- | --- | --- |

**LE QUANG DAO**

**Nhập mã bưu gửi**

RF180613890US

**Mã xác nhận**

5sj1

Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **RF180613890US**

Khối lượng (gam) :  **204**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

Đã vận chuyển đến bưu cục (Transport arrival at PO) (710871: BCP Quận 1B - Hồ Chí Minh )

Sô´230, Đường Hai Bà Trưn…
26/11/2025 07:07:37
Đã đến bưu cục (Arrival at PO) (710871: BCP Quận 1B - Hồ Chí Minh )

Sô´230, Đường Hai Bà Trưn…
26/11/2025 08:35:29
EMG - Đã đến Bưu cục phát, Arrival at delivery post office (710871: BCP Quận 1B - Hồ Chí Minh )

Sô´230, Đường Hai Bà Trưn…
26/11/2025 08:50:29
EDG - Đã giao bưu tá phát - Item out

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 10:25:00 | 710871 - BCP Quận 1B | Đã phát thành công . Người nhận:()vinh giao liên. Ghi chú: (DingDong) |
|  |  |  |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**LE QUANG DAO**

Vietnam Post - Tổng công ty Bưu điện Việt Nam



Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền



## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

**Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam**

**Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này**

### Cá Nhân

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

### Doanh nghiệp

> Logistics

> Truyền thông

> Thu Hộ

> Dịch Vụ Số

> Chuyển phát

**Hotline:**

## 1900 54 54 81

**Kết nối với VIETNAMPOST**



**AIR FORCE LAW CENTER ( For John Doe )**
10 Brookley Ave.,SW ,Unit 8329 .
Bolling Air Force Base
**US DEPARTMENT OF WAR** .
Washington ___ 32 ,USA .

$6.70
S2324Y500135-13

JB ANDREWS, MD 20762
NOV 06, 2025

$34.95
S2324Y500135-13



REGISTERED MAIL™

RF 180 613 926 US

Label 200, August 2005    PSN 7690-03-000-9311

**THAN TRONG BINH**

Deputy Chief of Police Ward 05 - HCMCity Intelligence Division.

148 Ong Ich Khiem, District 11 ,Ho Chi Minh City , Viet Nam.





**Registered No.**

RF180613926US

**Date Stamp**

Postage $ $11.55

**Extra Services & Fees**
- ☐ Registered Mail $23.40
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Restricted Delivery $ $0.00

**Extra Services & Fees** (continued)
- ☑ Signature Confirmation $ 6.70
- ☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees** $ $34.95

**Customer Must Declare Full Value** $ $0.00

**Received by** 11/06/2025

AIR FORCE 0762 13
NOV - 6 2025
USPS 20762-9998

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

**FROM** John Andrews, TMC 20762 Brookley Ave Unit 8329 Bolling Air Force base Washington DC 20032 US Department of War    USA

**TO** Than Trong Binh, Deputy Chief of Vietnam5 police Department, Ward 5, Dist. 11, HCM City, Vietnam 149 ông Ích Khiêm St.

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

**VIETNAM POST**

Danh mục

✕

👤 **Đăng nhập**  🇻🇳

Tìm kiếm

Cá nhân ▾

Tài chính cá nhân
▾
  Gửi tiết kiệm
  Thanh toán
  Vay tiêu dùng
  Bảo hiểm phi nhân thọ
  Bảo hiểm nhân thọ
Mua sắm
▾
  Mua sắm online
  Phân phối hàng hóa tại điểm giao dịch
Giải Trí
▾
  PostJoy
Chuyển phát
▾
  Chuyển phát trong nước
  Chuyển phát quốc tế
Doanh nghiệp
Thu Hộ, Chi Hộ
Dịch Vụ Số
▾
  Cổng thanh toán
  Giải pháp số cho doanh nghiệp
Logistics
Truyền Thông, Quảng Cáo
▾
  Quảng cáo thương mại
  Hợp tác khai thác cơ sở hạ tầng
  Direct marketing
Dịch Vụ Trong Nước
Dịch Vụ Quốc Tế
▾
  Tin mới nhất
  Chuyển phát Quốc tế VN QuickPost
  Chuyển phát Quốc tế UPS
  Chuyển phát Quốc tế SF
  Chuyển phát Quốc tế EMS
  Chuyển phát Quốc tế Economy
  Thương mại điện tử xuyên biên giới
Hành chính công ▾
  Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
  Chi trả công
  Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

📍 Định vị bưu gửi

📍 Tìm bưu cục

🔢 Ước tính cước

🔍 Tra cứu mã chuyển tiền



| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
| --- | --- | --- | --- |

Vietnam Post - Tổng công ty Bưu điện Việt Nam

THAN TRONG
BINH

**Nhập mã bưu gửi**

RF180613926US

**Mã xác nhận**

15kc

v340 ↺

Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số : **RF180613926US**

Khối lượng (gam) : **204**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

VNSGNA

25/11/2025 16:39:18
Đã vận chuyển đến bưu cục (Transport arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki…

25/11/2025 17:02:58
Đã đến bưu cục (Arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki…

25/11/2025 21:02:52
Đi khỏi bưu cục (Departure from PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki…

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 13:36:00 | 749660 - BCP quận 11 | Đã phát thành công . Người nhận:(vt)Tuấn Anh . Ghi chú: (DingDong) |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

THAN TRONG BINH

Case 1:25-cv-03226-CJN   Document 26   Filed 02/11/26   Page 21 of 36

## Cá Nhân

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

## Doanh Nghiệp

> Logistics

> Truyền Thông, Qu

> Thu Hộ, Chi Hộ

> Dịch Vụ Số

> Chuyển phát

**TỔNG CÔNG TY BƯU ĐIỆN VIỆT NAM**

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

Hotline:

**1900 54 54 81**

Kết nối với
**VIETNAMPOST**




Định vị bưu gửi


Tìm bưu cục

Ước tính cước


Tra cứu mã chuyển tiền



1A

**Registered No.**
RF180613912US

**Date Stamp**
0762
13

AIR FORCE BASE MD
NOV -6 2025
62-9968

| Postage $ | $11.55 | Extra Services & Fees (continued)) | |
|---|---|---|---|
| Extra Services & Fees | | ☑ Signature Confirmation $ 6.70 | |
| ☐ Registered Mail $23.40 | | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (electronic) $ $0.00 | | | |
| ☐ Restricted Delivery $0.00 | | **Total Postage & Fees** $ $34.95 | |
| Customer Must Declare Full Value $ $0.00 | | Received by 11/06/2025 | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

To Be Completed By Post Office

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
John JR ANDREWS, MD 20762 Brookley Ave
unit 8329 Bolling AirForce base
Washington DC 20032
US Department of war USA

TO
Ngo Quang The, chief of ward 5
Police Department, Dist, 11, 148
Ong ich Khiem, HCM City, Vietnam

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



☰

Danh mục

✕

👤 **Đăng nhập**

Tìm kiếm

Cá nhân ⌄
　　Tài chính cá nhân
　　⌄
　　　　Gửi tiết kiệm
　　　　Thanh toán
　　　　Vay tiêu dùng
　　　　Bảo hiểm phi nhân thọ
　　　　Bảo hiểm nhân thọ
　　Mua sắm
　　⌄
　　　　Mua sắm online
　　　　Phân phối hàng hóa tại điểm giao dịch
　　Giải Trí
　　⌄
　　　　PostJoy
　　Chuyển phát
　　⌄
　　　　Chuyển phát trong nước
　　　　Chuyển phát quốc tế
Doanh nghiệp
　　Thu Hộ, Chi Hộ
　　Dịch Vụ Số
　　⌄
　　　　Cổng thanh toán
　　　　Giải pháp số cho doanh nghiệp
　　Logistics
　　Truyền Thông, Quảng Cáo
　　⌄
　　　　Quảng cáo thương mại
　　　　Hợp tác khai thác cơ sở hạ tầng
　　　　Direct marketing
　　Dịch Vụ Trong Nước
　　Dịch Vụ Quốc Tế
　　⌄
　　　　Tin mới nhất
　　　　Chuyển phát Quốc tế VN QuickPost
　　　　Chuyển phát Quốc tế UPS
　　　　Chuyển phát Quốc tế SF
　　　　Chuyển phát Quốc tế EMS
　　　　Chuyển phát Quốc tế Economy
　　　　Thương mại điện tử xuyên biên giới
Hành chính công ⌄
　　Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
　　Chi trả công
　　Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

⊕ **Định vị bưu gửi**

◉ **Tìm bưu cục**

🔢 **Ước tính cước**

🔍 **Tra cứu mã chuyển tiền**


CHUYỂN PHÁT

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
|---|---|---|---|

Vietnam Post - Tổng công ty Bưu điện Việt Nam

NGO QUANG THE

**Nhập mã bưu gửi**

RF180613912US

**Mã xác nhận**

an60                    40 HE ↺

Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :   **RF180613912US**

Khối lượng (gam) :   **204**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

VNSGNA

25/11/2025 16:39:18
Đã vận chuyển đến bưu cục (Transport arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki...

25/11/2025 17:02:58
Đã đến bưu cục (Arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki...

25/11/2025 21:02:48
Đi khỏi bưu cục (Departure from PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki...

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 13:36:00 | 749660 - BCP quận 11 | Đã phát thành công . Người nhận:(vt)Tuấn Anh . Ghi chú: (DingDong) |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

NGO QUANG THE

## TỔNG CÔNG TY BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

### Cá Nhân

› Tài chính cá nhân
› Mua sắm
› Giải Trí
› Chuyển phát

### Doanh Nghiệp

› Logistics
› Truyền Thông, Qu
› Thu Hộ, Chi Hộ
› Dịch Vụ Số
› Chuyển phát



Định vị bưu gửi



Tìm bưu cục



Ước tính cước



Tra cứu mã chuyển tiền

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**







**Registered No.**

RF1 8061 3886US

| To Be Completed By Post Office | |
|---|---|
| Postage $ $11.55 | Extra Services & Fees (continued) |
| Extra Services & Fees | ☐ Signature Confirmation $6.70 |
| ☐ Registered Mail $23.40 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ $0.00 | **Total Postage & Fees** $ |
| ☐ Restricted Delivery $0.00 | |
| Customer Must Declare Full Value $0.00 | Received by $36.55 |
| $ $0.00 | 11/06/2025 |

**Date Stamp**

0762
13
NOV -6 2025
JB ANDREWS, MD
USPS 20762-9998
ANDREWS AIR FORCE BASE MD

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

| | |
|---|---|
| FROM | John Doe (AFLC) 19 Brookley Ave Unit 8324 Bolling Air Force base Washington DC 20032 U.S Department of War, USA. |
| TO | Le Hong Nam, Director HCM City public Security, 268 Tran Hung Dao, Ward Nguyen Cu Trinh, Dist. 1, HCM City Vietnam (CATPHCM) |

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



Danh mục

✕

👤 **Đăng nhập**    🇻🇳

Tìm kiếm

Cá nhân ⌄
    Tài chính cá nhân
    ⌄
        Gửi tiết kiệm
        Thanh toán
        Vay tiêu dùng
        Bảo hiểm phi nhân thọ
        Bảo hiểm nhân thọ
    Mua sắm
    ⌄
        Mua sắm online
        Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
    ⌄
        PostJoy
    Chuyển phát
    ⌄
        Chuyển phát trong nước
        Chuyển phát quốc tế
Doanh nghiệp
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
    ⌄
        Cổng thanh toán
        Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
    ⌄
        Quảng cáo thương mại
        Hợp tác khai thác cơ sở hạ tầng
        Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
    ⌄
        Tin mới nhất
        Chuyển phát Quốc tế VN QuickPost
        Chuyển phát Quốc tế UPS
        Chuyển phát Quốc tế SF
        Chuyển phát Quốc tế EMS
        Chuyển phát Quốc tế Economy
        Thương mại điện tử xuyên biên giới
    Hành chính công ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền



CHUYỂN PHÁT

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

**LE HONG NAM**

**Nhập mã bưu gửi**

RF180613886US

**Mã xác nhận**

6jl9    `0cR5` ↻

Tìm kiếm

### GIẢI QUYẾT KHIẾU NẠI

Bưu gửi số : **RF180613886US**

Khối lượng (gam) : **204**

**Nước chấp nhận:** US - UNITED STATES OF AMERICA

**Bưu cục nhận:**

**Nước phát:** VN - VIETNAM

**Bưu cục phát:**

### THÔNG TIN TRẠNG THÁI

**25/11/2025 09:36:55**
**EMD - Đã đến Trung tâm khai thác quốc tế của nước nhận, Arrival at inward destination office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMF - Rời bưu cục ngoại dịch chiều đến, Departure from inward office of exchange (VNSGNA)**

### THÔNG TIN PHÁT

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 13:30:05 | 710871 - BCP Quận 1B | Đã phát thành công . |

**Định vị bưu gửi**

**Tìm bưu cục**

**Ước tính cước**

**Tra cứu mã chuyển tiền**

**LE HONG NAM**

**TỔNG CÔNG TY
BƯU ĐIỆN VIỆT NAM**

**Địa chỉ: Số 05, đường Phạm Hùng,
Phường Cầu Giấy, Thành phố Hà
Nội, Việt Nam**

**Ghi rõ nguồn "vietnampost.vn" khi
phát hành lại thông tin từ website
này**

## Cá Nhân

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

## Doanh Nghiệp

> Logistics

> Truyề

> Thu H

> Dịch V

> Chuyê



Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**Hotline:**

**1900 54
54 81**

**Kết nối với
VIETNAMPOST**



AIR FORCE LAW CENTER ( For John Doe )
10 Brookley Ave.,SW ,Unit 8329 .
Bolling Air Force Base
DEPARTMENT OF WAR
Washington DC 20032 .

$6.70
S2324Y500135-13

$34.95
S2324Y500135-13

00427

UNITED STATES POSTAL SERVICE®
REGISTERED MAIL™

RF 180 613 855 US

Label 200, August 2005

| Registered article | | | Letter | | Printed Matter | | Other | | Express Mail |
|---|---|---|---|---|---|---|---|---|---|
| Envoi recommandé | | | Lettre | | Imprimé | | Autre | | International |

Insured parcel / Colis avec valeur déclarée   Insured Value/Valeur déclarée   Article No. RF 180 613 855 US

Office of mailing Bureau or depot   Date of posting Date de depot   11/06/25

Addressee (Name or firm)   Nom ou raison sociale du destinataire

Street and No.   Rue et No.

Place and country   Lieu et Pays

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employer of the office of destination, and returned by the first mail directly to the sender.

Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des réglements du pays de destination, ou, si ces réglements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.

Postmark of the office of destination / Timbre du bureau de destination

The article mentioned above was duly delivered.
L'envoi mentionné ci-dessus a été dûment livré.   Date

Signature of the addressee / Signature du destinataire   Signature of the employee of the office of destination. Signature de l'agent du bureau de destination.

TO LAM ,Secretary of Vietnamese Communist Party.

1 A Hung Vuong Street , Ba Dinh District , Ha Noi , Viet Nam .



PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®
Copy 1 - Customer
*(See Information on Reverse)*



☰

Danh mục

✕

👤 **Đăng nhập**

Tìm kiếm

**Cá nhân** ⌄
    Tài chính cá nhân
    ⌄
        Gửi tiết kiệm
        Thanh toán
        Vay tiêu dùng
        Bảo hiểm phi nhân thọ
        Bảo hiểm nhân thọ
    Mua sắm
    ⌄
        Mua sắm online
        Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
    ⌄
        PostJoy
    Chuyển phát
    ⌄
        Chuyển phát trong nước
        Chuyển phát quốc tế

**Doanh nghiệp**
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
    ⌄
        Cổng thanh toán
        Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
    ⌄
        Quảng cáo thương mại
        Hợp tác khai thác cơ sở hạ tầng
        Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
    ⌄
        Tin mới nhất
        Chuyển phát Quốc tế VN QuickPost
        Chuyển phát Quốc tế UPS
        Chuyển phát Quốc tế SF
        Chuyển phát Quốc tế EMS
        Chuyển phát Quốc tế Economy
        Thương mại điện tử xuyên biên giới

**Hành chính công** ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích

**Tin tức**
**Giới thiệu**
**Hỗ trợ**
**Tuyển dụng**



Định vị bưu gửi



Tìm bưu cục

Ước tính cước



Tra cứu mã chuyển tiền



CHUYỂN PHÁT

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

**TO LAM**

**Nhập mã bưu gửi**

RF180613855US

**Mã xác nhận**

2nE7

Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **RF180613855US**

Khối lượng (gam) :  **204**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

tế làm thủ tục HQ nhập khẩu, Arrival at inward office of exchange (VNHANA)

**VNHANA**

27/11/2025 14:55:09
EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (VNHANA)

**VNHANA**

27/11/2025 14:55:09
EMF - Rời bưu cục ngoại dịch chiều đến, Departure from inward office of exchange (VNHANA)

**VNHANA**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 28/11/2025 11:00:00 | 100902 - [TW] KT cục BĐTW Hà Nội | Đã phát thành công . Người nhận:()BÙI PHÚ LỪNG, GIAO LIÊN. |

**TO LAM**

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

## Cá Nhân

› Tài chính cá nhân
› Mua sắm
› Giải Trí
› Chuyển phát

## Doanh Nghiệp

› Logistics
› Truyền Thông, Qu
› Thu Hộ, Chi Hộ
› Dịch Vụ Số
› Chuyển phát

## TỔNG CÔNG TY BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này



Định vị bưu gửi



Tìm bưu cục



Ước tính cước



Tra cứu mã chuyển tiền

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**

