Default - Rule 55A                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE

_____
Plaintiff(s)

v.                                                          Civil Action: 25-cv-03226-CJN

SOCIALIST REPUBLIC OF VIETNAM et al

_____
Defendant(s)

**RE:** THAN TRONG BINH, LE QUANG DAO, LE HONG NAM, NGUYEN VAN NHIEM, NGO QUANG THE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though

duly served with summons and copy of the complaint     on     November 26, 2025     , and  an  affidavit

on behalf of the plaintiff having been filed, it is this  11th  day of  February  ,  2026  declared

that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By:  _____
/s/ N. Wilkens
Deputy Clerk