Name   : John Doe
c/o AFLC -Civil Recovery Division .
10 Brookley Ave. #8329 ,
Bolling Air Force Base
US Department of Defense
Washington DC 20032.
Phone /Fax :(614)343-6510.
Email:
info@airforcelawcenter.org

**US DISTRICT COURT**
**DISTRICT OF COLUMBIA DISTRICT COURT**

|  |  |
|---|---|
| John Doe , <br> on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties, and the interests of the United States Government/Military, <br><br> Plaintiff <br> vs. <br><br> SOCIALIST REPUBLIC of VIET NAM <br> ISLAMIC REPUBLIC OF IRAN <br>  TO LAM (MINISTER OF MINISTRY of PUBLIC SECURITY ) <br><br> NGUYEN VAN NHIEM ( AGENT OF SOCIALIST REPUBLIC OF VIETNAM). <br> NGUYEN VAN TRUC (A  US CITIZEN -AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ). <br> DANG XUAN HONG ( AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ). <br> LE HONG NAM ( HEAD OF HO CHI MINH CITY PUBLIC SECURITY DEPARTMENT). <br> LE QUANG DAO (INTELLIGENCE HEAD OF HO CHI MINH CITY PUBLIC SECURITY  DEPARTMENT). <br> NGUYEN QUANG THONG ( AN AGENT OF DISTRICT 11 POLICE - HO CHI MINH CITY ) | Case : 1:25-cv-03226-CJN. <br><br> # PLAINTIFF'S EMERGENCY MOTION FOR WRIT OF NE EXEAT <br> TRAVEL RESTRAINTS, REFERRAL TO FEDERAL LAW-ENFORCEMENT AUTHORITIES, AND PRESERVATION OF EVIDENCE. <br><br> FOR : <br><br> **COMPLAINT FOR DAMAGES** : <br><br> **1/REMEDIES UNDER TORTURE VICTIM PROTECTION ACT .** <br> 2/REMEDIES UNDER **28 U.S.C. § 1605B** . **Justice For United States Victims Of State Sponsored Terrorism.** <br> 3/REMEDIES UNDER RELATED FEDERAL CAUSES OF ACTIONS . <br><br> Request For  JURY TRIAL . <br> Most Remedies  will be donated to American Disabled Veterans /Military Gold Star Family Fund -US Department of Defense /Department of Veterans Affairs . |

1

NGO QUANG THE (CHIEF OF WARD 05
DISTRICT 11 POLICE -HO CHI MINH
CITY )
THAN TRONG BINH ( VICE CHIEF OF
WARD 05 DISTRICT 11 POLICE -HO CHI
MINH CITY ).
LUU TAN LOI ( UNDERCOVER OF HO
CHI MINH CITY POLICE DEPARTMENT)
VU MANH CUONG ( IMMIGRATION
POLICE, HO CHI MINH CITY ).
LY HOAI SON ( AGENT OF WARD 05
DISTRICT 11 HO CHI MINH CITY POLICE
).

LE HOANG BAO ( DISTRICT 07 POLICE
HO CHI MINH CITY )
LE MINH HAI ( CYBER SECURITY
DEPARTMENT OF HO CHI MINH CITY )
NGUYEN VAN HA ( CYBER SECURITY
DEPARTMENT OF HO CHI MINH CITY )
DO HOANG VIET ( UNDERCOVER
AGENT )
VU THE SON ( UNDERCOVER AGENT )
NGUYEN TUAN ANH ( UNDERCOVER
AGENT )
LE VAN TU ( UNDERCOVER AGENT )
NGUYEN NGOC SON ( COLONEL
-UNDERCOVER AGENT ).
 MOHAMED MANASTRA ( AGENT,
ISLAMIC REVOLUTIONARY GUARD
CORPS/HEZBOLLAH);
ATIR MANASTRA ( AGENT, ISLAMIC
REVOLUTIONARY GUARD
CORPS/HEZBOLLAH);

Does 1-100

Defendants.

2

Plaintiff respectfully moves for emergency relief necessary to preserve this Court's jurisdiction and the enforceability of its forthcoming default judgment.

# I. INTRODUCTION

On 02/11/2026 The Clerk has entered default against Defendant **Tô Lâm** after lawful service and his failure to appear or defend.

# PLAINTIFF'S EMERGENCY MOTION FOR WRIT OF NE EXEAT,

TRAVEL RESTRAINTS, REFERRAL TO FEDERAL LAW-ENFORCEMENT AUTHORITIES, AND PRESERVATION OF EVIDENCE

Plaintiff John Doe respectfully moves for **immediate emergency relief** necessary to preserve this Court's jurisdiction and the enforceability of its forthcoming default judgment.

# INTRODUCTION

The Clerk has entered default against Defendant **Tô Lâm** after lawful service and his failure to appear or defend.
**Exhibit 1.**

02112026 TOLAM-COURTFILED-DEFAU…

The Government of Vietnam has now **officially confirmed that Defendant is physically present in the United States for a high-level visit in Washington, D.C., for a limited and defined period. Exhibit 11.**

This places a defaulted foreign defendant:

- within this Court's territorial reach,

- under no legal obligation to remain, and

- on a scheduled departure timeline.

Absent immediate relief, Defendant's departure will:

- frustrate this Court's jurisdiction,

- render its judgment ineffectual, and

- place critical evidence beyond the Court's reach.

Emergency equitable relief is therefore required.

# JURISDICTION

This Court has jurisdiction under:

- 28 U.S.C. § 1331

- Torture Victim Protection Act

- Justice Against Sponsors of Terrorism Act

as set forth in the Complaint.
**Exhibit 2.**

092025 JOHNDOEVSSRVN-03226-COMP…

Authority for the requested relief arises under:

- 28 U.S.C. § 1651(a)

- Fed. R. Civ. P. 64 & 65

- the Court's inherent equitable powers.

---

# PROCEDURAL POSTURE

- Defendant was properly served

- Defendant failed to appear

- Default was entered by the Clerk

    02112026 TOLAM-COURTFILED-DEFAU…

Upon default, well-pleaded factual allegations are taken as true.
*Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 59 (D.D.C. 2010).

The case is now in the **default-judgment phase**, where preservation of effective relief is critical.

---

# MEMORANDUM OF POINTS AND AUTHORITIES

## LEGAL STANDARD

### All Writs Act

Federal courts may issue orders necessary to prevent frustration of their jurisdiction.
*United States v. New York Tel. Co.*, 434 U.S. 159, 172 (1977).

### Pre-Judgment Equitable Relief

Courts may grant relief prior to final judgment where necessary to preserve meaningful remedies.
*Deckert v. Independence Shares Corp.*, 311 U.S. 282, 290 (1940).

### D.C. Circuit Terrorism Default Practice

Courts employ broad equitable powers to prevent foreign defendants from evading enforcement:

- *Owens v. Republic of Sudan*, 864 F.3d 751 (D.C. Cir. 2017)
- *Opati v. Republic of Sudan*, 978 F.3d 108 (D.C. Cir. 2020)
- *Beer v. Islamic Republic of Iran*, 574 F. Supp. 2d 1 (D.D.C. 2008)

### Historic Equitable Remedy

A writ of ne exeat prevents departure that would defeat jurisdiction.
*Grupo Mexicano de Desarrollo v. Alliance Bond Fund*, 527 U.S. 308, 318 (1999).

# FACTUAL BASIS FOR EMERGENCY RELIEF

## CONFIRMED PHYSICAL PRESENCE IN THE UNITED STATES AND IMMINENT DEPARTURE

Official statements by the Government of Vietnam and international news reporting confirm that Defendant **Tô Lâm is currently visiting the United States for high-level meetings in Washington, D.C. for a limited and scheduled period.**
**Exhibit 11.**

This establishes that:

- a defaulted foreign defendant is physically present within this Court's territorial jurisdiction;

- his presence is temporary;

- departure is imminent.

Courts grant emergency jurisdiction-preservation relief in precisely this circumstance because:

temporary presence + imminent departure → judgment becomes ineffectual.
*Deckert*, 311 U.S. at 290; *Owens*, 864 F.3d at 785–86.

## SEVERE RISK OF FLIGHT

Defendant:

- is a former foreign senior security official;

- has no legal obligation to remain in the United States;

- is present solely for a short diplomatic visit.

## DEMONSTRATED TRANSNATIONAL OPERATIONAL CAPABILITY

### Berlin Kidnapping

German criminal proceedings determined that Vietnamese state security operatives carried out the 2017 abduction of Trịnh Xuân Thanh.

**Exhibit 3.**

### Abduction of Refugee-Journalist in Thailand

Reporters Without Borders documented the cross-border abduction in Thailand of journalist **Thái Văn Đường**, later imprisoned in Vietnam.
**Exhibit 8.**

This evidence is submitted for jurisdiction-preservation and risk analysis.

# HIGH-LEVEL INTELLIGENCE/SECURITY COOPERATION WITH IRAN and IGRC

Official Vietnamese government reporting confirms that Defendant TO LAM :

- met First Vice President **Mohammad Mokhber**
- met Interior Minister **Ahmad Vahidi**
- met Justice Minister **Amin H. Rahimi**
- held a working session with **Gen. Ahmad-Reza Radan in many times .**

and signed:

- an extradition agreement
- a transfer-of-sentenced-persons agreement
- a law-enforcement/Intelligence  cooperation memorandum

**Exhibits 4–6, 9–10.**

These acts demonstrate:

- command authority
- international operational capacity
- formal cross-border custody mechanisms.

# SANCTIONS STATUS OF GEN. AHMAD-REZA RADAN

Gen. Radan:

- former IRGC senior  officer
- current national police commander

- sanctioned by the United States, EU, and Canada.

**Exhibit 7.**

# NECESSITY OF A WRIT OF NE EXEAT

All elements are satisfied:

- defaulted foreign defendant

- confirmed U.S. presence

- imminent departure

- irreparable frustration of judgment.

# RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. Issue a **Writ of Ne Exeat** prohibiting Defendant from departing the United States;

2. Direct notice to:

    - U.S. Marshals Service

    - DHS / CBP;

3. Refer this matter to the Department of Justice for evaluation under:

    - immigration inadmissibility authorities

    - counter-intelligence and transnational repression frameworks

    - Global Magnitsky authorities;

4. Order preservation of evidence within the United States;

5. Grant such further relief as justice requires.

# CONCLUSION

Immediate equitable relief is necessary to prevent a defaulted foreign defendant—now physically present within this Court's jurisdiction—from evading the authority of a United States federal court.

# RESPECTFULLY SUBMITTED

**/s/ John Doe**
John Doe
Plaintiff,on behalf himself , US Military/Gov Interests

Date: _____02/19/2026 _____

# EXHIBIT LIST

1. Clerk's Entry of Default
   02112026 TOLAM-COURTFILED-DEFAU…

2. Complaint
   092025 JOHNDOEVSSRVN-03226-COMP…

3. German proceedings – Berlin kidnapping

4. Vietnam–Iran cooperation report

5. VNA meeting with Gen. Radan

6. Certified translations: See Ex )5.

7. Sanctions record – Radan

8. RSF Thailand abduction report

9. 2023/2024  Iran visit – leadership meetings: see Ex 05,07.

10. Extradition & prisoner-transfer agreements: See Ex 05,07 .

11. Official confirmation of U.S. visit (AFP/Barron's)

# DECLARATION

I, NT , PhD-JD , declare :
I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could competently testify about what I have written in this declaration.

I have served with distinction and currently serving  with   hold the highest honors and medals from the U.S. Government/U.S. Military .

I am currently serving as a Senior Criminal Investigation Director at U.S. Courts and U.S. Military Courts. I was trained and served as a Senior Inspector General Officer in the U.S. Air Force Total Force. I hold Investigator Manager /Law  License No. 28986 from the State of California and multiple other states, qualifying me as an Investigation Manager in Criminal and National Security Investigations. . I am also  a  Chief of Criminal Diversion Programs to support US Military Members in State Courts as well.

Attachments and Facts are true and correct as well as  copies of My Federal Criminal  Cases included this case against Vietnamese Communist Agents and Iran Terrorism Proxy group agents in Recovery Cases to Support myself as a Direct Victim under my Duties with US Department of Defense /Federal Government works .The Most of Remedies will  support to US Disabled Veterans and Gold Star Families as well as  victims of Vietnamese Communist Government  and Iran Government Dictatorship Proxy Groups terrorism Acts  as They are Designated Terrorism Groups from US Government Black Lists .

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF  THE UNITED OF AMERICA

THAT THE FOREGOING IS TRUE AND CORRECT.

RESPECTFULLY SUBMITTED ,

Executed at Office of Judge Advocate of US  Air Force  , US Department of Defense  , United States of America .

Respectfully,

Chief Legal Officer  .

22

14