Default - Rule 55A

# EXHIBIT 01

(CO 40 Revised-6/2019)

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

JOHN DOE

_____

Plaintiff(s)

Civil Action: 25-cv-03226-CJN

v.

SOCIALIST REPUBLIC OF VIETNAM et al

_____

Defendant(s)

**RE:** TO LAM

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint        on      November 28, 2025      ,  and  an  affidavit on behalf of the plaintiff having been filed, it is this __11th__ day of _____February_____, __2026__ declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: _____/s/ N. Wilkens_____
Deputy Clerk