Iran, Vietnam sign a police cooperation agreement

# Iran, Vietnam sign a police cooperation agreement

Tuesday, 14 May 2024 20:25



**Iran and Vietnam signed a memorandum of understanding on comprehensive police cooperation during the visit of the Commander-in-Chief of the Islamic Republic of Iran's police to Hanoi.**

[Iran Press](#)/ [Asia](#): In this meeting with Iran's police chief Brigadier General Ahmad Reza Radan Vietnamese Minister of Public Security General Tô expressed the need for further development of bilateral and multilateral relations, especially in the field of comprehensive police cooperation.

Vietnamese official said the friendly and respectful relations between the two countries are a foundation to expand and strengthen bilateral cooperation.

He lauded Iran's progress in the fields of defense, military, science, and industry, as well as resistance, stability, and self-reliance despite the cruel sanctions.

Strengthening law enforcement cooperation, such as the exchange of information and experiences in the field of fighting organized crime, terrorism, cybercrime, drug production and trafficking, human trafficking, money laundering, arms, and ammunition smuggling, forgery of documents, as well as illegal immigration are among the articles of the MoU.

During this trip, General Radan is to visit the National Training Center on Terrorism Prevention, the National Center for Population Database, and the Department of Cyber Security and Hi-tech Crime Prevention.

The Iranian commander and the accompanying high-ranking police delegation visited Vietnam at the official invitation of Vietnam's Minister of Public Security, General Tolem, to expand police cooperation. Radan is going to meet and talk with Pham Minh Chinh, Prime Minister of Vietnam. 219

Ashkan Salehian

🏷 **CATEGORY:**     [WORLD ISSUES & EVENTS](#)     [ASIA PACIFIC](#)

🏷 **TAGS:**     [IRAN VIETNAM](#)     [IRAN POLICE](#)     [IRAN SECURITY](#)

**What's your reaction?**

Iran, Vietnam sign a police cooperation agreement

🔥 0     😍 0     😮 0     😢 0     😂 0     😡 0
superb   love    wow     sad     laugh   angry

0 Comments    1 ONLINE                                                    LOGIN

Write your comment...

Be the first to comment...

by Hyvor Talk

## TOP NEWS

Leader Attends Quranic Gathering on First Day of Ramadan 🎥

Iran and Russia Stage Simulated Anti-Piracy Drill in a Joint Naval Drills 🎥

Iran, Saudi FMs Discuss Bilateral Ties, Iran-US Nuclear Talks

Iran-Russia Naval Drills to Begin Tomorrow 🎥

Iran, Russia to Launch Joint Naval Drill in Oman Sea Tomorrow

Iran's FM : "Nuclear Weapons Have No Place in Iran's Doctrine"

Araghchi: Geneva Talks Showed More Constructive Atmosphere 🎥

Leader: US Warships Are Not Immune from Iran's Response 🎥

Iran and Pakistan Set $10 Billion Trade Target By 2028, Eye Agricultural Boom 🎥

Pezeshkian: We Need to Prevent Unrests Turning into Crisis

## LATEST NEWS

Iran, Egypt Talk on Regional Developments Amid U.S. Military Buildup

Iran Named Vice-Chair of UN Charter Committee Despite U.S. Tensions

Iran to U.N.: U.S. "Belligerent" Threat Pushes Region Toward "Catastrophe"

Leader Attends Quranic Gathering on First Day of Ramadan 🎥

UN Rapporteur Warns Israel's West Bank Land Grab Will Cement Annexation

Iran and Russia Stage Simulated Anti-Piracy Drill in a Joint Naval Drills 🎥

Iran, Saudi FMs Discuss Bilateral Ties, Iran-US Nuclear Talks

Behesht-Zahra CEO: Rumor of Receiving Money for Body Deliveries Was Enemy Propaganda 🎥

Iran-Russia Naval Drills to Begin Tomorrow 🎥

Iran's Minister of Communications Heads to India to Attend AI Summit

Iran, Russia to Launch Joint Naval Drill in Oman Sea Tomorrow

Araghchi Meets Swiss Counterpart as Iran-U.S. Talks Show 'Tangible Progress'

Iran's FM : "Nuclear Weapons Have No Place in Iran's Doctrine"

Araghchi: Geneva Talks Showed More Constructive Atmosphere 🎥

Pakistan Says 12 Militants killed in Bajaur Attack That Martyred 11 Troops

Leader: US Warships Are Not Immune from Iran's Response

Iran and Pakistan Set $10 Billion Trade Target By 2028, Eye Agricultural Boom

Pezeshkian: We Need to Prevent Unrests Turning into Crisis

Azadi Tower Video Mapping in Response to Insult to Iranians in Germany

Iranian FM Meets Oman Counterpart Ahead of Indirect U.S. Nuclear Talks in Geneva

Hezbollah Leader Vows to Continue "Path of Resistance"

ICRC Chief Meets Iran's Foreign Minister in Geneva

Iran Hosts First Conference  of National Branding in Tehran

Iran's IRGC Navy Launches "Smart Control of the Strait of Hormuz" Drill

Iran Condemns Intensification of U.S. Economic Blockade on Cuba

47th Anniv. of Islamic Revolution in Warsaw

Iran's UNESCO-Listed Heritage Showcased in Kazakhstan

Larijani: Regional Differences Do Not Mean Hostility

Tehran Municipality Emphasizes on New Financial Model For Subway System

Iran's FM Heads to Geneva for Second Round of Indirect Nuclear Talks with U.S.

## MOST VIEWED

Iran-Russia Naval Drills to Begin Tomorrow

Iran and Russia Stage Simulated Anti-Piracy Drill in a Joint Naval Drills

Iran, Saudi FMs Discuss Bilateral Ties, Iran-US Nuclear Talks

Leader Attends Quranic Gathering on First Day of Ramadan

Behesht-Zahra CEO: Rumor of Receiving Money for Body Deliveries Was Enemy Propaganda

UN Rapporteur Warns Israel's West Bank Land Grab Will Cement Annexation

Iran Named Vice-Chair of UN Charter Committee Despite U.S. Tensions

Iran to U.N.: U.S. "Belligerent" Threat Pushes Region Toward "Catastrophe"

Iran, Egypt Talk on Regional Developments Amid U.S. Military Buildup



© Copyright 2025 Iranpress. All rights reserved.

IRAN    WORLD

- Politics
- Tourism
- Economy
- Culture
- Defense
- Science
- Parliament

- West Asia
- Asia Pacific
- Europe
- America
- Africa
- Organizations

## EXCLUSIVE

- Interview
- Commentary
- Report
- News

## MULTIMEDIA

- Infography
- Photo Gallery
- Video

## SPORT

- Iran Sports
- World Sports

## CONNECTION

- About Us
- Contact Us
- RSS

## TOPICS

- IP Direct

## LANGUAGES

- English
- Arabic
- Persian