

**MENU**

Vietnam News Agency

Tiếng Việt    Français    Español    中文    Русский    |    👤 Sign in



Minister of Public Security General To Lam and Brigadier General Ahmad Reza Radan hold talks. VNA Photo: Phạm Kiên



Minister of Public Security General To

**VNA PHOTOS**

## Vietnam, Iran boost cooperation in laaw enforcement

🕐 05/14/2024 14:40   |   TTXVN

Minister of Public Security General To Lam chaired an official welcome ceremony in Hanoi on May 14 for a high-ranking delegation from Iran's Law Enforcement Command, led by its commander Brigadier General Ahmad Reza Radan. General Lam and Brigadier General Ahmad Reza Radan then signed a memorandum of understanding on cooperation between the two agencies. VNA Photo: Phạm Kiên

✔

**PHOTOS**    **VNA PHOTOS**

Prime Minister visits key northern transportation projects

🕐 5 hours ago   |   👁 TTXVN   **VNA PHOTOS**

**VNA PHOTOS**

Vietnamese Minister of National Defence receives US Under Secretary of War

🕐 7 hours ago   |   👁 TTXVN



**MENU**

**VNA PHOTOS**

Party chief meets with representatives of Vietnamese community, agencies in US

⊙ 7 hours ago  |  👁 TTXVN

**VNA PHOTOS**

Party General Secretary meets with foreign leaders on sidelines of Board of Peace meeting

⊙ 7 hours ago  |  👁 TTXVN

**VNA PHOTOS**

Party chief To Lam holds phone talks with US former senator Patrick Leahy

⊙ 10 hours ago  |  👁 TTXVN

**VNA PHOTOS**

Vietnamese Party chief receives US Trade Representative

⊙ 11 hours ago  |  👁 TTXVN

**VNA PHOTOS**

Party General Secretary attends opening session of Board of Peace for Gaza

⊙ 18 hours ago  |  👁 TTXVN

**VNA PHOTOS**

Phat Tich Pagoda in Vientiane hands out Tet packages to the disadvantaged

⊙ 02/19/2026 20:32  |  👁 TTXVN

**VNA PHOTOS**

Hue welcomes first int'l cruise ship in Year of the Horse 2026

⊙ 02/19/2026 16:16  |  👁 TTXVN

2/20/26, 4:10 AM
Vietnam, Iran boost cooperation in law enforcement (VNA Photos - Vietnam News Agency (VNA)
Case 1:25-cv-03226-CJN Document 30-6 Filed 02/20/26 Page 3 of 5



**MENU**

**VNA PHOTOS**

Te Tieu traditional puppet performance attracts locals and tourists in Hanoi

🕐 02/19/2026 11:13 | 👁 TTXVN

**VNA PHOTOS**

Party leader holds phone talks with US Senators

🕐 02/19/2026 10:35 | 👁 TTXVN

**VNA PHOTOS**

Party leader witnesses signing of Vietnam-US cooperation documents

🕐 02/19/2026 09:45 | 👁 TTXVN

**VNA PHOTOS**

Party leader arrives in US for inaugural meeting of Gaza Board of Peace

🕐 02/19/2026 09:33 | 👁 TTXVN

**VNA PHOTOS**

Vietnamese New Year calligraphy tradition

🕐 02/18/2026 22:00 | 👁 TTXVN

**VNA PHOTOS**

Vietnam calls on UNESCO to prioritise preferential treatment for developing countries

🕐 02/18/2026 21:38 | 👁 TTXVN

**VNA PHOTOS**

Peach blossoms in full bloom at Sin Suoi Ho community tourism village

🕐 02/18/2026 13:51 | 👁 TTXVN

**VNA PHOTOS**

Party leader leaves for inaugural meeting of Gaza Board of Peace in US

🕐 02/18/2026 11:52 | 👁 TTXVN

VNA     MENU

**VNA PHOTOS**

Da Nang bustles with international arrivals at start of Lunar New Year

🕐 02/17/2026 20:01   |   👁 TTXVN

**VNA PHOTOS**

Mong Cai int'l border gate bustles with first tourists in Lunar New Year

🕐 02/17/2026 17:16   |   👁 TTXVN

**VNA PHOTOS**

First cruises usher in upbeat Lunar New Year tourism season

🕐 02/17/2026 17:10   |   👁 TTXVN

**VNA PHOTOS**

Ambassadors, int'l organisation representatives show confidence in Vietnam's breakthrough in new era

🕐 02/17/2026 17:02   |   👁 TTXVN

**VNA PHOTOS**

Hanoians enjoy spring spirit on first day of Lunar New Year of the Horse

🕐 02/17/2026 15:20   |   👁 TTXVN

**VNA PHOTOS**

Spring colours in Can Tho city

🕐 02/17/2026 09:54   |   👁 TTXVN





| | | |
|---|---|---|
| Economy | Education | Religion and belief |
| Security-Defence | Science and technology | Environment |
| Society | Sports | Health |

Disaster and accident

Employment

Weather

Lifestyle

Law

Copyright Vietnam News Agency

5 Ly Thuong Kiet, Hanoi, Vietnam

Home  |  Contact