2/20/26, 4:35 AM
Case 1:25-cv-03226-CJN    Document 30-9    Filed 02/20/26    Page 1 of 3
Vietnam Confirms Top Leader's US Visit - Barron's

FROM AFP NEWS

# Vietnam Confirms Top Leader's US Visit

By AFP - Agence France Presse

Feb 16, 2026, 10:53 pm EST



Vietnam confirmed that its top leader To Lam will attend the first meeting of President Donald Trump's "Board of Peace" in the United States this week (NHAC NGUYEN)

Vietnam confirmed on Tuesday that its top leader To Lam will attend the first meeting of President Donald Trump's "Board of Peace" in the United States this week.

Lam, who was reconfirmed as general secretary of Vietnam's Communist Party in January, will visit the US from Wednesday to Friday at the invitation of Trump, Hanoi's foreign ministry said in a statement.

Two sources briefed on the trip told AFP last week that Lam would travel to the US to join the meeting of world leaders.

Lam accepted Trump's invitation to join the "Board of Peace" as a founding member state, Hanoi said last month.

The board, of which Trump is the chairman, was originally intended to oversee the rebuilding of the Gaza Strip after two years of war between Israel and Hamas, but its charter appears to extend beyond the Palestinian territory.

Its first meeting is scheduled to take place on Thursday in Washington.

Lam said he was committed to working with the US and the international community to make "positive contributions" toward Middle East peace, state media said last month.

Vietnam and the US are currently negotiating a trade deal after Washington imposed 20 percent tariffs on Vietnamese goods last year.

The two countries held a sixth round of talks this month, but have not reached a final agreement.

It is not clear whether Lam will meet with Trump and discuss bilateral trade ties.

The Barron's news department was not involved in the creation of the content above. This article was produced by AFP. For more information go to **AFP.com**.

© Agence France-Presse

READ MORE FROM BARRON'S

Vietnam Confirms Top Leader's US Visit | Barron's







## Occidental Stock Heads for Best Day in a Year. It's Not Just About Oil Prices.

## Blue Owl Move to Curb Redemptions at Private-Credit Fund Hits Alt Manager Stocks

## Klarna's Quarterly Revenue Tops $1 Billion. Wall Street Isn't Happy.

**ADVERTISEMENT**                                                                    Dianomi





**High earner? Use this backdoor IRA strategy to help save on taxes.**

**U.S. BANK WEALTH MANAGEMENT**

**5 Financial Home Remodeling Mistakes to Avoid**

**CHARLES SCHWAB**

**Ways to Help Make Your Money Last in Retirement**

**CHARLES SCHWAB**

**How to Freeze Your Credit— and Why It Matters**

**CHARLES SCHWAB**

**Where's the stock market headed?**

**U.S. BANK WEALTH MANAGEMENT**