Name  : John Doe
c/o AFLC -Civil Recovery Division .
10 Brookley Ave. #8329 ,
Bolling Air Force Base
US Department of Defense
Washington DC 20032.
Phone /Fax :(614)343-6510.
Email:
info@airforcelawcenter.org

## US DISTRICT COURT
## DISTRICT OF COLUMBIA DISTRICT COURT

John Doe ,
on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties, and the interests of the United States Government/Military,

Plaintiff

vs.

SOCIALIST REPUBLIC of VIET NAM

ISLAMIC REPUBLIC OF IRAN

 TO LAM (MINISTER OF MINISTRY of PUBLIC SECURITY )

NGUYEN VAN NHIEM ( AGENT OF SOCIALIST REPUBLIC OF VIETNAM).
NGUYEN VAN TRUC (A  US CITIZEN -AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ).
DANG XUAN HONG ( AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ).
LE HONG NAM ( HEAD OF HO CHI MINH CITY PUBLIC SECURITY DEPARTMENT).
LE QUANG DAO (INTELLIGENCE HEAD OF HO CHI MINH CITY PUBLIC SECURITY  DEPARTMENT).
NGUYEN QUANG THONG ( AN AGENT OF DISTRICT 11 POLICE - HO CHI MINH CITY )

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case : 1:25-cv-03226-CJN.

## PLAINTIFF'S EMERGENCY MOTION TO EXPEDITE WRIT OF NE EXEAT

## AND REQUEST FOR IMMEDIATE CONSIDERATION

FOR :

**COMPLAINT FOR DAMAGES** :

**1/REMEDIES UNDER TORTURE VICTIM PROTECTION ACT .**
2/REMEDIES UNDER **28 U.S.C. § 1605B** .
**Justice For United States Victims Of State Sponsored Terrorism.**
3/REMEDIES UNDER RELATED FEDERAL CAUSES OF ACTIONS .

Request For  JURY TRIAL .
Most Remedies  will be donated to American Disabled Veterans /Military Gold Star Family Fund -US Department of Defense /Department of Veterans Affairs .

1

NGO QUANG THE (CHIEF OF WARD 05 DISTRICT 11 POLICE -HO CHI MINH CITY )
THAN TRONG BINH ( VICE CHIEF OF WARD 05 DISTRICT 11 POLICE -HO CHI MINH CITY ).
LUU TAN LOI ( UNDERCOVER OF HO CHI MINH CITY POLICE DEPARTMENT)
VU MANH CUONG ( IMMIGRATION POLICE, HO CHI MINH CITY ).
LY HOAI SON ( AGENT OF WARD 05 DISTRICT 11 HO CHI MINH CITY POLICE ).

LE HOANG BAO ( DISTRICT 07 POLICE HO CHI MINH CITY )
LE MINH HAI ( CYBER SECURITY DEPARTMENT OF HO CHI MINH CITY )
NGUYEN VAN HA ( CYBER SECURITY DEPARTMENT OF HO CHI MINH CITY )
DO HOANG VIET ( UNDERCOVER AGENT )
VU THE SON ( UNDERCOVER AGENT )
NGUYEN TUAN ANH ( UNDERCOVER AGENT )
LE VAN TU ( UNDERCOVER AGENT )
NGUYEN NGOC SON ( COLONEL -UNDERCOVER AGENT ).
 MOHAMED MANASTRA ( AGENT, ISLAMIC REVOLUTIONARY GUARD CORPS/HEZBOLLAH);
ATIR MANASTRA ( AGENT, ISLAMIC REVOLUTIONARY GUARD CORPS/HEZBOLLAH);

Does 1-100

Defendants.

2

# PLAINTIFF'S EMERGENCY MOTION TO EXPEDITE

## AND REQUEST FOR IMMEDIATE CONSIDERATION

Plaintiff John Doe respectfully moves this Court for an order **expediting consideration** of Plaintiff's:

Emergency Motion for Writ of Ne Exeat, Travel Restraints, Referral to Federal Law-Enforcement Authorities, and Preservation of Evidence.

# BASIS FOR EMERGENCY RELIEF

This request is based on **extraordinary and time-sensitive circumstances**:

1. The Clerk has entered default against Defendant **Tô Lâm**.

   02112026 TOLAM-COURTFILED-DEFAU…

2. Official government statements and international news reporting confirm that Defendant is **currently present in Washington, D.C. for a high-level visit of limited duration**.

3. Defendant's visit is **scheduled and temporary**, and his departure from the United States is imminent.

Absent immediate consideration:

- the Emergency Motion will become moot;

- this Court's jurisdiction will be irreparably frustrated;

- the forthcoming default judgment will be rendered ineffectual.

# LEGAL STANDARD

Courts in this District may expedite briefing and consideration where:

- a matter is time-sensitive, and

- delay would cause irreparable prejudice.

See *LCvR 7*;
see also *Judicial Watch, Inc. v. Dep't of Homeland Sec.*, 514 F. Supp. 2d 7, 10 (D.D.C. 2007).

Expedited consideration is routinely granted where a defendant's imminent departure from the jurisdiction would defeat effective judicial relief.

# NO PREJUDICE AND GOOD CAUSE

Good cause exists because:

- Defendant is already in default and has not appeared;

- no opposition briefing schedule will be disrupted;

- the requested relief is necessary solely to preserve the Court's authority.

# REQUESTED RELIEF

Plaintiff respectfully requests that the Court:

1. Expedite consideration of the Emergency Motion;

2. Rule on the Emergency Motion **as soon as practicable**;

3. Grant such further relief as justice requires.

# CONCLUSION

Because Defendant's departure from the United States is imminent, **immediate judicial action is required** to preserve this Court's jurisdiction.

# RESPECTFULLY SUBMITTED

**/s/ John Doe**
John Doe
Plaintiff, on behalf himself , US Military/Gov.,


Date: __02/19/2026 _____

# CERTIFICATE OF SERVICE

I certify that on __02/20/2026 _____ this motion was filed via CM/ECF and served upon the United States Department of Justice.

**/s/ John Doe**