Name  : John Doe
c/o AFLC -Civil Recovery Division .
10 Brookley Ave. #8329 ,
Bolling Air Force Base
US Department of Defense
Washington DC 20032.
Phone /Fax :(614)343-6510.
Email:
info@airforcelawcenter.org

**US DISTRICT COURT**
**DISTRICT OF COLUMBIA DISTRICT COURT**

John Doe ,
on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties, and the interests of the United States Government/Military,

Plaintiff

vs.

SOCIALIST REPUBLIC of VIET NAM

ISLAMIC REPUBLIC OF IRAN

 TO LAM (MINISTER OF MINISTRY of PUBLIC SECURITY )

NGUYEN VAN NHIEM ( AGENT OF SOCIALIST REPUBLIC OF VIETNAM).
NGUYEN VAN TRUC (A  US CITIZEN -AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ).
DANG XUAN HONG ( AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ).
LE HONG NAM ( HEAD OF HO CHI MINH CITY PUBLIC SECURITY DEPARTMENT).
LE QUANG DAO (INTELLIGENCE HEAD OF HO CHI MINH CITY PUBLIC SECURITY  DEPARTMENT).
NGUYEN QUANG THONG ( AN AGENT OF DISTRICT 11 POLICE - HO CHI MINH CITY )

Case : 1:25-cv-03226-CJN.

# NOTICE OF EMERGENCY AND REQUEST FOR IMMEDIATE CONSIDERATION to MOTION FOR NE EXEAT

FOR :

**COMPLAINT FOR DAMAGES** :

**1/REMEDIES UNDER TORTURE VICTIM PROTECTION ACT .**
2/REMEDIES UNDER **28 U.S.C. § 1605B** .
**Justice For United States Victims Of State Sponsored Terrorism.**
3/REMEDIES UNDER RELATED FEDERAL CAUSES OF ACTIONS .

Request For  JURY TRIAL .
Most Remedies  will be donated to American Disabled Veterans /Military Gold Star Family Fund -US Department of Defense /Department of Veterans Affairs .

1

NGO QUANG THE (CHIEF OF WARD 05
DISTRICT 11 POLICE -HO CHI MINH
CITY )
THAN TRONG BINH ( VICE CHIEF OF
WARD 05 DISTRICT 11 POLICE -HO CHI
MINH CITY ).
LUU TAN LOI ( UNDERCOVER OF HO
CHI MINH CITY POLICE DEPARTMENT)
VU MANH CUONG ( IMMIGRATION
POLICE, HO CHI MINH CITY ).
LY HOAI SON ( AGENT OF WARD 05
DISTRICT 11 HO CHI MINH CITY POLICE
).

LE HOANG BAO ( DISTRICT 07 POLICE
HO CHI MINH CITY )
LE MINH HAI ( CYBER SECURITY
DEPARTMENT OF HO CHI MINH CITY )
NGUYEN VAN HA ( CYBER SECURITY
DEPARTMENT OF HO CHI MINH CITY )
DO HOANG VIET ( UNDERCOVER
AGENT )
VU THE SON ( UNDERCOVER AGENT )
NGUYEN TUAN ANH ( UNDERCOVER
AGENT )
LE VAN TU ( UNDERCOVER AGENT )
NGUYEN NGOC SON ( COLONEL
-UNDERCOVER AGENT ).
 MOHAMED MANASTRA ( AGENT,
ISLAMIC REVOLUTIONARY GUARD
CORPS/HEZBOLLAH);
ATIR MANASTRA ( AGENT, ISLAMIC
REVOLUTIONARY GUARD
CORPS/HEZBOLLAH);

Does 1-100

Defendants.

2

# NOTICE OF EMERGENCY AND REQUEST FOR IMMEDIATE CONSIDERATION

Plaintiff John Doe respectfully files this Notice to inform the Court of an **immediate and time-critical emergency** requiring prompt judicial attention.

## NATURE OF THE EMERGENCY

Plaintiff has filed:

- an **Emergency Motion for Writ of Ne Exeat and Related Relief**, and
- a **Motion to Expedite Consideration**.

The basis for emergency treatment is that:

1. The Clerk has entered default against Defendant **Tô Lâm**.

   02112026 TOLAM-COURTFILED-DEFAU…

2. Official government statements and international news reporting confirm that Defendant is **currently physically present in Washington, D.C. for a high-level visit of limited and scheduled duration**.

3. Defendant's departure from the United States is **imminent**.

## RISK OF IRREPARABLE PREJUDICE

If the Court does not act promptly:

- the Emergency Motion will become moot;
- this Court's jurisdiction will be irreparably frustrated;
- the forthcoming default judgment will be rendered ineffectual.

Once Defendant departs the United States, the requested relief can no longer preserve the Court's ability to grant effective relief.

## GOOD CAUSE FOR IMMEDIATE CONSIDERATION

Good cause exists because:

- Defendant is already in default and has not appeared;
- no briefing schedule will be disrupted;

- the requested relief is solely jurisdiction-preserving;

- the emergency arises from a fixed diplomatic travel schedule outside Plaintiff's control.

# REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1. Treat this matter as an emergency;

2. Consider the pending Emergency Motion on an immediate basis; and

3. Grant such further relief as the Court deems appropriate.

# RESPECTFULLY SUBMITTED

**/s/ John Doe**
John Doe
Plaintiff,On behalf himself , US Military/Gov.Interests.


Date: _02/19/2026 _____

# CERTIFICATE OF SERVICE

I certify that on _02/20/2026 _____ this Notice was filed via CM/ECF and served upon the United States Department of Justice.

**/s/ John Doe**