Name   : John Doe
c/o AFLC -Civil Recovery Division .
10 Brookley Ave. #8329 ,
Bolling Air Force Base
US Department of Defense
Washington DC 20032.
Phone /Fax :(614)343-6510.
Email:
info@airforcelawcenter.org

**US DISTRICT COURT
DISTRICT OF COLUMBIA DISTRICT COURT**

|  |  |
|---|---|
| John Doe , <br> on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties, and the interests of the United States Government/Military, <br><br> Plaintiff <br> vs. <br><br> SOCIALIST REPUBLIC of VIET NAM <br><br> ISLAMIC REPUBLIC OF IRAN <br><br> TO LAM (MINISTER OF MINISTRY of PUBLIC SECURITY ) <br><br> NGUYEN VAN NHIEM ( AGENT OF SOCIALIST REPUBLIC OF VIETNAM). <br> NGUYEN VAN TRUC (A  US CITIZEN -AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ). <br> DANG XUAN HONG ( AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ). <br> LE HONG NAM ( HEAD OF HO CHI MINH CITY PUBLIC SECURITY DEPARTMENT). <br> LE QUANG DAO (INTELLIGENCE HEAD OF HO CHI MINH CITY PUBLIC SECURITY  DEPARTMENT). <br> NGUYEN QUANG THONG ( AN AGENT OF DISTRICT 11 POLICE - HO CHI MINH CITY ) | Case : 1:25-cv-03226-CJN. <br><br> **1/NOTICE OF DEPARTURE FROM THE UNITED STATES AND CONTINUING NON-APPEARANCE OF DEFAULTED DEFENDANTS INCLUDED DEFENDANT TO LAM.** <br><br> **2/REQUEST FOR ALTERNATIVE RELIEF** <br><br> FOR : <br><br> **COMPLAINT FOR DAMAGES** : <br><br> **1/REMEDIES UNDER TORTURE VICTIM PROTECTION ACT .** <br> 2/REMEDIES UNDER **28 U.S.C. § 1605B** . **Justice For United States Victims Of State Sponsored Terrorism.** <br> 3/REMEDIES UNDER RELATED FEDERAL CAUSES OF ACTIONS . <br><br> Request For  JURY TRIAL . <br> Most Remedies  will be donated to American Disabled Veterans /Military Gold Star Family Fund -US Department of Defense /Department of Veterans Affairs . |

1

NGO QUANG THE (CHIEF OF WARD 05
DISTRICT 11 POLICE -HO CHI MINH
CITY )
THAN TRONG BINH ( VICE CHIEF OF
WARD 05 DISTRICT 11 POLICE -HO CHI
MINH CITY ).
LUU TAN LOI ( UNDERCOVER OF HO
CHI MINH CITY POLICE DEPARTMENT)
VU MANH CUONG ( IMMIGRATION
POLICE, HO CHI MINH CITY ).
LY HOAI SON ( AGENT OF WARD 05
DISTRICT 11 HO CHI MINH CITY POLICE
).

LE HOANG BAO ( DISTRICT 07 POLICE
HO CHI MINH CITY )
LE MINH HAI ( CYBER SECURITY
DEPARTMENT OF HO CHI MINH CITY )
NGUYEN VAN HA ( CYBER SECURITY
DEPARTMENT OF HO CHI MINH CITY )
DO HOANG VIET ( UNDERCOVER
AGENT )
VU THE SON ( UNDERCOVER AGENT )
NGUYEN TUAN ANH ( UNDERCOVER
AGENT )
LE VAN TU ( UNDERCOVER AGENT )
NGUYEN NGOC SON ( COLONEL
-UNDERCOVER AGENT ).
 MOHAMED MANASTRA ( AGENT,
ISLAMIC REVOLUTIONARY GUARD
CORPS/HEZBOLLAH);
ATIR MANASTRA ( AGENT, ISLAMIC
REVOLUTIONARY GUARD
CORPS/HEZBOLLAH);

Does 1-100

Defendants.

2

# NOTICE OF DEPARTURE FROM THE UNITED STATES OF DEFENDANT TO LAM AND CONTINUING NON-APPEARANCE OF DEFAULTED DEFENDANTS

Plaintiff John Doe respectfully notifies the Court that, according to official government statements and international news reporting, Defendant **Tô Lâm** has departed the territorial jurisdiction of the United States following his previously confirmed temporary visit to Washington, D.C. Defendant To Lam as well as other Defendants were still under pending **Criminal-proceedings within the charges of Kidnapping /Tortures /Terrorism /Falsify US Government Documents for Kidnapping as well as many other pending Charges** against above Defendants as US Department of State and Defense noticed and asked him on his roles on  02/20/2026 .

At the time of that visit:

- Defendant Tô Lâm was in default;

- Defendant had been duly served with a subpoena commanding his testimony on **January 26, 2026** and failed to appear or otherwise respond;

- none of the defaulted Defendants — including the **Socialist Republic of Vietnam, the Islamic Republic of Iran, and the individual and agency Defendants named in the Complaint — had appeared in this action.**

The departure of a defaulted individual Defendant while:

- the foreign state Defendants remain in default, and

- multiple Defendants have ignored duly served process and subpoenas,

is relevant to:

- this Court's jurisdiction-preserving authority;

- the willful nature of Defendants' non-participation;

- the necessity of enforcement-facilitating relief.

Plaintiff respectfully requests that the Court:

1. Take judicial notice of the departure of Defendant Tô Lâm;

2. Take judicial notice that **all Defendants remain in default and have failed to appear**;

3. **Consider these facts as evidence of deliberate evasion of this Court's authority.**

---

**/s/ John Doe**
Plaintiff, on behalf himself , US Military/Government interests .
Date: __02/23/2026_____

---

# PLAINTIFF'S REQUEST  FOR ALTERNATIVE RELIEF TO PRESERVE JURISDICTION AND FACILITATE ENFORCEMENT AGAINST ALL DEFAULTED DEFENDANTS

# INTRODUCTION

All Defendants in this action:

- were properly served;
- are in default or pending Default Process;
- have failed to appear.

This includes:

- the **Socialist Republic of Vietnam**;
- the **Islamic Republic of Iran**;
- Defendant **Tô Lâm**;
- the individual, agency, and instrumentality identified in the Complaint.

Defendant Tô Lâm:

- was additionally served with a subpoena to testify on **January 26, 2026**;
- failed to appear;
- entered and departed the United States without submitting to this Court's jurisdiction.

This establishes a coordinated and willful refusal by all Defendants to participate in these proceedings.

---

# LEGAL AUTHORITY

This Court retains broad equitable power to:

- protect its jurisdiction;
- ensure enforceability of its judgments.

*United States v. New York Tel. Co.*, 434 U.S. 159
*Deckert v. Independence Shares Corp.*, 311 U.S. 282

Such relief is routine in default cases involving foreign states and their officials.

---

# WILLFUL DEFAULT BY ALL DEFENDANTS

The record demonstrates:

## Foreign State Defendants

The **Socialist Republic of Vietnam** and the **Islamic Republic of Iran**:

- were served;
- failed to appear;
- remain in default.

## Individual and Agency Defendants

The named officials and agents:

- were served;
- failed to appear;
- ignored judicial process.

## Subpoena Noncompliance

Defendant Tô Lâm:

- ignored a duly served subpoena for testimony.

This constitutes:

- willful non-participation
- bad-faith evasion
- obstruction of the judicial process.

# RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

## 1. FIND THAT ALL DEFENDANTS HAVE WILLFULLY EVADED THIS COURT'S AUTHORITY INCLUDED COURT CONTEMP OF DEFENDANT TO LAM AND  OTHERS.

Based on:

- their default

- their nonappearance

- subpoena noncompliance

- departure from U.S. jurisdiction while in default.

## 2. AUTHORIZE EXPEDITED MOTION FOR NE EXEAT IF ANY FOREIGN DEFENDANTS CAN BE IN US AUTHORITIES AND POST-JUDGMENT DISCOVERY

Pursuant to **Fed. R. Civ. P. 69 AND** *Valore v. Islamic Republic of Iran***, 700 F. Supp. 2d 52, 59 (D.D.C. 2010)** ,*United States v. New York Tel. Co.*, 434 U.S. 159, 172 (1977).directed to:

- financial institutions

- correspondent banks

- entities holding assets of any Defendant

- authorize to US Law Enforcement and Agencies to enforce the Court Rulings and Orders.

- agencies and instrumentalities of the foreign state Defendants.

## 3. AUTHORIZE ALTERNATIVE SERVICE FOR ENFORCEMENT PROCEEDINGS

By means reasonably calculated to give notice to:

- the foreign states
- their agencies and instrumentalities .
- their officials.

---

# 5⬜ AUTHORIZE ADVERSE INFERENCES AGAINST ALL DEFAULTED DEFENDANTS

Based on their collective refusal to participate.

---

# 6⬜ GRANT SUCH FURTHER RELIEF AS THE COURT DEEMS JUST

---

# CONCLUSION

The coordinated default and non-participation of:

- two foreign sovereign Defendants,(Defendant SR Vietnam on DEFAULT ).

- a senior individual Defaulted Defendant who ignored a subpoena and departed the United States, and

- numerous agency and individual Defendants,

confirms the **necessity of immediate jurisdiction-preserving and enforcement-facilitating relief.**

---

**/s/ John Doe**
Plaintiff, on behalf himself , US Military/Government interests
Date: _____02/23/2026 _____