CĐS-OK
LAT

E1QT

ET111018597VN

**EMS VIỆT NAM**

(1) Họ tên địa chỉ người gửi/ Full name, address of sender:
Văn Phòng Bộ Tư Pháp
58-60 Tran Phu, P. Ba Dinh, Ha Noi, TP. Ha Noi
Tel:                    Email:

(2) Họ tên địa chỉ người nhận/ Full name, address of receiver:
judge carl j nichols
us district court for the district of columbia 333 constitution avenue n w washington DC 20001 the usa, avenue n w,
Tel:                    Email:

(4) Bưu gửi thương mại / For commercial items only

| Mã số thuế quan HS / HS tariff number : | Nước xuất xứ của hàng hóa / Country of origin of goods : |
|---|---|
| | |

(9) Thông tin chấp nhận / Acceptance information

Khối lượng thực tế / Actual weight (kg):  0,29

Khối lượng quy đổi / Convertible weight (kg) :  0,00

Tổng cước chưa vat :  1.049.000đ

VAT :  83.920đ

Tổng / total : 1.132.920đ

Bưu cục / Office :  110130 – Hoàn Kiếm 2

(5) Loại bưu gửi / Category of item

☐ Quà / Gift

☑ Tài liệu / Documents

☐ Hàng mẫu / Commercial Sample

☐ Khác / Other...

(6)

☐ Giấy phép / Licence(s)

☐ Chứng nhận / Certificate

☐ Hóa đơn / Invoice

Số giấy phép / No.of licence(s)

Số CN / No.of certificate

Số hóa đơn / No.of invoice

(7) Tôi cam đoan những thông tin trong tờ khai này là chính xác và bưu gửi không chứa mặt hàng nguy hiểm hay những mặt hàng bị cấm bởi pháp luật hoặc thể lệ Bưu chính hoặc Hải quan.

I certify that the particulars given in this custom declaration are correct and that this items does not contain any dangerous article or articles prohibited by legislation or by postal or customs regualtion.

(8) Ngày gửi / Date : 31/01/2026
Giờ gửi / Time : 21h30

Chữ ký người gửi /
Signature:

| Ngày / Date : 31/01/2026 | Giờ / Time : 21h40 |
|---|---|
| (10) Thông tin phát / Delivery information | |
| Ngày / Date : | Giờ / Time : |

Tên người nhận / Person name :

Chữ ký / Signature :

Hoàn Kiếm 2
31/01/2026
110130

GDV: NGUYỄN THỊ THU TRANG

US HAS
FEB 09

U.S. District Court District of Columbia
Angela D. Caesar, Clerk of Court

FEB - 9 2026
Mailroom
RECEIVED

*Kính gửi* : Judge Carl J. Nichols

U.S. District Court for the District of Colu

333 Constitution Avenue N.W.