*Unofficial translation*

# EXHIBIT 03



RECEIVED
Mailroom

FEB - 9 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

**MINISTRY OF JUSTICE**
**SOCIALIST REPUBLIC OF VIETNAM**

No:  341  /CH-BTP

The Ministry of Justice of the Socialist Republic of Viet Nam presents its compliments to Judge Carl J. Nichols, United States District Court for the District of Columbia and has the honor to inform the latter as follows:

The Ministry of Justice of the Socialist Republic of Viet Nam (MOJVN) received the judicial documents regarding the case John Doe vs. The Socialist Republic of Viet Nam (State of VN) et.al. (Case Number: 1:25cv3226) (the judicial documents include a petition, summons and a Vietnamese translation of the petition).

The MOJVN is the Central Authority of Viet Nam under the framework of the 1965 Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Service Convention). However, the documents sent via the main channel to the Central Authority do not sastisfy the requirements of the Service Convention (Article 3) and relevant declarations of Viet Nam, in particular:

   - Lack of request conforming to the model annexed to the Convention;

   - Lack of Vietnamese translation of summons;

   -The Vietnamese translation and the English original petition are inconsistent;

   - The signature of the translator is not duly verified or notarized;

   - Lack of one copy.

Because the plaintiff in this case is under pseudonym, in accordance with the instructions of the Office of International Judicial Assistance, Department of Justice, the United States of America (OIJA), the MOJVN returns the documents to Judge Carl J. Nichols without execution. Please kindly noted that, OIJA publishes on the webiste of the Hague Conference on Private International Law (HCCH), pursuant to the law of the United States of America, the plaintiff has no authority to forward the judicial documents; the forwarding authority must be the judicial officers (judges, court clerks...) or attorneys in relevant cases.

2

Although Viet Nam declares that it accepts the postal channel under Article 10 (a) of the Convention, the MOJVN is not a competent authority to represent the State of VN in litigation in general so that it cannot receive the judicial documents in this case on behalf of the State of VN. Moreover, the judicial documents sent via postal channel must conform with qualifications mentioned in the Declarations of Viet Nam (i.e: the documents forwarded via postal channels are sent via registered mail with acknowledgement of receipt, and the documents must be either in the Vietnamese language or accompanied by a Vietnamese translation, in which case the signature of the translator must be duly verified or notarized.)

The MOJVN has noted in its response to the 2022 Questionnaire relating to the Service Convention of the HCCH that "Requests for service of documents to the State or the Government of Viet Nam should be sent via diplomatic channel. Other requests to serve on State official or State-owned company can still be sent via main channel or other available alternative channels in Viet Nam... Please note that each request will be considered on a case by case basis." For this case, the MOJVN suggests that the documents must be sent via diplomatic channels to all defendants of Viet Nam including the State and State officials.

The Ministry of Justice of the Socialist Republic of Viet Nam avails itself of this opportunity to renew to Judge Carl J. Nichols, United States District Court for the District of Columbia the assurances of its highest consideration.

*Ha Noi, 28 January 2026*

Judge Carl J. Nichols, United States District Court for the District of Columbia



**BỘ TƯ PHÁP**
**NƯỚC CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM**
Số: 34 /CH-BTP

Bộ Tư pháp nước Cộng hoà xã hội chủ nghĩa Việt Nam trân trọng kính chào Thẩm phán Carl J. Nichols của Tòa án quận Columbia, Hợp chúng quốc Hoa Kỳ và thông báo đến Thẩm phán như sau:

Bộ Tư pháp nước Cộng hòa xã hội chủ nghĩa Việt Nam (MOJVN) đã nhận được giấy tờ tư pháp liên quan đến vụ việc John Doe kiện Nhà nước Cộng hòa xã hội chủ nghĩa Việt Nam (Nhà nước Việt Nam) và các đương sự khác (Số vụ việc: 1:25cv3226) (giấy tờ gồm đơn khởi kiện và các giấy triệu tập kèm bản dịch tiếng Việt của đơn khởi kiện).

MOJVN là Cơ quan Trung ương của Việt Nam trong khuôn khổ Công ước La Hay năm 1965 về tống đạt ra nước ngoài giấy tờ tư pháp và ngoài tư pháp trong lĩnh vực dân sự hoặc thương mại (Công ước Tống đạt). Tuy nhiên, hồ sơ gửi qua kênh chính cho Cơ quan Trung ương không đáp ứng các yêu cầu của Công ước Tống đạt (Điều 3) và các tuyên bố của Việt Nam, cụ thể là:

- Không có Văn bản yêu cầu theo Mẫu của Công ước;

- Thiếu bản dịch các giấy triệu tập;

- Bản dịch và bản gốc tiếng Anh của đơn khởi kiện có nội dung không thống nhất;

- Bản dịch chưa được chứng thực hoặc công chứng chữ ký người dịch;

- Thiếu 01 bộ hồ sơ.

Người yêu cầu trong vụ việc ẩn danh nên theo hướng dẫn của Văn phòng Tương trợ Tư pháp Liên bang, Bộ Tư pháp Hợp chúng quốc Hoa Kỳ (OIJA), MOJVN hoàn trả hồ sơ cho Thẩm phán Carl J. Nichols. Lưu ý rằng, OIJA đã công khai thông tin trên trang mạng của Hội nghị La Hay về tư pháp quốc tế (HCCH): theo quy định của pháp luật Hoa Kỳ, nguyên đơn không có thẩm quyền gửi hồ sơ mà chỉ có cán bộ tư pháp (thẩm phán, thư ký của Tòa án) hoặc luật sư trong vụ việc là cơ quan có thẩm quyền gửi hồ sơ.

Mặc dù Việt Nam tuyên bố chấp nhận kênh bưu điện để tống đạt các giấy tờ tư pháp theo Điều 10 (a) Công ước nhưng MOJVN không phải là cơ quan có thẩm

2

quyền đại diện cho Nhà nước Việt Nam trong các vụ kiện nói chung để tiếp nhận các giấy tờ tư pháp liên quan đến vụ kiện này. Đồng thời, các giấy tờ tư pháp gửi qua kênh bưu điện phải đáp ứng các tuyên bố của Việt Nam (Giấy tờ phải gửi qua thư bảo đảm có xác nhận của người nhận và kèm theo bản dịch sang tiếng Việt trong đó chữ ký của người dịch phải được công chứng, chứng thực hợp lệ).

Việt Nam cũng trả lời cho HCCH trong Bảng câu hỏi về Công ước Tống đạt năm 2022 là "Các yêu cầu tống đạt giấy tờ cho Nhà nước hoặc Chính phủ Việt Nam cần được gửi qua kênh ngoại giao. Các yêu cầu khác tống đạt cho cán bộ nhà nước hoặc công ty thuộc sở hữu của nhà nước vẫn có thể gửi thông qua kênh chính hoặc các kênh khác của Công ước tại Việt Nam....Lưu ý rằng mỗi yêu cầu sẽ được xem xét trong từng trường hợp cụ thể." Trong vụ việc này, Bộ Tư pháp Việt Nam cho rằng giấy tờ phải được gửi qua kênh ngoại giao cho tất cả các đương sự là Nhà nước và cán bộ công chức của Nhà nước Việt Nam.

Nhân dịp này, Bộ Tư pháp nước Cộng hoà xã hội chủ nghĩa Việt Nam một lần nữa xin gửi tới Thẩm phán Carl J. Nichols của Tòa án quận Columbia, Hợp chúng quốc Hoa Kỳ lời chào trân trọng.

*Hà Nội, ngày 28 tháng 01 năm 2026*

Thẩm phán Carl J. Nichols của Tòa án quận Columbia, Hợp chúng quốc Hoa Kỳ