**VIETNAM POST**

☰

Danh mục

✕

👤 Đăng nhập   🇻🇳

Tìm kiếm

# EXHIBIT 4.01

Cá nhân ⌄
    Tài chính cá nhân
    ⌄
        Gửi tiết kiệm
        Thanh toán
        Vay tiêu dùng
        Bảo hiểm phi nhân thọ
        Bảo hiểm nhân thọ
    Mua sắm
    ⌄
        Mua sắm online
        Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
    ⌄
        PostJoy
    Chuyển phát
    ⌄
        Chuyển phát trong nước
        Chuyển phát quốc tế

Doanh nghiệp ⌄
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
    ⌄
        Cổng thanh toán
        Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
    ⌄
        Quảng cáo thương mại
        Hợp tác khai thác cơ sở hạ tầng
        Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
    ⌄
        Tin mới nhất
        Chuyển phát Quốc tế VN QuickPost
        Chuyển phát Quốc tế UPS
        Chuyển phát Quốc tế SF
        Chuyển phát Quốc tế EMS
        Chuyển phát Quốc tế Economy
        Thương mại điện tử xuyên biên giới

Hành chính công ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

📍 Định vị bưu gửi

📍 Tìm bưu cục

🖩 Ước tính cước

🔍 Tra cứu mã chuyển tiền

📍 Theo Dõi Bưu Gửi

 ET111018597VN   2f5k    Theo dõi





Tìm Bưu Cục    Ước Tính Cước    Tra Cứu Mã Tiền

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **ET111018597VN**

Khối lượng (gam) :  **290**

Trạng thái :

**Nước chấp nhận: VN - VIETNAM**

**Bưu cục nhận: 123070 - TTDV Cầu Giấy**

**Nước phát: US - UNITED STATES OF AMERICA**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

31/01/2026 21:38:43
EMA - Chấp nhận gửi (Posting / Collection) (123070: TTDV Cầu Giấy - Hà Nội ) (Đầu mối CSKH: 1900 545481)

281 Phố Đội Cấn, Ba Đình, …

31/01/2026 21:54:57
Đi khỏi bưu cục (Departure from PO) (123070: TTDV Cầu Giấy - Hà Nội )

281 Phố Đội Cấn, Ba Đình, …

31/01/2026 22:03:47
Đã vận chuyển đi khỏi bưu cục (Transport departure from PO) (123070: TTDV Cầu Giấy - Hà Nội )

281 Phố Đội Cấn, Ba Đình, …

31/01/2026 23:13:46
Đã vận chuyển đến bưu cục

# DỊCH VỤ THỊNH HÀNH



**TÍN DỤNG HƯU TRÍ - QUÀ QUÝ TUỔI GIÀ**

Giải pháp tài chính tuyệt vời dành cho khách hàng sau khi nghỉ hưu, tiền bạc không còn là nỗi lo khi về già.

Xem thêm



**BƯU PHẨM THƯỜI**

Bưu phẩm thường là c phát bưu phẩm đến đ mạng bưu chính công

Xem thêm



2/23/26, 10:16 PM
Case 1:25-cv-03226-CJN     Document 34-4     Filed 02/26/26     Page 3 of 8
Vietnam Post - Tổng công ty Bưu điện Việt Nam

## SẢN PHẨM



### OCOP - Xúc xích xông khói Hải Thịnh - 500G

OCOP - Xúc xích xông khói Hải Thịnh - 500G

**600.000 đ**   ~~800.000 đ~~

Mua ngay





Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền



## TIN TỨC

2/23/26, 10:16 PM
Case 1:25-cv-03226-CJN    Document 34-4    Filed 02/26/26    Page 4 of 8
Vietnam Post - Tổng công ty Bưu điện Việt Nam

Tin hoạt động    Thông tin hữu ích    Khuyến mại & mini game

Góc nhìn Quản lý




Định vị bưu gửi


Tìm bưu cục


Ước tính cước

Tra cứu mã chuyển tiền

### Bưu chính Hoàng gia Anh phát hành bộ tem kỷ niệm 50 năm ngày máy bay Concorde đi vào hoạt động thương mại

24 tháng 02, 2026

Ngày 21/1/2026, Bưu chính Hoàng gia Anh (Royal Mail) đã phát hành bộ tem gồm 8 con tem và tờ tem lưu niệm với 4 con tem kỷ niệm 50 năm ngày chiếc máy bay Concorde đi vào hoạt động thương mại

Xem thêm



**Bộ trưởng Nguyễn Mạnh Hùng: Ngành KH&CN phải đi trước, đi cùng và dẫn dắt**

24 tháng 02, 2026

Sáng ngày 23/02/2026, trong ngày làm việc đầu tiên sau kỳ nghỉ Tết Nguyên đán Bính Ngọ 2026, Bộ trưởng Bộ...



**Lãnh đạo Báo Nhân Dân thăm, chúc Tết Tổng công ty Bưu điện Việt Nam: Đồng...**

23 tháng 02, 2026

Trong không khí ấm áp của những ngày đầu Xuân Bính Ngọ 2026, Tổng công ty Bưu điện Việt Nam vinh dự đó...



**Bưu điện Thành phố Hồ Chí Minh ra quân đầu Xuân Bính Ngọ 2026: Quyết tâm hoà...**

23 tháng 02, 2026

Sáng ngày 23/02/2026, tại Trung tâm Khai thác Vận chuyển, trong không khí phấn khởi, quyết tâm và tràn...



**Bưu điện Việt Nam gặp mặt đầu xuân Bính Ngọ 2026: "Tăng tốc và bứt phá"**

23 tháng 02, 2026

Sáng ngày 23/02/2026, trong không khí phấn khởi của những ngày đầu năm mới, Tổng công ty Bưu điện Việt...





Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

## 33.000.000

Giao Dịch Tài Chính

### SỐ LIỆU ẤN TƯỢNG

## 13.300+

Điểm Giao Dịch Bưu Điện

### BƯU ĐIỆN SỐ

Vietnam Post - Tổng công ty Bưu điện Việt Nam



Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

Bưu điện Việt Nam nỗ lực tạo dựng Hệ sinh thái số, mang cuộc sống số tới khách hàng thông qua các ứng dụng thân thiện và tin cậy.

## ĐỐI TÁC CỦA VIETNAM POST















Định vị bưu gửi



Tìm bưu cục



Ước tính cước

Tra cứu mã chuyển tiền





## Cá Nhân

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

## Doanh Nghiệp

> Logistics

> Truyền Thông, Qu

> Thu Hộ, Chi Hộ

> Dịch Vụ Số

> Chuyển phát

## TỔNG CÔNG TY BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

Vietnam Post - Tổng công ty Bưu điện Việt Nam

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**





Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền