**EXHIBIT 4.02**

RECEIVED FEB - 9 2026 Mailroom — Angela D. Caesar, Clerk of Court, U.S. District Court, District of Columbia — U.S. MARSHALS FEB 09 2026

MIN... Tel: 024.62739322  Add: 60  Số: ......

VIET NAM / EMS  — ET111018597VN — E1QT — E — CDY-OK

**(1) Họ tên địa chỉ người gửi / Full name, address of sender:**
Văn Phòng Bộ Tư Pháp
58-60 Trần Phú, P. Ba Đình, Hà Nội, TP. Hà Nội
Tel:        Email:

**(2) Họ tên địa chỉ người nhận / Full name, address of receiver:**
judge carl j nichols
us district court for the district of columbia 333 constitution avenue n w washington DC 20001 the usa, avenue n w,
Tel:        Email:

**(4) Bưu gửi thương mại / For commercial items only**
Mã số thuế quan HS / HS tariff number:
Nước xuất xứ của hàng hóa / Country of origin of goods:

**(5) Loại bưu gửi / Category of item**
- [ ] Quà / Gift
- [x] Tài liệu / Documents
- [ ] Hàng mẫu / Commercial Sample
- [ ] Khác / Other....

**(6) Giấy phép / Licence(s)**
Số giấy phép / No.of licence(s)    Chứng nhận / Certificate    Số CN / No.of certificate    Hóa đơn / Invoice    Số hóa đơn / No.of invoice

**(9) Thông tin chấp nhận / Acceptance Information**
Khối lượng thực tế / Actual weight (kg): 0,29
Khối lượng quy đổi / Convertible weight (kg): 0,00
Tổng cước chưa vat: 1.049.000đ
VAT: 83.920đ
Tổng / total: 1.132.920đ
Bưu cục / Office: 110130 - Hoàn Kiếm 2
Ngày / Date: 31/01/2026        Giờ / Time: 21h40

**(10) Thông tin phát / Delivery Information**
Ngày / Date:        Giờ / Time:
Tên người nhận / Person name:
Chữ ký / Signature:

**(7)** Tôi cam đoan những thông tin trong tờ khai này là chính xác và bưu gửi không chứa mặt hàng nguy hiểm hay những mặt hàng bị cấm bởi pháp luật hoặc thể lệ Bưu chính hoặc Hải quan.
I certify that the particulars given in this custom declaration are correct and that this items does not contain any dangerous article or articles prohibited by legislation or by postal or customs regualtion.

**(8)** Ngày gửi / Date: 31/01/2026
Giờ gửi / Time: 21h30
Chữ ký người gửi / Signature:

Hoàn Kiếm 2  31/01/2026  110130
GDV: NGUYỄN THỊ THU TRANG

Kính gửi: Judge Carl J. Nichols
U.S. District Court for the District of Colu...
333 Constitution Avenue N.W...