

# EXHIBIT 05

## Viewable Files (9)

1 / 21

**gov.uscourts.dcd.284903.1.0.pdf** PDF

**gov.uscourts.dcd.284903.1.1.pdf** PDF

**gov.uscourts.dcd.284903.1.2.pdf** PDF

**gov.uscourts.dcd.284903.1.3.pdf** PDF

**gov.uscourts.dcd.284903.4.0.pdf** PDF

**gov.uscourts.dcd.284903.10.0.pdf** PDF

**gov.uscourts.dcd.284903.16.0.pdf** PDF

**gov.uscourts.dcd.284903.17.0.pdf** PDF

**gov.uscourts.dcd.284903.19.0.pdf** PDF



  

Favorite    Share    Flag

# DOE v. SOCIALIST REPUBLIC OF VIET NAM

Case 1:25-cv-03226-CJN   Document 34-6   Filed 02/26/26   Page 2 of 3

| | |
|---|---|
| Usage | https://www.usa.gov/government-works |
| Collection | usfederalcourts; USGovernmentDocuments; government-documents |
| Contributor | Free Law Project |
| Language | English |
| Item Size | 3.3M |

This item represents a case in PACER, the U.S. Government's website for federal case data. If you wish to see the entire case, please consult PACER directly.

| | |
|---|---|
| Addeddate | 2025-09-17 11:56:45 |
| Collection_added | additional_collections USGovernmentDocuments government-documents |
| Court | dcd |
| Identifier | gov.uscourts.dcd.284903 |
| Scanner | Internet Archive Python library 5.3.1 |
| Source_url | https://www.courtlistener.com/docket/71360427/1/doe-v-socialist-republic-of-viet-nam/ |

 Reviews                     Add Review

There are no reviews yet. Be the first one to **write a review**.

## 98 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| PDF | 9 files |
| TORRENT | 1 file |

| | |
|---|---|
| SHOW ALL | 13 Files |
| | 13 Original |

**IN COLLECTIONS**

RECAP US Federal Court Documents



US Government Documents



Government Documents (Worldwide)



Uploaded by

# freelawproject

on September 17, 2025

SIMILAR ITEMS (based on metadata)



| DOE v. SYRIAN ARAB REPUBLIC | DOE v. SYRIAN ARAB REPUBLIC | DOE v. ISLAMIC REPUBLIC OF IRAN | DOE v. ISLAMIC REPUBLIC OF IRAN |
|---|---|---|---|
| 👁 77  ★ 0  💬 0 | 👁 12  ★ 0  💬 0 | 👁 70  ★ 0  💬 0 | 👁 21  ★ 0  💬 0 |

Terms of Service (last updated 12/31/2014)