**EXHIBIT 06**



1



## Latest Update

Your item was delivered to an individual at the address at 4:52 pm on November 10, 2025 in WASHINGTON, DC 20036.

Copy Add to Informed Delivery