Name    : John Doe
c/o AFLC -Civil Recovery Division .
10 Brookley Ave. #8329 ,
Bolling Air Force Base
US Department of Defense
Washington DC 20032.
Phone /Fax :(614)343-6510.
Email:
info@airforcelawcenter.org

## US DISTRICT COURT
## DISTRICT OF COLUMBIA DISTRICT COURT

|  |  |
|---|---|
| John Doe , on behalf of himself in his individual capacity, his U.S. Military and U.S. Government duties, and the interests of the United States Government/Military,<br><br>Plaintiff<br>vs.<br><br>SOCIALIST REPUBLIC of VIET NAM<br>ISLAMIC REPUBLIC OF IRAN<br> TO LAM (MINISTER OF MINISTRY of PUBLIC SECURITY )<br><br>NGUYEN VAN NHIEM ( AGENT OF SOCIALIST REPUBLIC OF VIETNAM).<br>NGUYEN VAN TRUC (A  US CITIZEN -AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ).<br>DANG XUAN HONG ( AN AGENT OF SOCIALIST REPUBLIC OF VIETNAM ).<br>LE HONG NAM ( HEAD OF HO CHI MINH CITY PUBLIC SECURITY DEPARTMENT).<br>LE QUANG DAO (INTELLIGENCE HEAD OF HO CHI MINH CITY PUBLIC SECURITY DEPARTMENT).<br>NGUYEN QUANG THONG ( AN AGENT OF DISTRICT 11 POLICE - HO CHI MINH CITY )<br>NGO QUANG THE (CHIEF OF WARD 05 DISTRICT 11 POLICE -HO CHI MINH CITY )<br>THAN TRONG BINH ( VICE CHIEF OF WARD 05 DISTRICT 11 POLICE -HO CHI MINH CITY ).<br>LUU TAN LOI ( UNDERCOVER OF HO CHI | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Case : 1:25-cv-03226-CJN.<br><br>**I/DECLARATION OF PLAINTIFF**<br><br>**REGARDING COMPLIANCE WITH FEDERAL SERVICE OF PROCESS**<br><br>**ON FOREIGN DEFENDANTS AND**<br><br> **II/NOTICE OF INTENT TO SEEK DEFAULT JUDGMENT**<br><br>FOR :<br><br>**COMPLAINT FOR DAMAGES** :<br><br>**1/REMEDIES UNDER TORTURE VICTIM PROTECTION ACT .**<br>2/REMEDIES UNDER **28 U.S.C. § 1605B** .<br>**Justice For United States Victims Of State Sponsored Terrorism.**<br>3/REMEDIES UNDER RELATED FEDERAL CAUSES OF ACTIONS .<br><br>Request For  JURY TRIAL .<br>Most Remedies  will be donated to American Disabled Veterans /Military Gold Star Family Fund -US Department of Defense /Department of Veterans Affairs . |

1

MINH CITY POLICE DEPARTMENT)
VU MANH CUONG ( IMMIGRATION POLICE,
HO CHI MINH CITY ).
LY HOAI SON ( AGENT OF WARD 05
DISTRICT 11 HO CHI MINH CITY POLICE ).

LE HOANG BAO ( DISTRICT 07 POLICE HO
CHI MINH CITY )
LE MINH HAI ( CYBER SECURITY
DEPARTMENT OF HO CHI MINH CITY )
NGUYEN VAN HA ( CYBER SECURITY
DEPARTMENT OF HO CHI MINH CITY )
DO HOANG VIET ( UNDERCOVER AGENT )
VU THE SON ( UNDERCOVER AGENT )
NGUYEN TUAN ANH ( UNDERCOVER
AGENT )
LE VAN TU ( UNDERCOVER AGENT )
NGUYEN NGOC SON ( COLONEL
-UNDERCOVER AGENT ).
 MOHAMED MANASTRA ( AGENT, ISLAMIC
REVOLUTIONARY GUARD
CORPS/HEZBOLLAH);
ATIR MANASTRA ( AGENT, ISLAMIC
REVOLUTIONARY GUARD
CORPS/HEZBOLLAH);

Does 1-100

Defendants.

# DECLARATION OF PLAINTIFF

# REGARDING COMPLIANCE WITH FEDERAL SERVICE OF PROCESS ON FOREIGN DEFENDANTS AND INTENT TO SEEK DEFAULT JUDGMENT

I, JOHN DOE, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

---

## I. DECLARANT

1. I am the Plaintiff in this action and make this Declaration based upon my personal knowledge and review of the Court's docket.

---

## II. ISSUANCE OF SUMMONS

2. On **October 2, 2025**, the Clerk of Court issued summonses for all Defendants in accordance with Fed. R. Civ. P. 4(b).

---

## III. SERVICE ON FOREIGN INDIVIDUAL DEFENDANTS

(Fed. R. Civ. P. 4(f)(2)(C)(ii))and US District Court DC Rules **( EXHIBIT 01)**).

3. The individual Defendants are located outside the United States.

4. Service was effected by **Clerk-dispatched international registered mail, return receipt requested**, pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii).

5. On **October 31, 2025**, Plaintiff filed Affidavits Requesting Foreign Mailing for the foreign individual defendants.

6. On **November 6, 2025**, Plaintiff filed a formal request for the Clerk of Court to dispatch the service packets.

7. Each service packet contained:

   a. Summons
   b. Complaint
   c. All exhibits

d. Certified translations**( EXHIBIT 02)**.
e. Proper international addressing

8. The Clerk of Court thereafter dispatched the service packets to the foreign addresses provided.**DOCKET 17**.

9. Service was completed on the individual defendants on:

   **11/26/2025( All Foreign Individuals-Defendants ), 11/28/2025 ( TO LAM).**

---

## IV. SERVICE ON THE SOCIALIST REPUBLIC OF VIET NAM

(28 U.S.C. § 1608 and  and US District Court DC Rules).**(EXHIBIT 01 )**.

10. The Socialist Republic of Viet Nam is a foreign state within the meaning of the Foreign Sovereign Immunities Act.

11. Service was made in compliance with **28 U.S.C. § 1608(a)**, including transmission of:

a. Summons
b. Complaint
c. Notice of Suit
d. Vietnamese translations
e. All required statutory documents

12. The Clerk of Court thereafter dispatched the service packets to the foreign addresses provided.**DOCKET 19**.

   The service packet was transmitted on:

**11/06/2025**

13. Service was deemed complete on:

**11/28/2025**

---

## V. EXPIRATION OF TIME TO RESPOND

14. The time for each Defendant to respond expired as follows:

- Foreign State Defendant (28 U.S.C. § 1608(d)):
  **01/27/2026.**

- Individual Foreign Defendants (Fed. R. Civ. P. 12(a)):
  **12/17/2025 ( All Individuals -Defendants ) . 12/19/2925 ( TO LAM).**

15. No Defendant filed an answer, motion, or notice of appearance within the time permitted by the Federal Rules of Civil Procedure.

# VI. ENTRY OF DEFAULT

16. After the expiration of the response periods, Plaintiff requested entry of default.

17. The Clerk of Court entered default against the Socialist Republic of Viet Nam on:

**02/04/2026**

18. The Clerk's entry of default confirms that:

a. Service was properly effected;
b. The time to respond expired; and
c. Defendants failed to plead or otherwise defend.

# VII. COMPLIANCE WITH DUE PROCESS

19. The methods of service used were reasonably calculated to give actual notice and satisfy due process.

20. Defendants were afforded a full and fair opportunity to appear and defend this action.

# VIII. COMPLIANCE WITH LOCAL CIVIL RULES

21. All filings were made through CM/ECF in compliance with the Local Civil Rules for the United States District Court for the District of Columbia.

The record now shows that Defendants received:

22. **Statutory service in Hanoi under §1608(a)(3);**
23. **Rule 4(f)(2)(C)(ii) service on individual defendants;**
24. Confirmed international delivery;
25. Unauthenticated Government acknowledgment of receipt;
26. **Public access to the pleadings**;
27. Direct transmission to the Embassy in Washington, D.C.

# IX. INTENT TO SEEK DEFAULT JUDGMENT

28.Plaintiff has satisfied the prerequisites of **Fed. R. Civ. P. 55(a)**.

29.Plaintiff will file a **Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)** and applicable FSIA provisions.

30.This Declaration is submitted in support of that forthcoming motion.

# X. CONCLUSION

31.The record establishes:

a. Proper issuance of summons
b. Valid service under Fed. R. Civ. P. 4 and 28 U.S.C. § 1608
c. Expiration of all response deadlines
d. Entry of default

32.Plaintiff is therefore entitled to seek default judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____02/25/2026
Bolling Air Force base , Washington DC 20032.

_____**/SIGNED/**_____
JOHN DOE
Plaintiff,

# DECLARATION OF JOHN DOE

I, John Doe, declare as follows:

1. I am the Plaintiff in this action.

2. I am over eighteen (18) years of age and am competent to make this declaration.

3. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify to them.

4. I have served in support of the United States Government and the United States military and have received official recognition and honors in connection with that service.

5. I currently serve in a senior investigative capacity in matters involving the United States courts and military justice system.

6. I previously received training and served in an Inspector General–related capacity within the United States Air Force Total Force structure.

7. I hold an investigator/manager license issued by the State of California and additional jurisdictions, qualifying me to manage criminal and national-security–related investigations.

8. I have also served in leadership roles in criminal diversion and related programs designed to assist United States service members in proceedings before state courts.

9. The exhibits submitted in support of my filings are true and correct copies of the original documents.

10. The facts stated in my pleadings and supporting submissions are based on my personal knowledge, my official duties, and my investigative work.

11. I am a direct victim of the conduct alleged in the Complaint in connection with my related-federal service and duties.

12. The relief sought in this action includes remedies that, in part, are intended to benefit victims, including United States service members, disabled veterans, Gold Star families, and other individuals harmed by the acts described in the Complaint.

13. The Complaint, Summons, Notice of Suit, and required service documents were officially translated into Vietnamese, and the accuracy of those translations was certified and notarized. A true and correct copy of the translator's certification is attached as **Exhibit 02**.

14. This declaration is submitted in support of Plaintiff's forthcoming Motion for Default Judgment

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

RESPECTFULLY  SUBMITTED ,

**Executed on: _____02/25/2026**
**Bolling Air Force base , Washington DC 20032.**

**Plaintiff JOHN DOE .**

/Signed/.

10 Brookley Ave. #8329 ,
Bolling Air Force Base
US Department of Defense
Washington DC 20032.
Phone /Fax :(614)343-6510.
Email:

info@airforcelawcenter.org

8