# DECLARATION OF MINH NGUYEN

## IN CERTIFICATION OF TRANSLATION

I, Minh Nguyen, hereby declare as follows:

1. I am over eighteen (18) years of age and am competent to make this declaration.

2. I am not a party to this action and have no personal interest in its outcome.

3. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify to them.

4. I am fully fluent in both the English and Vietnamese languages, including reading, writing, speaking, and comprehension.

5. I hold a Master of Laws (LL.M.) degree and received legal training in Vietnam prior to 1975. I have also received training in American law.

6. I have worked as a certified English–Vietnamese translator and interpreter for several decades, including service in support of United States military activities in Vietnam prior to 1975, and I have continued to perform professional translation services in the United States thereafter.

7. I am competent and qualified to translate legal documents from English into Vietnamese and from Vietnamese into English.

8. I personally translated the following documents from English into Vietnamese in connection with **John Doe v. Socialist Republic of Viet Nam, et al., Case No. 1:25-cv-03226, United States District Court for the District of Columbia**:

   a. The Complaint
   b. The Summons
   c. The Notice of Suit
   d. All accompanying documents required for service

9. The attached Vietnamese-language documents are true and accurate translations of the original English-language documents to the best of my knowledge, skill, and ability.

10. The translations were prepared for use in effecting service of process on Vietnamese-speaking recipients.

11. This declaration is made for filing in the United States District Court for the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27 2025 _____
at __US Navy Seal Beach ,California , United States of America.

Minh Nguyen, LL.M.( Notary attached).

PO Box 270185 , Las Vegas , NV 89106.Email:vajf.org@gmail.com.

.1

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ Orange _____ }

On __10/27/2025__ before me, _____ Jacob D. Slover, Notary Public _____,
        *Date*                                    *Here Insert Name and Title of the Officer*

personally appeared ___ Minh Nguyen ___
                                            *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

JACOB D. SLOVER
Notary Public - California
Orange County
Commission # 2520541
My Comm. Expires May 16, 2029

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                    *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

──────────────── OPTIONAL ────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Declaration on Certification of Translation__

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____     Signer's Name: _____
☐ Corporate Officer – Title(s): _____     ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General               ☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact       ☐ Individual          ☐ Attorney in Fact
☐ Trustee             ☐ Guardian or Conservator  ☐ Trustee             ☐ Guardian or Conservator
☐ Other: _____              ☐ Other: _____
Signer is Representing: _____         Signer is Representing: _____
_____         _____

©2019 National Notary Association