CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff(s)

vs.                                                             Civil Action No. _____

_____
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _____ day of _____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)

_____

was [were] (select one):

❑        personally served with process on _____.

❑        served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

❑        served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____.

❑        The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

❑        no extension has been given and the time for filing has expired

❑        although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

_____

_____

_____

_____

_____                         _____
Bar Id. Number                                              Name, Address and Telephone Number

### GENERAL INFORMATION

- All affidavits must be typed and filed electronically using the CM/ECF system. In the event the filer experiences technical difficulties, a PDF version of the affidavit may be emailed to dcd_cmecf@dcd.uscourts.gov.

- If default is being requested for a company, corporation or other business entity, only the Affidavit in Support of Default should be filed. If the defendant is a person, the Military Affidavit must be submitted in addition to the Affidavit in Support of Default.

- The Clerk's Office will fill out a default form and file it electronically, therefore it is not necessary to submit a proposed default form at the time the affidavit is filed.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case must be cited along with the cite for the Long-Arm Statute.

- If service was made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contain enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's Office forms.

10 Brookley Ave.,SW ,Unit 8329 .
Bolling Air Force Base
**US DEPARTMENT OF WAR** .
Washington DC 20032  USA .

**REGISTERED MAIL™**

RF 180 613 943 US

**VU MANH CUONG**

Immigration Police/Special agent .

268 Tran Hung Dao street , Ward Nguyen Cu Trinh , District 01 , Ho Chi Minh City , Viet Nam.

$6.70

$34.95

Registered No.

| | | |
|---|---|---|
| Postage $ RF180613945US | Extra Services & Fees (check box, add fee as appropriate)) | Date Stamp |

Date Stamp

0762
13

NOV -6 2025

Postage $ RF180613945US

Extra Services & Fees
☐ Registered $11.55
☐ Return Receipt (hardcopy) $ $23.40
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

Extra Services & Fees (check box, add fee as appropriate))
☑ Signature Confirmation $ 6.70
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $

Customer Must Declare Full Value $ $0.00
$0.00

Received by
$34.95

11/06/2025

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

$0.00

OFFICIAL USE

FROM
John Doe (AFLC) 10 Brookley Ave
unit 83 2a, Bolling Air Force base
JB ANDREWS, MD 20762
Washington DC. 20032
US Department of War   USA

TO
Vu manh Cương, Immigration police
and special agent, 268 Trần Húng
Daost, Ward Nguyen Cu Trinh,
HCM City, vietnam

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form
April 201
For ...

Registered Mail Receipt
...very informat...

...2-000-9051



Danh mục



 **Đăng nhập**

Tìm kiếm

Cá nhân ⌄
    Tài chính cá nhân
    ⌄
        Gửi tiết kiệm
        Thanh toán
        Vay tiêu dùng
        Bảo hiểm phi nhân thọ
        Bảo hiểm nhân thọ
    Mua sắm
    ⌄
        Mua sắm online
        Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
    ⌄
        PostJoy
    Chuyển phát
    ⌄
        Chuyển phát trong nước
        Chuyển phát quốc tế
Doanh nghiệp
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
    ⌄
        Cổng thanh toán
        Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
    ⌄
        Quảng cáo thương mại
        Hợp tác khai thác cơ sở hạ tầng
        Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
    ⌄
        Tin mới nhất
        Chuyển phát Quốc tế VN QuickPost
        Chuyển phát Quốc tế UPS
        Chuyển phát Quốc tế SF
        Chuyển phát Quốc tế EMS
        Chuyển phát Quốc tế Economy
        Thương mại điện tử xuyên biên giới
Hành chính công ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

 Định vị bưu gửi

 Tìm bưu cục

 Ước tính cước

 Tra cứu mã chuyển tiền



|  |  |  |  |
|---|---|---|---|
| **THÔNG TIN DỊCH VỤ** | **ƯỚC TÍNH CƯỚC PHÍ** | THEO DÕI | **QUY TRÌNH VẬN CHUYỂN** |

Vietnam Post - Tổng công ty Bưu điện Việt Nam

**VU MANH CUONG**

**Nhập mã bưu gửi**

RF180613943US

**Mã xác nhận**

Q07n

421 A ↻

Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số : **RF180613943US**

Khối lượng (gam) : **204**

Trạng thái : **Đã phát thành công**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

of exchange (VNSGNA)

**VNSGNA**
25/11/2025 16:39:18
Đã vận chuyển đến bưu cục (Transport arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki...
25/11/2025 17:02:58
Đã đến bưu cục (Arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki...
25/11/2025 19:02:51
Đi khỏi bưu cục (Departure from PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 10:26:00 | 710871 - BCP Quận 1B | Đã phát thành công . Người nhận:()vinh giao liên. Ghi chú: (DingDong) |

**Định vị bưu gửi**

**Tìm bưu cục**

**Ước tính cước**

**Tra cứu mã chuyển tiền**

**VU MANH CUONG**

## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

**Cá Nhân**

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

**Doanh Nghiệp**

> Logistics
> Truyền Thông, Qu
> Thu Hộ, Chi Hộ
> Dịch Vụ Số
> Chuyển phát


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền

Hotline:
**1900 54 54 81**

Kết nối với
**VIETNAMPOST**





RF 180 614 073 US

Label 200, August 2005    PSN 7690-03-000-9311

RF 180 614 073 US

VU MANH CUONG

City)

Ward 6,

tham.

**Registered No.** RF180614073US

**Date Stamp**
0762
ANDREWS AIR FORCE BASE MD
USPS 20762-9998
NOV -8 2025
13

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ | $11.55 | |
| Extra Services & Fees | $23.40 | Extra Services & Fees (continued) |
| ☐ Registered Mail $ | | ☐ Signature Confirmation $ |
| ☐ Return Receipt (hardcopy) $ | $6.70 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ | $0.00 | **Total Postage & Fees** |
| ☐ Restricted Delivery $ | $0.00 | $ $41.65 |
| Customer Must Declare Full Value $ | $0.00 | Received by 11/08/2025 |

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM  Johua ~~ANDREWS~~ ~~AFB~~ 207620 Brookley Ave,
unit 8329  Bolling Airforce Base,
Washington DC 20032
US Dept. of War   USA.

TO  VU MANH CUONG (Immigration
Police ~~Vietnam~~ HCMC)
196 Nguyen thi Minh Khai St, Ward 6,
Dist. 3, HCMC, Vietnam.

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



Danh mục

Đăng nhập

Tìm kiếm

Cá nhân ⌄
  Tài chính cá nhân
  ⌄
    Gửi tiết kiệm
    Thanh toán
    Vay tiêu dùng
    Bảo hiểm phi nhân thọ
    Bảo hiểm nhân thọ
  Mua sắm
  ⌄
    Mua sắm online
    Phân phối hàng hóa tại điểm giao dịch
  Giải Trí
  ⌄
    PostJoy
  Chuyển phát
  ⌄
    Chuyển phát trong nước
    Chuyển phát quốc tế
Doanh nghiệp
  Thu Hộ, Chi Hộ
  Dịch Vụ Số
  ⌄
    Cổng thanh toán
    Giải pháp số cho doanh nghiệp
  Logistics
  Truyền Thông, Quảng Cáo
  ⌄
    Quảng cáo thương mại
    Hợp tác khai thác cơ sở hạ tầng
    Direct marketing
  Dịch Vụ Trong Nước
  Dịch Vụ Quốc Tế
  ⌄
    Tin mới nhất
    Chuyển phát Quốc tế VN QuickPost
    Chuyển phát Quốc tế UPS
    Chuyển phát Quốc tế SF
    Chuyển phát Quốc tế EMS
    Chuyển phát Quốc tế Economy
    Thương mại điện tử xuyên biên giới
Hành chính công ⌄
  Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
  Chi trả công
  Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng



Định vị bưu gửi



Tìm bưu cục



Ước tính cước

Tra cứu mã chuyển tiền



| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

**Nhập mã bưu gửi**

RF180614073US

**Mã xác nhận**

y4b8



**VU MANH CUONG**

Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số : **RF180614073US**

Khối lượng (gam) : **200**

Trạng thái :

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

**25/11/2025 09:36:55**
**EMD - Đã đến Trung tâm khai thác quốc tế của nước nhận, Arrival at inward destination office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMF - Rời bưu cục ngoại dịch chiều đến, Departure from inward office of exchange (VNSGNA)**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 11:16:00 | 710610 - BCP Quận 3 | |

**VU MANH CUONG**

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

### Cá Nhân

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

### Doanh Nghiệp

> Logistics
> Truyền Thông, Qu
> Thu Hộ, Chi Hộ
> Dịch Vụ Số
> Chuyển phát

Hotline:

**1900 54 54 81**

Kết nối với
**VIETNAMPOST**




Định vị bưu gửi


Tìm bưu cục

Ước tính cước


Tra cứu mã chuyển tiền

John Doe
10 Brookley Ave.,SW ,Unit 8329
Bolling Air Force Base
**US DEPARTMENT OF WAR** .
Washington DC 20032 ,USA .

REGISTERED MAIL™

RF 180 613 872 US

Label 200, August 2005    PSN 7690-08...

DANG XUAN HONG

Chief of Foreign Affair /Intelligence Division .Vietnam Ministry of Security.

3 Nguyen Thuong Hien street , Ward Nguyen Du ,District Hai Ba Trung , Ha Noi , Viet Nam.

Article No. RF 180 613 872 US

Date of posting / Date de dépot 11/ 05/25

Registered No.

**RF180613872US**

| | | Date Stamp |
|---|---|---|
| Postage $ **$11.55** | Extra Services & Fees (continued)) | 0762 |
| | ☑ Signature Confirmation $ **6.70** | 13 |
| Extra Services & Fees | | |
| ☐ Registered Mail **$23.40** | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ **$0.00** | | |
| ☐ Return Receipt (electronic) $ **$0.00** | **Total Postage & Fees** | NOV - 6 2025 |
| ☐ Restricted Delivery $ **$0.00** | $ **$34.95** | |
| Customer Must Declare Full Value $ **$0.00** | Received by **11/06/2025** | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

## OFFICIAL USE

**FROM**

John DDRENS ATL 80260 Brookley Ave
unit 8329 Bolling Air Force base
Washington DC 20032

**TO**

U.S Department of War USA
Dang Xuan Hong, chief of Foreign
affair intelligence, 3 Nguyen Thuong
Hien, Ward Nguyen Du, District
Hai Ba Trung, Hanoi, Vietnam

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery informati...

Copy 1 - Customer
(See Information on Reverse)



Danh mục

Cá nhân ⌄

✕                                Tài chính cá nhân
⌄
👤 **Đăng nhập**  🇻🇳            Gửi tiết kiệm
Thanh toán
Vay tiêu dùng
Tìm kiếm                        Bảo hiểm phi nhân thọ
Bảo hiểm nhân thọ
Mua sắm
⌄
Mua sắm online
Phân phối hàng hóa tại điểm giao dịch
Giải Trí
⌄
PostJoy
Chuyển phát
⌄
Chuyển phát trong nước
Chuyển phát quốc tế
Doanh nghiệp
Thu Hộ, Chi Hộ
Dịch Vụ Số
⌄
Cổng thanh toán
Giải pháp số cho doanh nghiệp
Logistics
Truyền Thông, Quảng Cáo
⌄
Quảng cáo thương mại
Hợp tác khai thác cơ sở hạ tầng
Direct marketing
Dịch Vụ Trong Nước
Dịch Vụ Quốc Tế
⌄
Tin mới nhất
Chuyển phát Quốc tế VN QuickPost
Chuyển phát Quốc tế UPS
Chuyển phát Quốc tế SF
Chuyển phát Quốc tế EMS
Chuyển phát Quốc tế Economy
Thương mại điện tử xuyên biên giới
Hành chính công ⌄
Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
Chi trả công
Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền



| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

**Nhập mã bưu gửi**

RF180613872US

**DANG XUAN HONG**

**Mã xác nhận**

1s3L



Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **RF180613872US**

Khối lượng (gam) :  **204**

Trạng thái :  **Đã phát thành công**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**THÔNG TIN TRẠNG THÁI**

**25/11/2025 09:36:55**
**EMD - Đã đến Trung tâm khai thác quốc tế của nước nhận, Arrival at inward destination office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:09:54**
**D1- Chuyển tiếp đến Trung tâm khai thác quốc tế làm thủ tục HQ nhập khẩu, Forward to inward office of exchange (VNSGNA)**

**VNSGNA**
**27/11/2025 08:31:48**
**D2 - Đến Trung tâm khai thác quốc tế làm thủ tục HQ nhập khẩu, Arrival at inward office of exchange (VNHANA)**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 28/11/2025 10:05:00 | 112030 - BCP Hai Bà Trưng 1 | Đã phát thành công . Người nhận:()DANG XUAN HONG. Kiều . Ghi chú: (DingDong) |

**DANG XUAN HONG**

## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

### Cá Nhân

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

### Doanh Nghiệp

> Logistics
> Truyền Thông, Qu
> Thu Hộ, Chi Hộ
> Dịch Vụ Số
> Chuyển phát

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**




Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền





Registered No.

RF180613909US

Postage $     $11.55

Extra Services & Fees
☐ Registered Mail $23.40
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $0.00
☐ Restricted Delivery $0.00

Customer Must Declare Full Value
$     $0.00

To Be Completed By Post Office

Extra Services & Fees (continued))
☑ Signature Confirmation $6.70
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $     $34.95

Received by J

11/06/2025

Date Stamp

0762
13

AIR FORCE BASE MD
NOV - 6 2025
RS 20762-9998

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

FROM: John Doe (A#le) 10 Broolkley Ave
Unit 8329 Bolling Air Force Base
JB ANDREWS, MD 20762
Washington Dc 21032
U.S Department of War USA

TO: Nguyen Quang Thong, Agent of
Socialist Republic of Vietnam, 272
Binh Thoi, Ward 10, Dist, 11,
HCM City, Vietnam

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



Danh mục

Cá nhân ⌄
 Tài chính cá nhân
 ⌄
  Gửi tiết kiệm
  Thanh toán
  Vay tiêu dùng
  Bảo hiểm phi nhân thọ
  Bảo hiểm nhân thọ
 Mua sắm
 ⌄
  Mua sắm online
  Phân phối hàng hóa tại điểm giao dịch
 Giải Trí
 ⌄
  PostJoy
 Chuyển phát
 ⌄
  Chuyển phát trong nước
  Chuyển phát quốc tế

Doanh nghiệp
 Thu Hộ, Chi Hộ
 Dịch Vụ Số
 ⌄
  Cổng thanh toán
  Giải pháp số cho doanh nghiệp
 Logistics
 Truyền Thông, Quảng Cáo
 ⌄
  Quảng cáo thương mại
  Hợp tác khai thác cơ sở hạ tầng
  Direct marketing
 Dịch Vụ Trong Nước
 Dịch Vụ Quốc Tế
 ⌄
  Tin mới nhất
  Chuyển phát Quốc tế VN QuickPost
  Chuyển phát Quốc tế UPS
  Chuyển phát Quốc tế SF
  Chuyển phát Quốc tế EMS
  Chuyển phát Quốc tế Economy
  Thương mại điện tử xuyên biên giới

Hành chính công ⌄
 Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
 Chi trả công
 Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích

Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

👤 Đăng nhập

Tìm kiếm


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền



| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
|---|---|---|---|

**Nhập mã bưu gửi**

RF180613909US

**Mã xác nhận**

12By        5P1 ↺

[ Tìm kiếm ]

**NGUYEN QUANG THONG**

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **RF180613909US**

Khối lượng (gam) :  **204**

Trạng thái :

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

Sô´26, Đường Nguyễn Thi, Phườ...
26/11/2025 08:05:39
Routed (749660: BCP quận 11 - Hồ Chí Minh )

Sô´26, Đường Nguyễn Thi, Phườ...
26/11/2025 08:05:40
EDG - Đã giao bưu tá phát - Item out for physical delivery (749660: BCP quận 11 - Hồ Chí Minh )

**NGUYEN QUANG THONG**

Sô´26, Đường Nguyễn Thi, Phườ...
26/11/2025 08:27:51
Đã đến bưu cục (Arrival at PO) (749660: BCP quận 11 - Hồ Chí Minh )

Sô´26, Đường Nguyễn Thi, Phườ...

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|------|---------|----------|
| 26/11/2025 11:26:35 | 749660 - BCP quận 11 | . |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền



**TỔNG CÔNG TY
BƯU ĐIỆN VIỆT NAM**

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

### Cá Nhân

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

### Doanh nghiệp

> Logistic
> Truyền thông
> Thu Hộ, Chi Hộ
> Dịch Vụ Số
> Chuyển phát

**Hotline:**

**1900 54
54 81**

**Kết nối với
VIETNAMPOST**





**AIR FORCE LAW CENTER ( For John Doe )**
10 Brookley Ave.,SW ,Unit 8329 .
Bolling Air Force Base
**US DEPARTMENT OF WAR** .
Washington DC 20032 ,USA .

REGISTERED MAIL™

RF 180 613 930 US

**LUU TAN LOI**

**Undercover agent ,Ward 05 Police -HCM city Intelligence division .**

148 Ong Ich Khiem street, District 11 ,Ho Chi Minh City , Viet Nam.



1A

Date Stamp

ANDREWS AIR FORCE BASE MD
0762
13
NOV - 6 2025
USPS 20762-9999

Registered No. RF180613930US

Postage $ $11.55

Extra Services & Fees
☐ Registered Mail $23.40
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $0.00

Customer Must Declare Full Value
$ $0.00

Extra Services & Fees (continued)
✓ Signature Confirmation $ 6.70
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees
$ $34.95

Received by
11/06/2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: John Doe (AFLC) 10 Brookley Ave unit 8329 Bolling Airforce base Washington DC 20032

TO: US Department of War USA Luu Tan Loi, undercover agent ward 5, Police Department, 148 ông ich khiem st, ward 5, Dist 11, HCMC City vietnam.

PS Form 3806, Registered Mail Receipt
PSN 7530-02-000-9051
Domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



Danh mục



👤 Đăng nhập

Tìm kiếm

Cá nhân ﹀

Tài chính cá nhân
﹀
Gửi tiết kiệm
Thanh toán
Vay tiêu dùng
Bảo hiểm phi nhân thọ
Bảo hiểm nhân thọ
Mua sắm
﹀
Mua sắm online
Phân phối hàng hóa tại điểm giao dịch
Giải Trí
﹀
PostJoy
Chuyển phát
﹀
Chuyển phát trong nước
Chuyển phát quốc tế
Doanh nghiệp
Thu Hộ, Chi Hộ
Dịch Vụ Số
﹀
Cổng thanh toán
Giải pháp số cho doanh nghiệp
Logistics
Truyền Thông, Quảng Cáo
﹀
Quảng cáo thương mại
Hợp tác khai thác cơ sở hạ tầng
Direct marketing
Dịch Vụ Trong Nước
Dịch Vụ Quốc Tế
﹀
Tin mới nhất
Chuyển phát Quốc tế VN QuickPost
Chuyển phát Quốc tế UPS
Chuyển phát Quốc tế SF
Chuyển phát Quốc tế EMS
Chuyển phát Quốc tế Economy
Thương mại điện tử xuyên biên giới
Hành chính công ﹀
Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
Chi trả công
Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng



Định vị bưu
gửi



Tìm bưu
cục



Ước tính
cước



Tra cứu mã
chuyển
tiền



|  |  |  |  |
|---|---|---|---|
| **THÔNG TIN DỊCH VỤ** | **ƯỚC TÍNH CƯỚC PHÍ** | THEO DÕI | **QUY TRÌNH VẬN CHUYỂN** |

**LUU TAN LOI**

**Nhập mã bưu gửi**

RF180613930US

**Mã xác nhận**

p5E2



Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **RF180613930US**

Khối lượng (gam) :  **204**

Trạng thái :  **Đã phát thành công**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

**25/11/2025 09:36:55**
**EMD - Đã đến Trung tâm khai thác quốc tế của nước nhận, Arrival at inward destination office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMF - Rời bưu cục ngoại dịch chiều đến, Departure from inward office of exchange (VNSGNA)**

**LUU TAN LOI**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 13:36:00 | 749660 - BCP quận 11 | Đã phát thành công . Người nhận:(vt)Tuấn Anh . Ghi chú: (DingDong) |

## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

### Cá Nhân

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

### Doanh Nghiệp

> Logistics
> Truyền Thông, Qu
> Thu Hộ, Chi Hộ
> Dịch Vụ Số
> Chuyển phát

Hotline:
**1900 54 54 81**

Kết nối với
**VIETNAMPOST**




Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền