CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

_____

Plaintiff(s)

vs.                                                                    Civil Action No. _____

_____

Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _____ day of _____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)

_____

was [were] (select one):

❑        personally served with process on _____.

❑        served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

❑        served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____.

❑        The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

❑        no extension has been given and the time for filing has expired

❑        although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____

Attorney for Plaintiff(s) [signature]

_____

_____

_____

_____

_____                                    _____

Bar Id. Number                                        Name, Address and Telephone Number

## GENERAL INFORMATION

- All affidavits must be typed and filed electronically using the CM/ECF system. In the event the filer experiences technical difficulties, a PDF version of the affidavit may be emailed to dcd_cmecf@dcd.uscourts.gov.

- If default is being requested for a company, corporation or other business entity, only the Affidavit in Support of Default should be filed. If the defendant is a person, the Military Affidavit must be submitted in addition to the Affidavit in Support of Default.

- The Clerk's Office will fill out a default form and file it electronically, therefore it is not necessary to submit a proposed default form at the time the affidavit is filed.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case must be cited along with the cite for the Long-Arm Statute.

- If service was made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contain enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's Office forms.



AIR FORCE LAW CENTER ( For John Doe )
10 Brookley Ave., SW , Unit 8329 .
Bolling Air Force Base
**US DEPARTMENT OF WAR** .
Washington DC 20032 , USA

REGISTERED MAIL™

RF 180 613 957 US

LY HOAI SON

**Undercover agent , Ward 05 Police -HCM city Intelligence division .**

148 Ong Ich Khiem street, District 11 , Ho Chi Minh City , Viet Nam.



**Registered No.**    **Date Stamp**

Postage $ RF1806139... Extra Services & Fees

Extra Services & Fees $11.55
☐ Registered Mail $

☐ Return Receipt (hardcopy) $ $23.40

☐ Signature Confirmation $ 6.70
☐ Signature Confirmation Restricted Delivery $

☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

**Total Postage & Fees** $

Customer Must Declare Full Value $0.00
$

Received by $34.95

NOV – 6 2025
ANDREWS AIR FORCE BASE MD
0762 13

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

$0.00    11/06/2025    **OFFICIAL USE**

To Be Completed By Post Office

FROM: John Doe (AFLC) 10 Brookley Ave Unit 82806, Andrews, MD/2022 Air Force Base, Washington DC 20032 USA Dept of War

TO: Ly Hoai Son, police agent worlds, Dist 11 Police HCMC, VN 148 Ong Ich Khiem, Dist 11, HCMC Vietnam

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



Danh mục

✕

👤 **Đăng nhập**

Tìm kiếm

Cá nhân ⌄
    Tài chính cá nhân
    ⌄
        Gửi tiết kiệm
        Thanh toán
        Vay tiêu dùng
        Bảo hiểm phi nhân thọ
        Bảo hiểm nhân thọ
    Mua sắm
    ⌄
        Mua sắm online
        Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
    ⌄
        PostJoy
    Chuyển phát
    ⌄
        Chuyển phát trong nước
        Chuyển phát quốc tế
Doanh nghiệp ⌄
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
    ⌄
        Cổng thanh toán
        Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
    ⌄
        Quảng cáo thương mại
        Hợp tác khai thác cơ sở hạ tầng
        Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
    ⌄
        Tin mới nhất
        Chuyển phát Quốc tế VN QuickPost
        Chuyển phát Quốc tế UPS
        Chuyển phát Quốc tế SF
        Chuyển phát Quốc tế EMS
        Chuyển phát Quốc tế Economy
        Thương mại điện tử xuyên biên giới
Hành chính công ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng



Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
|---|---|---|---|

LY HOAI SON

**Nhập mã bưu gửi**

RF180613957US

**Mã xác nhận**

8O0Q

Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số : **RF180613957US**

Khối lượng (gam) : **204**

Trạng thái : **Đã phát thành công**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

**25/11/2025 09:36:55**
**EMD - Đã đến Trung tâm khai thác quốc tế của nước nhận, Arrival at inward destination office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMF - Rời bưu cục ngoại dịch chiều đến, Departure from inward office of exchange (VNSGNA)**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 13:36:00 | 749660 - BCP quận 11 | Đã phát thành công . Người nhận:(vt)Tuấn Anh . Ghi chú: (DingDong) |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

LY HOAI SON

## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

**Cá Nhân**
- › Tài chính cá nhân
- › Mua sắm
- › Giải Trí
- › Chuyển phát

**Doanh Nghiệp**
- › Logistics
- › Truyền Thông, Qu
- › Thu Hộ, Chi Hộ
- › Dịch Vụ Số
- › Chuyển phát


Định vị bưu gửi


Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**Hotline:**
## 1900 54 54 81

**Kết nối với**
**VIETNAMPOST**





Registered No. RF180613965US

1A ☐ +

**Date Stamp**

ANDREWS MD 0762
13
NOV -6 2025
USPS 20762-9998
FORCE BASE MD

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $11.55 | Extra Services & Fees (continued) | |
| Extra Services & Fees $23.40 | ☑ Signature Confirmation $ 670 | |
| ☐ Registered Mail $ | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (electronic) $ $0.00 | | |
| ☐ Restricted Delivery $ $0.00 | **Total Postage & Fees** $ $34.95 | |
| Customer Must Declare Full Value $ $0.00 | Received by 11/06/2025 | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

**FROM**
John Doe JB ANDREWS, MD 20762 670 Brookley Ave
Unit 8329 Bolling AirForce base
Washington De base 20032
US Department of War USA

**TO**
LeHoang Bao, police agent of Dist.
7, HCM City. 268 Tran Hung Dao Vietnam
St, Ward Nguyen Cu Trinh,
HCM City, Vietnam

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



Danh mục

Cá nhân ⌄

Tài chính cá nhân ⌄

Gửi tiết kiệm
Thanh toán
Vay tiêu dùng
Bảo hiểm phi nhân thọ
Bảo hiểm nhân thọ

Mua sắm ⌄

Mua sắm online
Phân phối hàng hóa tại điểm giao dịch

Giải Trí ⌄

PostJoy

Chuyển phát ⌄

Chuyển phát trong nước
Chuyển phát quốc tế

Doanh nghiệp

Thu Hộ, Chi Hộ

Dịch Vụ Số ⌄

Cổng thanh toán
Giải pháp số cho doanh nghiệp

Logistics

Truyền Thông, Quảng Cáo ⌄

Quảng cáo thương mại
Hợp tác khai thác cơ sở hạ tầng
Direct marketing

Dịch Vụ Trong Nước

Dịch Vụ Quốc Tế ⌄

Tin mới nhất
Chuyển phát Quốc tế VN QuickPost
Chuyển phát Quốc tế UPS
Chuyển phát Quốc tế SF
Chuyển phát Quốc tế EMS
Chuyển phát Quốc tế Economy
Thương mại điện tử xuyên biên giới

Hành chính công ⌄

Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
Chi trả công
Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích

Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

👤 Đăng nhập

Tìm kiếm

☰

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền



CHUYỂN PHÁT

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
|---|---|---|---|

**Nhập mã bưu gửi**

RF180613965US

**Mã xác nhận**

37Wh

LE HOANG BAO

Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số : **RF180613965US**

Khối lượng (gam) : **204**

Trạng thái :

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

25/11/2025 09:36:56
EMD - Đã đến Trung tâm khai thác quốc tế của nước nhận, Arrival at inward destination office of exchange (VNSGNA)

VNSGNA
25/11/2025 15:05:35
EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (VNSGNA)

VNSGNA
25/11/2025 15:05:35
EMF - Rời bưu cục ngoại dịch chiều đến, Departure from inward office of exchange (VNSGNA)

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 10:26:00 | 710871 - BCP Quận 1B | Đã phát thành công . Người nhận:()vinh giao liên. Ghi chú: (DingDong) |

LEHOANGBAO

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền



Định vị bưu
gửi

Tìm bưu
cục

Ước tính
cước

Tra cứu mã
chuyến tiền

**TỔNG CÔNG TY
BƯU ĐIỆN VIỆT NAM**

Địa chỉ: Số 05, đường Phạm Hùng,
Phường Cầu Giấy, Thành phố Hà
Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi
phát hành lại thông tin từ website
này

**Cá Nhân**

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

**Doanh nghiệp**

> Logistics

> Truyền thông

> Thu Hộ

> Dịch Vụ

> Chuyển phát

**Hotline:**

**1900 54
54 81**

**Kết nối với
VIETNAMPOST**



AIR FORCE LAW CENTER ( For John Doe )
10 Brookley Ave .,SW ,Unit 8329 .
Bolling Air Force Base
**US DEPARTMENT OF WAR** .
Washington DC 20032 ,USA .

JB ANDREWS, MD 20762
NOV 06, 2025
00427  $6.70
S2324Y500135-13
00427  $34.95
S2324Y500135-13

**REGISTERED MAIL™**

RF 180 613 974 US

Label 200, August 2005

Registered article
Envoi recommandé

☑ Letter / Lettre   ☐ Printed Matter / Imprimé   ☐ Other / Autre   ☐ Express Mail / International

☐ Insured parcel / Colis avec valeur déclarée   ☐ Insured Value Valeur déclarée

Article No. RF 180613974 US

Office of mailing Bureau of dépôt   Date of posting Date du dépôt 11/06/25

Addressee (Name or firm)   Nom ou raison sociale du destinataire

Street and No.   Rue et No.

Place and country   Lieu et Pays

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.

Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.

The article mentioned above was duly delivered.
L'envoi mentionné ci-dessus a été dûment livré.   Date

Signature of the addressee   Signature of the employee of the office of destination. Signature de l'agent du bureau de destination.
Signature du destinataire

Postmark of the office of destination
Timbre du bureau de destination

**LE MINH HAI**

Chief of Cyber  Security Division , Ho Chi Minh City Intelligence division ,Viet nam Ministry of Public Security

268 Tran Hung Dao street , Ward Nguyen Cu Trinh , District 01 , Ho Chi Minh City , Viet nam.



**Registered No.** RF180613974US

**Date Stamp**

0762
A/13
ANDREWS A F FORCE BASE
NOV - 6 2025
P0098

Postage $ **$11.55**

Extra Services & Fees (continued))

✓ Signature Confirmation $ **6.70**

☐ Signature Confirmation Restricted Delivery $

Extra Services & Fees

☐ Registered Mail $ **$23.40**

☐ Return Receipt (hardcopy) $ **$0.00**

☐ Return Receipt (electronic) $ **$0.00**

☐ Restricted Delivery $ **$0.00**

**Total Postage & Fees** $ **$34.95**

Customer Must Declare Full Value $ **$0.00**

Received by **11/06/2025**

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**To Be Completed By Post Office**

**OFFICIAL USE**

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

**FROM**  John Andrews, AFD box 6210 Brookley Ave Unit 8329 Bolling AirForce base Washington DC 21032

**TO**  US Department of War, USA Le Minh Hai, chief of Cyber Security Vietnam division of HCM city public Security, 268 Tran Hung Dao St. Ward Nguyen Cu Trinh, HCM City, VN

PS Form **3806, Registered Mail Receipt**    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



**Danh mục**

✕

👤 **Đăng nhập**    🇻🇳

Tìm kiếm

Cá nhân ⌄

    Tài chính cá nhân
⌄
        Gửi tiết kiệm
        Thanh toán
        Vay tiêu dùng
        Bảo hiểm phi nhân thọ
        Bảo hiểm nhân thọ
    Mua sắm
⌄
        Mua sắm online
        Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
⌄
        PostJoy
    Chuyển phát
⌄
        Chuyển phát trong nước
        Chuyển phát quốc tế

Doanh nghiệp
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
⌄
        Cổng thanh toán
        Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
⌄
        Quảng cáo thương mại
        Hợp tác khai thác cơ sở hạ tầng
        Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
⌄
        Tin mới nhất
        Chuyển phát Quốc tế VN QuickPost
        Chuyển phát Quốc tế UPS
        Chuyển phát Quốc tế SF
        Chuyển phát Quốc tế EMS
        Chuyển phát Quốc tế Economy
        Thương mại điện tử xuyên biên giới

Hành chính công ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích

Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

📍 Định vị bưu gửi

📍 Tìm bưu cục

🖩 Ước tính cước

🔍 Tra cứu mã chuyển tiền

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

Vietnam Post - Tổng công ty Bưu điện Việt Nam

**Nhập mã bưu gửi**

RF180613974US

**Mã xác nhận**

42IA

Tìm kiếm

LE MINH HAI

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số : **RF180613974US**

Khối lượng (gam) : **204**

Trạng thái : **Đã phát thành công**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

of exchange (VNSGNA)

**VNSGNA**
25/11/2025 16:39:18
Đã vận chuyển đến bưu cục (Transport arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki…
25/11/2025 17:02:58
Đã đến bưu cục (Arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki…
25/11/2025 19:02:27
Đi khỏi bưu cục (Departure from PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 10:26:00 | 710871 - BCP Quận 1B | Đã phát thành công . Người nhận:()vinh giao liên. Ghi chú: (DingDong) |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

LE MINH HAI

## TỔNG CÔNG TY BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

### Cá Nhân

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

### Doanh Nghiệp

> Logistics
> Truyền Thông, Qu
> Thu Hộ, Chi Hộ
> Dịch Vụ Số
> Chuyển phát

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**




Định vị bưu gửi


Tìm bưu cục

Ước tính cước


Tra cứu mã chuyển tiền