CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff(s)

vs.                                                          Civil Action No. _____

_____
Defendant(s)

## <u>AFFIDAVIT IN SUPPORT OF DEFAULT</u>

I hereby certify under penalty of perjury, this _____ day of _____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _____ _____

was [were] (select one):

❑        personally served with process on _____.

❑        served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

❑        served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____.

❑        The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

❑        no extension has been given and the time for filing has expired

❑        although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

_____

_____

_____

_____

_____                              _____
Bar Id. Number                                          Name, Address and Telephone Number

**GENERAL INFORMATION**

- All affidavits must be typed and filed electronically using the CM/ECF system. In the event the filer experiences technical difficulties, a PDF version of the affidavit may be emailed to dcd_cmecf@dcd.uscourts.gov.

- If default is being requested for a company, corporation or other business entity, only the Affidavit in Support of Default should be filed. If the defendant is a person, the Military Affidavit must be submitted in addition to the Affidavit in Support of Default.

- The Clerk's Office will fill out a default form and file it electronically, therefore it is not necessary to submit a proposed default form at the time the affidavit is filed.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case must be cited along with the cite for the Long-Arm Statute.

- If service was made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contain enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's Office forms.

10 Brookley Ave.,SW ,Unit 8329 .
Bolling Air Force Base
**US DEPARTMENT OF WAR** .
Washington DC 20032 USA

$6.70

$34.95

**REGISTERED MAIL™**

RF 180 613 943 US

RF180613943US

11/6/2025

**VU MANH CUONG**

Immigration Police/Special agent .

268 Tran Hung Dao street , Ward Nguyen Cu Trinh , District 01 , Ho Chi Minh City , Viet Nam.

**Registered No.**

**Date Stamp**

RF180613943US

| Postage $ | Extra Services & Fees (check box, add fee as appropriate) | |
|---|---|---|
| Extra Services & Fees | ☑ Signature Confirmation $ **6.70** | |
| ☐ Registered $ **$11.55** | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ **$23.40** | | |
| ☐ Return Receipt (electronic) $ **$0.00** | **Total Postage & Fees** $ | |
| ☐ Restricted Delivery $ **$0.00** | | |
| Customer Must Declare Full Value $ **$0.00** $ **$0.00** | Received by **$34.95** | |

**0762**
**13**

NOV -6 2025

11/06/2025

$0.00

**OFFICIAL USE**

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

FROM
John Doe (AFLC) 10 Brookley Ave
Unit 83 2a, Bolling Air Force base
Washington DC. 20032
US Department of War   USA

TO
Vu manh Cường, Immigration police
and Special agent, 268 Trần Hưng
Daost, Ward Nguyen Cu Trinh,
Hồ Chí city, Vietnam

PS Form 3806
April 201
For
2-000-9051

**Registered Mail Receipt**
overy informati



Danh mục

Đăng nhập

Tìm kiếm

Cá nhân ⌄

  Tài chính cá nhân
⌄
    Gửi tiết kiệm
    Thanh toán
    Vay tiêu dùng
    Bảo hiểm phi nhân thọ
    Bảo hiểm nhân thọ

  Mua sắm
⌄
    Mua sắm online
    Phân phối hàng hóa tại điểm giao dịch

  Giải Trí
⌄
    PostJoy

  Chuyển phát
⌄
    Chuyển phát trong nước
    Chuyển phát quốc tế

Doanh nghiệp

  Thu Hộ, Chi Hộ

  Dịch Vụ Số
⌄
    Cổng thanh toán
    Giải pháp số cho doanh nghiệp

  Logistics

  Truyền Thông, Quảng Cáo
⌄
    Quảng cáo thương mại
    Hợp tác khai thác cơ sở hạ tầng
    Direct marketing

  Dịch Vụ Trong Nước

  Dịch Vụ Quốc Tế
⌄
    Tin mới nhất
    Chuyển phát Quốc tế VN QuickPost
    Chuyển phát Quốc tế UPS
    Chuyển phát Quốc tế SF
    Chuyển phát Quốc tế EMS
    Chuyển phát Quốc tế Economy
    Thương mại điện tử xuyên biên giới

Hành chính công ⌄

  Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
  Chi trả công
  Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích

Tin tức

Giới thiệu

Hỗ trợ

Tuyển dụng

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền



| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

Vietnam Post - Tổng công ty Bưu điện Việt Nam

**Nhập mã bưu gửi**

RF180613943US

**Mã xác nhận**

Q07n

**Tìm kiếm**

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **RF180613943US**

Khối lượng (gam) :  **204**

Trạng thái :  **Đã phát thành công**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

of exchange (VNSGNA)

**VNSGNA**
**25/11/2025 16:39:18**
Đã vận chuyển đến bưu cục (Transport arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki…
**25/11/2025 17:02:58**
Đã đến bưu cục (Arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

Sô´270 Bis, Đường Lý Thường Ki…
**25/11/2025 19:02:51**
Đi khỏi bưu cục (Departure from PO) (700920: KTNT TP.HCM - Hồ Chí Minh )

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 10:26:00 | 710871 - BCP Quận 1B | Đã phát thành công . Người nhận:()vinh giao liên. Ghi chú: (DingDong) |

**VU MANH CUONG**

**VU MANH CUONG**

## Cá Nhân

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

## Doanh Nghiệp

> Logistics

> Truyền Thông, Qu

> Thu Hộ, Chi Hộ

> Dịch Vụ Số

> Chuyển phát

## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**





Định vị bưu gửi



Tìm bưu cục



Ước tính cước



Tra cứu mã chuyển tiền



RF 180 614 073 US

Label 200, August 2005    PSN 7690-03-000-9311

RF 180 614 073 US

VU MANH CUONG

(City)

Ward 6,

ham.

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RF180614073US | | | 0762 13 |
| Postage $ $11.55 | Extra Services & Fees *(continued)* | | ANDREWS AIR FORCE BASE MD USPS 20762-9998 NOV -8 2025 |
| Extra Services & Fees ☐ Registered Mail $ $23.40 | ☐ Signature Confirmation $ | | |
| ☐ Return Receipt (hardcopy) $ $6.70 | ☐ Signature Confirmation Restricted Delivery $ | | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees | | |
| ☐ Restricted Delivery $0.00 | $ $41.65 | | |
| Customer Must Declare Full Value $ $0.00 | Received by 11/08/2025 | | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

**To Be Completed By Post Office**

## OFFICIAL USE

**FROM** John ANDREWS AFB 267620 Brookley Ave, Unit 8329 Bolling Airforce Base Washington DC 20032 US Dept. of War USA.

**TO** VU MANH CUONG (Immigration Police Vietnam HCMC) 196 Nguyen thi Minh Khai St, Ward 6, Dist. 3, HCMC, Vietnam.

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

Case 1:25-cv-03226-CJN     Document 40    Filed 04/01/26    Page 10 of 12



Danh mục

Cá nhân ⌄

Tài chính cá nhân
⌄
    Gửi tiết kiệm
    Thanh toán
    Vay tiêu dùng
    Bảo hiểm phi nhân thọ
    Bảo hiểm nhân thọ

Mua sắm
⌄
    Mua sắm online
    Phân phối hàng hóa tại điểm giao dịch

Giải Trí
⌄
    PostJoy

Chuyển phát
⌄
    Chuyển phát trong nước
    Chuyển phát quốc tế

Doanh nghiệp
Thu Hộ, Chi Hộ
Dịch Vụ Số
⌄
    Cổng thanh toán
    Giải pháp số cho doanh nghiệp

Logistics
Truyền Thông, Quảng Cáo
⌄
    Quảng cáo thương mại
    Hợp tác khai thác cơ sở hạ tầng
    Direct marketing

Dịch Vụ Trong Nước
Dịch Vụ Quốc Tế
⌄
    Tin mới nhất
    Chuyển phát Quốc tế VN QuickPost
    Chuyển phát Quốc tế UPS
    Chuyển phát Quốc tế SF
    Chuyển phát Quốc tế EMS
    Chuyển phát Quốc tế Economy
    Thương mại điện tử xuyên biên giới

Hành chính công ⌄
Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
Chi trả công
Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích

Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

👤 Đăng nhập

Tìm kiếm


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền



CHUYỂN PHÁT

| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
|---|---|---|---|

**Nhập mã bưu gửi**

> RF180614073US

**Mã xác nhận**

> y4b8



**VU MANH CUONG**

[ Tìm kiếm ]

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :   **RF180614073US**

Khối lượng (gam) :   **200**

Trạng thái :

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

**25/11/2025 09:36:55**
**EMD - Đã đến Trung tâm khai thác quốc tế của nước nhận, Arrival at inward destination office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMF - Rời bưu cục ngoại dịch chiều đến, Departure from inward office of exchange (VNSGNA)**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|------|---------|----------|
| 26/11/2025 11:16:00 | 710610 - BCP Quận 3 | |

**VU MANH CUONG**

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

### Cá Nhân

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

### Doanh Nghiệp

> Logistics

> Truyền Thông, Qu

> Thu Hộ, Chi Hộ

> Dịch Vụ Số

> Chuyển phát

**Hotline:**
**1900 54 54 81**

**Kết nối với VIETNAMPOST**




Định vị bưu gửi


Tìm bưu cục

Ước tính cước


Tra cứu mã chuyển tiền