CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

_____

Plaintiff(s)

vs.                                                    Civil Action No. _____

_____

Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _____ day of _____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _____

was [were] (select one):

❑        personally served with process on _____.

❑        served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

❑        served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____.

❑        The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

❑        no extension has been given and the time for filing has expired

❑        although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____

Attorney for Plaintiff(s) [signature]

_____

_____

_____

_____

_____                        _____
Bar Id. Number                               Name, Address and Telephone Number

**GENERAL INFORMATION**

- All affidavits must be typed and filed electronically using the CM/ECF system. In the event the filer experiences technical difficulties, a PDF version of the affidavit may be emailed to dcd_cmecf@dcd.uscourts.gov.

- If default is being requested for a company, corporation or other business entity, only the Affidavit in Support of Default should be filed. If the defendant is a person, the Military Affidavit must be submitted in addition to the Affidavit in Support of Default.

- The Clerk's Office will fill out a default form and file it electronically, therefore it is not necessary to submit a proposed default form at the time the affidavit is filed.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case must be cited along with the cite for the Long-Arm Statute.

- If service was made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contain enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's Office forms.

AIR FORCE LAW ... (...... )
Bolling Air Force Base
**US DEPARTMENT OF WAR**
Washington DC ... 032 ,USA .

$6.70
NOV 05, 2025
$34.95

**REGISTERED MAIL™**

RF 180 613 909 US

Label 200, August 2005

**NGUYEN QUANG THONG**

Agent of Socialist Republic of Viet Nam.

272 Binh Thoi , Ward 10 , District 11 , Ho Chi Minh city , Viet Nam



Registered No.

RF180613909US

Postage $ $11.55

Extra Services & Fees

☐ Registered Mail $23.40
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $0.00

Customer Must Declare Full Value
$ $0.00

Extra Services & Fees (continued))
✓ Signature Confirmation $ 6.70
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $

Received by

11/06/2025

Date Stamp

0762
13

AIR FORCE BASE MD
NOV – 6 2025
US 20762-9998

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: John Doe (A#[Le]) 10 Brookley Ave
JB ANDREWS, MD 20762
Unit 8329 Bolling AirForce base
Washington DC 21032
U.S Department of War USA

TO: Nguyen Quang Thong, Agent of
Socialist Republic of Vietnam, 272
Binh Thoi, ward 10, Dist, 11,
HCM City, Vietnam

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051

Copy 1 - Customer
(See Information on Reverse)

For domestic delivery information, visit our website at www.usps.com



Danh mục

✕

👤 **Đăng nhập**

Tìm kiếm

Cá nhân ⌄
    Tài chính cá nhân
    ⌄
            Gửi tiết kiệm
            Thanh toán
            Vay tiêu dùng
            Bảo hiểm phi nhân thọ
            Bảo hiểm nhân thọ
    Mua sắm
    ⌄
            Mua sắm online
            Phân phối hàng hóa tại điểm giao dịch
    Giải Trí
    ⌄
            PostJoy
    Chuyển phát
    ⌄
            Chuyển phát trong nước
            Chuyển phát quốc tế
Doanh nghiệp
    Thu Hộ, Chi Hộ
    Dịch Vụ Số
    ⌄
            Cổng thanh toán
            Giải pháp số cho doanh nghiệp
    Logistics
    Truyền Thông, Quảng Cáo
    ⌄
            Quảng cáo thương mại
            Hợp tác khai thác cơ sở hạ tầng
            Direct marketing
    Dịch Vụ Trong Nước
    Dịch Vụ Quốc Tế
    ⌄
            Tin mới nhất
            Chuyển phát Quốc tế VN QuickPost
            Chuyển phát Quốc tế UPS
            Chuyển phát Quốc tế SF
            Chuyển phát Quốc tế EMS
            Chuyển phát Quốc tế Economy
            Thương mại điện tử xuyên biên giới
Hành chính công ⌄
    Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
    Chi trả công
    Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng

◎ Định vị bưu gửi

📍 Tìm bưu cục

🖩 Ước tính cước

🔍 Tra cứu mã chuyển tiền



| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

**Nhập mã bưu gửi**

RF180613909US

**Mã xác nhận**

12By



Tìm kiếm

**NGUYEN QUANG THONG**

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :   **RF180613909US**

Khối lượng (gam) :   **204**

Trạng thái :

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

**Sô´26, Đường Nguyễn Thi, Phườ...**
**26/11/2025 08:05:39**
**Routed (749660: BCP quận 11 - Hồ Chí Minh )**

**Sô´26, Đường Nguyễn Thi, Phườ...**
**26/11/2025 08:05:40**
**EDG - Đã giao bưu tá phát - Item out for physical delivery (749660: BCP quận 11 - Hồ Chí Minh )**

**Sô´26, Đường Nguyễn Thi, Phườ...**
**26/11/2025 08:27:51**
**Đã đến bưu cục (Arrival at PO) (749660: BCP quận 11 - Hồ Chí Minh )**

**Sô´26, Đường Nguyễn Thi, Phườ...**

**NGUYEN QUANG THONG**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 11:26:35 | 749660 - BCP quận 11 | . |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền



**TỔNG CÔNG TY
BƯU ĐIỆN VIỆT NAM**

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

**Cá Nhân**

> Tài chính cá nhân

> Mua sắm

> Giải Trí

> Chuyển phát

**Doanh nghiệp**

> Logistics

> Truyền thông

> Thu Hộ, Chi Hộ

> Dịch Vụ Số

> Chuyển phát

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**

