CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

_____

Plaintiff(s)

vs.                                                                Civil Action No. _____

_____

Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _____ day of _____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _____

_____

was [were] (select one):

❑        personally served with process on _____.

❑        served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

❑        served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____.

❑        The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

❑        no extension has been given and the time for filing has expired

❑        although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

_____

_____

_____

_____

_____                                _____
Bar Id. Number                                         Name, Address and Telephone Number

## GENERAL INFORMATION

- All affidavits must be typed and filed electronically using the CM/ECF system. In the event the filer experiences technical difficulties, a PDF version of the affidavit may be emailed to dcd_cmecf@dcd.uscourts.gov.

- If default is being requested for a company, corporation or other business entity, only the Affidavit in Support of Default should be filed. If the defendant is a person, the Military Affidavit must be submitted in addition to the Affidavit in Support of Default.

- The Clerk's Office will fill out a default form and file it electronically, therefore it is not necessary to submit a proposed default form at the time the affidavit is filed.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case must be cited along with the cite for the Long-Arm Statute.

- If service was made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contain enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's Office forms.

AIR FORCE LAW CENTER ( For John Doe )
10 Brookley Ave.,SW ,Unit 8329 .
Bolling Air Force Base
**US DEPARTMENT OF WAR**
Washington DC 20032 ,USA .

JB ANDREWS, MD 20762
NOV 06, 2025

$34.95
S2324Y500135-13

**REGISTERED MAIL™**

RF 180 613 930 US

Registered article / Envoi recommandé — Letter / Lettre ☑  Printed Matter / Imprimé ☐  Other / Autre ☐  Express Mail International ☐
Insured parcel / Colis avec valeur déclarée ☐  Insured Value Valeur déclarée

RF 180613 930 US

Office of mailing Bureau or depot    Date of posting Date de dépôt
11 / 06 / 25

Addressee (Name or firm)    Nom ou raison sociale du destinataire
Street and No.    Rue or No.
Place and country    Lieu et Pays

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.
Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.

The article mentioned above was duly delivered.
L'envoi mentionné ci-dessus a été dûment livré.    Date

Signature of the addressee / Signature du destinataire    Signature of the employee of the office of destination. Signature de l'agent du bureau de destination.

Postmark of the office of destination Timbre du bureau de destination

**LUU TAN LOI**

**Undercover agent ,Ward 05 Police -HCM city Intelligence division .**

148 Ong Ich Khiem street, District 11 ,Ho Chi Minh City , Viet Nam.



UNITED STATES POSTAL SERVICE

1A

Registered No. **RF180613930US**

Date Stamp

ANDREWS AIR FORCE BASE MD
0762 13
NOV - 6 2025
USPS 20762-9999

Postage $ **$11.55**

Extra Services & Fees
☐ Registered Mail **$23.40**
☐ Return Receipt (hardcopy) $ **$0.00**
☐ Return Receipt (electronic) $ **$0.00**
☐ Restricted Delivery $ **$0.00**

Extra Services & Fees (check box)
☑ Signature Confirmation $ **6.70**
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ **$34.95**

Received by **11/06/2025**

Customer Must Declare Full Value $ **$0.00**

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Post Office
Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: John Doe (AFLC) 10 Brookley Ave unit 8329 Bolling Airforce base Washington DC 20032

TO: US Department of War  USA Luu Tan Loi, undercover agent ward 5, Police Department, 148 ông ich Khiem st., ward 5, Dist 11, HCMCity vietnam.

**PS Form 3806, Registered Mail Receipt**
PSN 7530-02-000-9051
Domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



Danh mục



👤 Đăng nhập

Tìm kiếm

Cá nhân ⌄
 Tài chính cá nhân
 ⌄
  Gửi tiết kiệm
  Thanh toán
  Vay tiêu dùng
  Bảo hiểm phi nhân thọ
  Bảo hiểm nhân thọ
 Mua sắm
 ⌄
  Mua sắm online
  Phân phối hàng hóa tại điểm giao dịch
 Giải Trí
 ⌄
  PostJoy
 Chuyển phát
 ⌄
  Chuyển phát trong nước
  Chuyển phát quốc tế
Doanh nghiệp
 Thu Hộ, Chi Hộ
 Dịch Vụ Số
 ⌄
  Cổng thanh toán
  Giải pháp số cho doanh nghiệp
 Logistics
 Truyền Thông, Quảng Cáo
 ⌄
  Quảng cáo thương mại
  Hợp tác khai thác cơ sở hạ tầng
  Direct marketing
 Dịch Vụ Trong Nước
 Dịch Vụ Quốc Tế
 ⌄
  Tin mới nhất
  Chuyển phát Quốc tế VN QuickPost
  Chuyển phát Quốc tế UPS
  Chuyển phát Quốc tế SF
  Chuyển phát Quốc tế EMS
  Chuyển phát Quốc tế Economy
  Thương mại điện tử xuyên biên giới
Hành chính công ⌄
 Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
 Chi trả công
 Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dich vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền



| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |
| --- | --- | --- | --- |



**LUU TAN LOI**

**Nhập mã bưu gửi**

RF180613930US

**Mã xác nhận**

p5E2



Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :    **RF180613930US**

Khối lượng (gam) :    **204**

Trạng thái :    **Đã phát thành công**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

**25/11/2025 09:36:55**
**EMD - Đã đến Trung tâm khai thác quốc tế của nước nhận, Arrival at inward destination office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMF - Rời bưu cục ngoại dịch chiều đến, Departure from inward office of exchange (VNSGNA)**

**LUU TAN LOI**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 13:36:00 | 749660 - BCP quận 11 | Đã phát thành công . Người nhận:(vt)Tuấn Anh . Ghi chú: (DingDong) |

## Cá Nhân

❯ Tài chính cá nhân

❯ Mua sắm

❯ Giải Trí

❯ Chuyển phát

## Doanh Nghiệp

❯ Logistics

❯ Truyền Thông, Qu

❯ Thu Hộ, Chi Hộ

❯ Dịch Vụ Số

❯ Chuyển phát

### TỔNG CÔNG TY
### BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

**Hotline:**

**1900 54 54 81**

**Kết nối với VIETNAMPOST**





Định vị bưu gửi



Tìm bưu cục

Ước tính cước



Tra cứu mã chuyển tiền