CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

_____

Plaintiff(s)

vs.                                                              Civil Action No. _____

_____

Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _____ day of _____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _____

was [were] (select one):

❑        personally served with process on _____.

❑        served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

❑        served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____.

❑        The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

❑        no extension has been given and the time for filing has expired

❑        although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

_____

_____

_____

_____

_____                          _____
Bar Id. Number                                            Name, Address and Telephone Number

## GENERAL INFORMATION

- All affidavits must be typed and filed electronically using the CM/ECF system. In the event the filer experiences technical difficulties, a PDF version of the affidavit may be emailed to dcd_cmecf@dcd.uscourts.gov.

- If default is being requested for a company, corporation or other business entity, only the Affidavit in Support of Default should be filed. If the defendant is a person, the Military Affidavit must be submitted in addition to the Affidavit in Support of Default.

- The Clerk's Office will fill out a default form and file it electronically, therefore it is not necessary to submit a proposed default form at the time the affidavit is filed.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case must be cited along with the cite for the Long-Arm Statute.

- If service was made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contain enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's Office forms.





Registered No.

Date Stamp

Postage $ RF18061395... Extra Services & Fees (continued)

Extra Services & Fees  $11.55
☐ Registered Mail $ .55
☐ Return Receipt (hardcopy) $ $23.40
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

☑ Signature Confirmation $ 6.70
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $

Customer Must Declare Full Value $ $0.00
$0.00

Received by $34.95

0762
13
ANDREWS AIR FORCE BASE MD
NOV - 6 2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

$0.00    OFFICIAL USE    11/06/2025

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM  John Doe (AFLC) 10 Brookley Ave
Unit 82... JB ANDREWS, MD/... Air Force Base,
Washington DC 20032        USA
Dept of War

TO  Ly Hoai Son, police agent words,
Dist. 11 Police HCMC, VN
148 Ong Ich Khiem, Dist 11,
HCMC, Vietnam

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

LY HOAI SON

**Nhập mã bưu gửi**

RF180613957US

**Mã xác nhận**

8O0Q

Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số :  **RF180613957US**

Khối lượng (gam) :  **204**

Trạng thái :  **Đã phát thành công**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

**THÔNG TIN TRẠNG THÁI**

**25/11/2025 09:36:55**
**EMD - Đã đến Trung tâm khai thác quốc tế của nước nhận, Arrival at inward destination office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMC - Ra khỏi Trung tâm khai thác quốc tế của nước gửi - Departure from outward office of exchange (VNSGNA)**

**VNSGNA**
**25/11/2025 15:05:35**
**EMF - Rời bưu cục ngoại dịch chiều đến, Departure from inward office of exchange (VNSGNA)**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 13:36:00 | 749660 - BCP quận 11 | Đã phát thành công . Người nhận:(vt)Tuấn Anh . Ghi chú: (DingDong) |

LY HOAI SON

Case 1:25-cv-03226-CJN    Document 41    Filed 04/01/26    Page 6 of 6

## TỔNG CÔNG TY
## BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

### Cá Nhân

 › Tài chính cá nhân
 › Mua sắm
 › Giải Trí
 › Chuyển phát

### Doanh Nghiệp

 › Logistics
 › Truyền Thông, Qu
 › Thu Hộ, Chi Hộ
 › Dịch Vụ Số
 › Chuyển phát



Định vị bưu gửi



Tìm bưu cục



Ước tính cước

Tra cứu mã chuyển tiền

Hotline:

**1900 54 54 81**

Kết nối với
VIETNAMPOST

