CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff(s)

vs.                                                              Civil Action No. _____

_____
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _____ day of _____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _____

was [were] (select one):

❑        personally served with process on _____.

❑        served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

❑        served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____.

❑        The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

❑        no extension has been given and the time for filing has expired

❑        although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

_____

_____

_____

_____

_____                        _____
Bar Id. Number                                             Name, Address and Telephone Number

## GENERAL INFORMATION

- All affidavits must be typed and filed electronically using the CM/ECF system. In the event the filer experiences technical difficulties, a PDF version of the affidavit may be emailed to dcd_cmecf@dcd.uscourts.gov.

- If default is being requested for a company, corporation or other business entity, only the Affidavit in Support of Default should be filed. If the defendant is a person, the Military Affidavit must be submitted in addition to the Affidavit in Support of Default.

- The Clerk's Office will fill out a default form and file it electronically, therefore it is not necessary to submit a proposed default form at the time the affidavit is filed.

- If service was effected outside the District of Columbia, pursuant to the Long-Arm Statute, D.C., the sub-section that applies to this case must be cited along with the cite for the Long-Arm Statute.

- If service was made on a domestic or foreign corporation or upon a partnership or other unincorporated association, the return of service must show in which capacity the individual served accepted service. (Officer, Managing or General Agent, or any other agent authorized to receive process)

- If the return postal receipt is not signed by the party named in the summons, the affidavit of service must give specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as set forth in Rule 4(d) of the Superior Court for the District of Columbia.

- If the judgment is based upon a promissory note, the original note must be submitted along with the request for default/judgment.

- If the Complaint is based upon a breach of contract, a promissory note or for an ascertainable sum, the Clerk can enter default/judgment if it is for all the claims and all the parties.

- Affidavits must be signed by plaintiff's attorney.

- The amount in the affidavit for default/judgment cannot exceed the amount prayed for in the complaint.

- If the request for default or default/judgment is for more than one party and the forms supplied by the Clerk do not contain enough space to accommodate all this information, Counsel should draft his/her own forms, tracking the language contained in the Clerk's Office forms.

**AIR FORCE LAW CENTER ( For John Doe )**
10 Brookley Ave ,SW ,Unit 8329 .
Bolling Air Force Base
**US DEPARTMENT OF WAR** .
Washington DC 20032 ,USA .

JB ANDREWS, MD 20762
NOV 06, 2025

00427    $6.70
S2324Y500135-13

00427    $34.95
S2324Y500135-13

REGISTERED MAIL™

RF 180 613 974 US

Label 200, August 2005    PSN 7690-03-000-9337

Registered article    ☑ Letter / Lettre    Printed Matter / Imprimé    Other / Autre    Express Mail / International

Insured parcel / Colis avec valeur déclarée    Insured Value Valeur déclarée    Article No.    RF 180613974 US

Office of mailing Bureau or dépôt    Date of posting Date de dépôt    11/06/25

Addressee (Name or firm)    Nom ou raison sociale du destinataire

Street and No.    Rue et No.

Place and country    Lieu et Pays

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.
Cet avis doit avre signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.

The article mentioned above was duly delivered.    Date
L'envoi mentionné ci-dessus a été dûment livré.

Signature of the addressee    Signature of the employee of the office of destination. Signature de l'agent du bureau de destination.
Signature du destinataire

Postmark of the office of destination
Timbre du bureau de destination

**LE MINH HAI**

Chief of Cyber  Security Division , Ho Chi Minh City Intelligence division ,Viet nam Ministry of Public Security

268 Tran Hung Dao street , Ward Nguyen Cu Trinh , District 01 , Ho Chi Minh City , Viet nam.



**Registered No.** RF180613974US

**Date Stamp** 0762 A/13 ANDREWS A F FORCE BASE NOV - 6 2025

Postage $ $11.55

Extra Services & Fees $23.40

☐ Registered Mail
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $0.00

Extra Services & Fees (continued)
☑ Signature Confirmation $ 6.70
☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees** $ $34.95

Customer Must Declare Full Value $ $0.00

Received by 11/06/2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

**FROM** John ANDREWS, Att box 6210 Brookley Ave Unit 8329 Bolling AirForce base Washington DC 20032

**TO** US Department of War, USA Le Minh Hai, chief of Cyber Security division of HCM city public Security, 268 Tran Hung Dao St. Ward Nguyen Cu Trinh, HCM City, VN

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



Danh mục



👤 Đăng nhập

Tìm kiếm

Cá nhân ⌄
   Tài chính cá nhân
   ⌄
      Gửi tiết kiệm
      Thanh toán
      Vay tiêu dùng
      Bảo hiểm phi nhân thọ
      Bảo hiểm nhân thọ
   Mua sắm
   ⌄
      Mua sắm online
      Phân phối hàng hóa tại điểm giao dịch
   Giải Trí
   ⌄
      PostJoy
   Chuyển phát
   ⌄
      Chuyển phát trong nước
      Chuyển phát quốc tế
Doanh nghiệp
   Thu Hộ, Chi Hộ
   Dịch Vụ Số
   ⌄
      Cổng thanh toán
      Giải pháp số cho doanh nghiệp
   Logistics
   Truyền Thông, Quảng Cáo
   ⌄
      Quảng cáo thương mại
      Hợp tác khai thác cơ sở hạ tầng
      Direct marketing
   Dịch Vụ Trong Nước
   Dịch Vụ Quốc Tế
   ⌄
      Tin mới nhất
      Chuyển phát Quốc tế VN QuickPost
      Chuyển phát Quốc tế UPS
      Chuyển phát Quốc tế SF
      Chuyển phát Quốc tế EMS
      Chuyển phát Quốc tế Economy
      Thương mại điện tử xuyên biên giới
Hành chính công ⌄
   Hợp tác tiếp nhận, số hóa hồ sơ, trả kết quả giải quyết thủ tục hành chính tại Bộ phận một cửa theo quyết định 468/Qđ - Ttg 27/03/2021
   Chi trả công
   Tiếp nhận hồ sơ, trả kết quả giải quyết tthc qua dịch vụ bưu chính công ích
Tin tức
Giới thiệu
Hỗ trợ
Tuyển dụng


Định vị bưu gửi


Tìm bưu cục


Ước tính cước


Tra cứu mã chuyển tiền



| THÔNG TIN DỊCH VỤ | ƯỚC TÍNH CƯỚC PHÍ | THEO DÕI | QUY TRÌNH VẬN CHUYỂN |

**Nhập mã bưu gửi**

RF180613974US

**Mã xác nhận**

42IA



Tìm kiếm

**GIẢI QUYẾT KHIẾU NẠI**

Bưu gửi số : **RF180613974US**

Khối lượng (gam) : **204**

Trạng thái : **Đã phát thành công**

**Nước chấp nhận: US - UNITED STATES OF AMERICA**

**Bưu cục nhận:**

**Nước phát: VN - VIETNAM**

**Bưu cục phát:**

**THÔNG TIN TRẠNG THÁI**

of exchange (VNSGNA)

**VNSGNA**
**25/11/2025 16:39:18**
**Đã vận chuyển đến bưu cục (Transport arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )**

**Sô´270 Bis, Đường Lý Thường Ki...**
**25/11/2025 17:02:58**
**Đã đến bưu cục (Arrival at PO) (700920: KTNT TP.HCM - Hồ Chí Minh )**

**Sô´270 Bis, Đường Lý Thường Ki...**
**25/11/2025 19:02:27**
**Đi khỏi bưu cục (Departure from PO) (700920: KTNT TP.HCM - Hồ Chí Minh )**

**THÔNG TIN PHÁT**

| Ngày | Bưu cục | Chi tiết |
|---|---|---|
| 26/11/2025 10:26:00 | 710871 - BCP Quận 1B | Đã phát thành công . Người nhận:()vinh giao liên. Ghi chú: (DingDong) |

Định vị bưu gửi

Tìm bưu cục

Ước tính cước

Tra cứu mã chuyển tiền

LE MINH HAI

LE MINH HAI

## TỔNG CÔNG TY BƯU ĐIỆN VIỆT NAM

Địa chỉ: Số 05, đường Phạm Hùng, Phường Cầu Giấy, Thành phố Hà Nội, Việt Nam

Ghi rõ nguồn "vietnampost.vn" khi phát hành lại thông tin từ website này

### Cá Nhân

> Tài chính cá nhân
> Mua sắm
> Giải Trí
> Chuyển phát

### Doanh Nghiệp

> Logistics
> Truyền Thông, Qu
> Thu Hộ, Chi Hộ
> Dịch Vụ Số
> Chuyển phát

Hotline:

**1900 54 54 81**

Kết nối với
VIETNAMPOST


Định vị bưu gửi


Tìm bưu cục


Ước tính cước

Tra cứu mã chuyển tiền