Default - Rule 55A

(CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE

Plaintiff(s)

Civil Action: 25-cv-03226-CJN

v.

SOCIALIST REPUBLIC OF VIETNAM et al

Defendant(s)

**RE:** DANG XUAN HONG

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint     on    November 28, 2025   , and  an  affidavit on behalf of the plaintiff having been filed, it is this  2nd  day of               April          ,  2026  declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By:                    /s/ N. Wilkens

Deputy Clerk