Default - Rule 55A                                                           (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE
_____
                Plaintiff(s)

                                                    Civil Action: 25-cv-03226-CJN

        v.

SOCIALIST REPUBLIC OF VIETNAM et al
_____
                Defendant(s)

**RE:** NGUYEN QUANG THONG, LUU TAN LOI, VU MANH CUONG, LY HOAI SON, LE
        HOANG BAO, LE MINH HAI

## DEFAULT

        It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though

duly served  with summons and copy of the complaint        on      November 26, 2025      ,  and  an  affidavit

on behalf of the plaintiff having been filed, it is this __2nd__ day of _____April_____, __2026__ declared

that defendant(s) is/are in default.

                                                    ANGELA D. CAESAR, Clerk

                                    By: _____/s/ N. Wilkens_____
                                                        Deputy Clerk